ELECTRONICALLY FILED
8/30/2021 3:13 PM
38-CV-2021-900351.00
CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA
CARLA H. WOODALL, CLERK

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | | |
|---|---|---|
| ERVIE DAVIS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. |
| | ) | |
| FAY SERVICING, LLC, AND , | ) | |
| WILMINGTON SAVINGS FUND | ) | |
| SOCIETY, FSB | ) | |
| Defendants. | ) | |

## COMPLAINT

COMES NOW, Plaintiff, Ervie Davis, by and through undersigned counsel and files this complaint and as basis for the relief herein requested states as follows:

### PARTIES AND JURISDICTION

1. At all times herein material to this case, Ervie Davis was a resident of Houston County, Alabama.

2. Upon information and belief, Defendant Fay Sevicing, LLC. is a business duly licensed by the state of Alabama and transacting business in Houston County, Alabama

3. Upon information and belief, Defendant Wilmington Savings Fund Society, FSB  is not a business duly licensed by the state of Alabama; but that it is transacting business in Houston County, Alabama.

4. The property that is the subject of this complaint is located at 1113 Tate Drive, Dothan, AL 36301.

5. Upon information and belief, the amount in controversy in this action, does not exceed $74, 999.00.

### FACTS

6. Ervie Davis was first deeded the property at 1113 Tate Drive on July 1, 1986. (Exhibit A)

DOCUMENT 3

7. Ervie Davis entered into a mortgage with Citifinancial Corporation, LLC ("Citifinancial") on June 27, 2005 for the property located at 1113 Tate Drive, Dothan, AL. (Exhibit B)

8. Ms. Davis faithfully made payments on this mortgage.

9. On December 15, 2015, Ms. Davis filed a Chapter 13 Bankruptcy in the United States Bankruptcy Court for the Middle District of Alabama. The Plan as was confirmed on March 13, 2016, provided for Ms. Davis to make payments to Citifinancial directly. (Exhibit C)

10. Thereafter, Citifinancial filed a motion for relief from stay with the bankruptcy court. The parties reached an agreement wherein Ms. Davis was ordered to make all future payments directly to Citifinancial, beginning with the payment due on August 15, 2016. (Exhibit D) Ms. Davis did so.

11. On July 14, 2017, Citifinancial assigned the mortgage to Bayview Loan Servicing, LLC. ("Bayview") (Exhibit E)

12. On March 1, 2018, Ms. Davis entered into a loan modification with Bayview Loan Servicing, LLC wherein her monthly payments were $713.68. (Exhibit F)

13. On November 15, 2018, Bayview entered into loan modification with Ms. Davis wherein she was to pay $563.78 per month for 60 months beginning December 1, 2019.. (Exhibit G)

14. Thereafter, on February 1, 2019, Bayview entered a notice of mortgage payment change with the bankruptcy court alleging escrow had adjusted and the new payments were $564.30 per month. (Exhibit H)

DOCUMENT 3

15. On September 30, 2019 Bayview filed an assignment of mortgage in favor of MF Dispositions IVC, LLC dated August 12, 2019. (Exhibit I)

16. On November 4, 2019 MF Dispositions IVC, LLC filed an assignment of mortgage in favor of Wilmington Savings Fund Society, FSB ("Wilmington") dated August 12, 2019. (Exhibit J)

17. On December 5, 2019, Wilmington filed a Notice of Mortgage Payment Change with the bankruptcy court, changing the payment due to $517.96 per month. (Exhibit K)

18. On February 28, 2020, Fay Servicing, LLC filed an Amended Proof of Claim on behalf of Wilmington showing a total monthly payment of $517.96 due. (Exhibit L)

19. On April 30, 2020, Wilmington filed a Notice of Mortgage Payment Change with the bankruptcy court, changing the payment due to $738.12 per month. (Exhibit M)

20. On June 30, 2020, Wilmington filed a Notice of Mortgage Payment Change with the bankruptcy court, changing the payment due to $800.31 per month. (Exhibit N)

21. On January 29, 2021, Wilmington filed a Response to Notice of Final cure payment, claiming Ms. Davis had paid nothing on the mortgage since October 1, 2019. (Exhibit O)

22. On February 23, 2021 Wilmington filed and assignment of mortgage appearing to assign the mortgage again to itself. (Exhibit P)

23. On April 30, 2020, Wilmington filed a Notice of Mortgage Payment Change with the bankruptcy court, changing the payment due to $827.67 per month. (Exhibit Q)

24. On October 9, 2019 Ms. Davis made a payment of $564.30 to Fay Servicing. Yet it was inexplicably returned October 17, 2019. (Exhibit R)

25. On November 11, 2019 Ms. Davis made a payment of $800 to Fay Servicing. Yet it was inexplicably returned November 19, 2019. (Exhibit R)

DOCUMENT 3

26. On January 8, 2020 Ms. Davis made a payment of $517.96 to Wilmington, after being instructed to do so after the last two returned payments.  Yet it was not credited to her account. (Exhibit R)

27. On February 6, 2020 Ms. Davis made a payment of $517.96 to Wilmington. Yet it was not credited to her account. (Exhibit R)

28.  On March 6, 2020 Ms. Davis made a payment of $517.96 to Wilmington. Yet it was not credited to her account. (Exhibit R)

29. On April 6, 2020 Ms. Davis made a payment of $517.96 to Wilmington.  Yet it was inexplicably returned on April 7, 2020. (Exhibit R)

30. On May 6, 2020 Wilmington inexplicably returned another $517.96 to Ms. Davis. (Exhibit R)

31. On May 7, 2020 Ms. Davis made a payment of $696.00 to Wilmington. Yet it was not credited to her account. (Exhibit R)

32. On June 4, 2020 Wilmington inexplicably returned another $517.96 to Ms. Davis. (Exhibit R)

33. On June 10, 2020 Ms. Davis made a payment of $189.96 to Wilmington. Yet it was not credited to her account. (Exhibit R)

34. On July 6, 2020 Ms. Davis made a payment of $189.96 to Wilmington. Yet it was not credited to her account. (Exhibit R)

35. On July 3, 2020 Wilmington inexplicably returned another $517.96 to Ms. Davis. (Exhibit R)

36. On August 5, 2020 Wilmington inexplicably returned another $696.00 to Ms. Davis. (Exhibit R)

37. On August 6, 2020 Ms. Davis made a payment of $189.96 and a payment of $517.96 to Wilmington. Yet it was not credited to her account. (Exhibit R)

38. On September 9, 2020 Wilmington inexplicably returned another $189.96 to Ms. Davis. (Exhibit R)

39. On September 8, 2020 Ms. Davis made a payment of $189.96 and a payment of $517.96 to Wilmington. Yet it was not credited to her account. (Exhibit R)

40. On October 5, 2020 Wilmington inexplicably returned another $189.96 to Ms. Davis. (Exhibit R)

41. On October  8, 2020 Ms. Davis made a payment $517.96 to Wilmington. Yet it was not credited to her account. (Exhibit R)

42. On November 4, 2020 Wilmington inexplicably returned another $189.96 and $517.96to Ms. Davis. (Exhibit R)

43. Ms. Davis had paid her mortgage via direct bill pay through her credit union with no problems for several years.

44. Ms. Davis repeatedly tried to correct these issues, yet got nowhere when speaking with the mortgage servicer.

45. Even in August of 2021 after receiving notice of this foreclosure, an agent of Fay Servicing told Ms. Davis that her mortgage payments were only supposed to be $546.00 per month.

46. Ms. Davis maintains that the lack of communication and resolution as to the mortgage servicer is what has caused this foreclosure.

<div style="text-align:center">

COUNT I

BREACH OF CONTRACT

</div>

47. Defendants Wilmington Savings Fund Society, FSB and Fay Servicing, LLC entered into a contract with Ervie Davis.

48. Defendants breached this contract by failing to act in good faith in accepting her mortgage payments.

49. Defendants further breached this contract by failing to abide by the terms and conditions of the contract.

50. As the result of said breach, Plaintiff suffered damages.

WHEREFORE, premises considered, Plaintiff prays this Honorable Court find in her favor and award damages.

## COUNT II

## FRAUD

51. Defendants Wilmington Savings Fund Society, FSB and Fay Servicing, LLC entered into a contract with Ervie Davis.

52. Defendants induced Plaintiff to sign this loan modification, knowing that it had vastly underestimated its escrow costs.

53. Plaintiff relied on this representation to her detriment.

54. As the result of said fraud, Plaintiff suffered damages.

WHEREFORE, premises considered, Plaintiff prays this Honorable Court find in her favor and award damages.

## COUNT III

## CONVERSION

DOCUMENT 3

55. Defendants Wilmington Savings Fund Society, FSB  and Fay Servicing, LLC entered into a contract with Ervie Davis.

56. Ervie Davis paid money to Defendants that was not credited to her account.

57. Upon information and belief, Defendants converted Plaintiff's property for their own use with no benefit to her.

WHEREFORE, premises considered, Plaintiff prays this Honorable Court find in her favor and award damages.

Dated this the 30th of August, 2021.

/s/ Kristy Kirkland
Kristy Kirkland (KIR041)pa
Attorney for Plaintiff
Legal Services Alabama, Inc.
224 West Main Street
Dothan, AL 36301
(334) 651.8707
kkirkland a alsp.org

DOCUMENT 3



PLAINTIFF'S EXHIBIT

A

DOCUMENT 3

SEND TAX NOTICE TO:

(Name) _____

(Address) _____

This instrument was prepared by

(Name) __Farmer, Price & Smith__

(Address) __P.O. Drawer 2228, Dothan, Alabama 36302__

Form 1-1-5 Rev. 1983
WARRANTY DEED, JOINT TENANTS WITH RIGHT OF SURVIVORSHIP — LAWYERS TITLE INSURANCE CORPORATION, Birmingham, Alabama

BOOK **0331** PAGE **154**

STATE OF ALABAMA

__HOUSTON__ COUNTY }   KNOW ALL MEN BY THESE PRESENTS,

That in consideration of __Ten Dollars and other valuable considerations__————————DOLLARS

to the undersigned grantor or grantors in hand paid by the GRANTEES herein, the receipt whereof is acknowledged, we,

__Clayton Lee__

(herein referred to as grantors) do grant, bargain, sell and convey unto

__Josephus Davis and wife, Ervie Earvetta Davis__

(herein referred to as GRANTEES) as joint tenants, with right of survivorship, the following described real estate situated in

__Houston__ County, Alabama to-wit:

Lot 16, Block "B", Second Addition to Sunny Acres Subdivision, a subdivision in the City of Dothan, Houston County, Alabama, as per map or plat of same as recorded in Plat Book 2, Page 12, in the Office of the Judge of Probate of Houston County, Alabama.

SUBJECT TO:

1. Ad valorem taxes which may be due now or subsequent hereto;
2. Any applicable zoning ordinances;
3. Easements, restrictions, reservations, right of ways and set back lines of record;
4. Mineral and mining rights now owned by Grantors.

TO HAVE AND TO HOLD Unto the said GRANTEES as joint tenants, with right of survivorship, their heirs and assigns, forever; it being the intention of the parties to this conveyance, that (unless the joint tenancy hereby created is severed or terminated during the joint lives of the grantees herein) in the event one grantee herein survives the other, the entire interest in fee simple shall pass to the surviving grantee, and if one does not survive the other, then the heirs and assigns of the grantees herein shall take as tenants in common.

And I/we do for myself (ourselves) and for my (our) heirs, executors, and administrators covenant with the said GRANTEES, their heirs and assigns, that I am (we are) lawfully seized in fee simple of said premises; that they are free from all encumbrances, unless otherwise noted above; that I (we) have a good right to sell and convey the same as aforesaid; that I (we) will and my (our) heirs, executors and administrators shall warrant and defend the same to the said GRANTEES, their heirs and assigns forever, against the lawful claims of all persons.

IN WITNESS WHEREOF, __I__ have hereunto set __my__ hand(s) and seal(s), this __1 ST__

day of __July__, 19__86__.

WITNESS:

_____ (Seal)   ___Clayton Lee___ (Seal)
913 __7th Dr.__                            CLAYTON LEE
_____ (Seal)   _____ (Seal)
Do __26301__          (Seal)             _____ (Seal)

STATE OF ALABAMA
__Houston__ COUNTY }

I, __the undersigned authority__, a Notary Public in and for said County, in said State, hereby certify that __Clayton Lee__ whose name is signed to the foregoing conveyance, and who __is__ known to me, acknowledged before me on this day, that being informed of the contents of the conveyance __he__ executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this __1st__ day of __July__, A.D. 19 86.

_____
Notary Public.

19386

After recording return to:
CITIFINANCIAL
R.dt. CORPORATION, LLC
CITIFINANCIAL 2407 montgomery
DOTHAN CHEROKEE  AL  36303

MTG    1744    361
Recorded In Above Book and Page
06/28/2005 01:56:38 PM
Luke Cooley
Judge of Probate
Houston County, Alabama



PLAINTIFF'S
EXHIBIT
B

DOCUMENT 3

# MORTGAGE

THIS MORTGAGE is made this  27th  day of    June         ,  2005    , between the Grantor,
ERVIE BARVETTA DAVIS, A SINGLE WOMAN

(herein "Borrower"),

and the Mortgagee,  CITIFINANCIAL CORPORATION, LLC
a corporation organized and existing under the laws of  Delaware                        , whose
address is CITIFINANCIAL    DOTHAN CHEROKEE  AL  36303                        (herein "Lender").

WHEREAS, Borrower is indebted to Lender in the principal sum of U.S. $        94,997.61        ,
which indebtedness is evidenced by Borrower's note dated     06/27/2005        and extensions and renewals
thereof (herein "Note"), providing for monthly installments of principal and interest, with the balance of the
indebtedness, if not sooner paid, due and payable on  07/15/2025  ;

TO SECURE to Lender the repayment of the indebtedness evidenced by the Note, with interest thereon; the payment
of all other sums, with interest thereon, advanced in accordance herewith to protect the security of this Mortgage; and the
performance of the covenants and agreements of Borrower herein contained, Borrower does hereby grant and convey to
Lender and Lender's successors and assigns with power of sale, the following described property located in the County of
HOUSTON    , State of Alabama:

LOT 16, BLOCK "B" SECOND ADDITION TO SUNNY ACRES SUBDIVISION, A
SUBDIVISION IN THE CITY OF DOTHAN, HOUSTON COUNTY, ALABAMA, AS PER MAP
OR PLAT OF SAME AS RECORDED IN THE OFFICE OF THE JUDGE OF PROBATE OF
HOUSTON COUNTY, ALABAMA.

SUBJECT TO ALL RESTRICTIONS, RESERVATIONS, RIGHTS, EASEMENTS, RIGHTS-
OF-WAY, PROVISIONS, COVENANTS, TERMS, CONDITIONS AND BUILDING SET-BACK
LINES OF RECORD

TO HAVE AND TO HOLD such property unto Lender and Lender's successors and assigns, forever, together with
all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances and rents, all of
which shall be deemed to be and remain a part of the property covered by this Mortgage; and all of the foregoing,
together with said property (or the leasehold estate if this Mortgage is on a leasehold) are hereinafter referred to as the
"Property."

Borrower covenants that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage,
grant and convey the Property, and that the Property is unencumbered, except for encumbrances of record. Borrower
covenants that Borrower warrants and will defend generally the title to the Property against all claims and demands,
subject to encumbrances of record.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1. Payment of Principal and Interest. Borrower shall promptly pay when due the principal and interest
indebtedness evidenced by the Note and late charges as provided in the Note.

s

ERVIE EARVETTA DAVIS      MTG    1744    362      06/27/2005

2. **Funds for Taxes and Insurance.** Subject to applicable law or a written waiver by Lender, Borrower shall pay to Lender on the day monthly payments of principal and interest are payable under the Note, until the Note is paid in full, a sum (herein "Funds") equal to one-twelfth of the yearly taxes and assessments (including condominium and planned unit development assessments, if any) which may attain priority over this Mortgage and ground rents on the Property, if any, plus one-twelfth of yearly premium installments for hazard insurance, plus one-twelfth of yearly premium installments for mortgage insurance, if any, all as reasonably estimated initially and from time to time by Lender on the basis of assessments and bills and reasonable estimates thereof. Borrower shall not be obligated to make such payments of Funds to Lender to the extent that Borrower makes such payments to the holder of a prior mortgage and deed of trust if such holder is an institutional lender.

If Borrower pays Funds to Lender, the Funds shall be held in an institution the deposits or accounts of which are insured or guaranteed by a Federal or state agency (including Lender if Lender is such an institution). Lender shall apply the Funds to pay said taxes, assessments, insurance premiums and ground rents. Lender may not charge for so holding and applying the Funds, analyzing said account or verifying and compiling said assessments and bills, unless Lender pays Borrower interest on the Funds and applicable law permits Lender to make such a charge. Borrower and Lender may agree in writing at the time of execution of this Mortgage that interest on the Funds shall be paid to Borrower, and unless such agreement is made or applicable law requires such interest to be paid, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds showing credits and debits to the Funds and the purpose for which each debit to the Funds was made. The Funds are pledged as additional security for the sums secured by this Mortgage.

If the amount of the Funds held by Lender, together with the future monthly installments of Funds payable prior to the due dates of taxes, assessments, insurance premiums and ground rents, shall exceed the amount required to pay said taxes, assessments, insurance premiums and ground rents as they fall due, such excess shall be, at Borrower's option, either promptly repaid to Borrower or credited to Borrower on monthly installments of Funds. If the amount of the Funds held by Lender shall not be sufficient to pay taxes, assessments, insurance premiums and ground rents as they fall due, Borrower shall pay to Lender any amount necessary to make up the deficiency in one or more payments as Lender may require.

Upon payment in full of all sums secured by this Mortgage, Lender shall promptly refund to Borrower any Funds held by Lender. If under paragraph 17 hereof the Property is sold or the Property is otherwise acquired by Lender, Lender shall apply, no later than immediately prior to the sale of the Property or its acquisition by Lender, any Funds held by Lender at the time of application as a credit against the sums secured by this Mortgage.

3. **Application of Payments.** Unless applicable law provides otherwise, all payments received by Lender under the Note and paragraphs 1 and 2 hereof shall be applied by Lender first in payment of amounts payable to Lender by Borrower under paragraph 2 hereof, then to interest payable on the Note, and then to the principal of the Note.

4. **Prior Mortgages and Deeds of Trust; Charges; Liens.** Borrower shall perform all of Borrower's obligations under any mortgage, deed of trust or other security agreement with a lien which has priority over this Mortgage, including Borrower's covenants to make payments when due. Borrower shall pay or cause to be paid all taxes, assessments and other charges, fines and impositions attributable to the Property which may attain a priority over this Mortgage, and leasehold payments or ground rents, if any.

5. **Hazard Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage", and such other hazards as Lender may require and in such amounts and for such periods as Lender may require.

The insurance carrier providing the insurance shall be chosen by Borrower subject to approval by Lender; provided, that such approval shall not be unreasonably withheld. All insurance policies and renewals thereof shall be in a form acceptable to Lender and shall include a standard mortgage clause in favor of and in a form acceptable to Lender. Lender shall have the right to hold the policies and renewals thereof, subject to the terms of any mortgage, deed of trust or other security agreement with a lien which has priority over this Mortgage.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower.

If the Property is abandoned by Borrower, or if Borrower fails to respond to Lender within 30 days from the date notice is mailed by Lender to Borrower that the insurance carrier offers to settle a claim for insurance benefits, Lender is authorized to collect and apply the insurance proceeds at Lender's option either to restoration or repair of the Property or to the sums secured by this Mortgage.

6. **Preservation and Maintenance of Property; Leaseholds; Condominiums; Planned Unit Developments.** Borrower shall keep the Property in good repair and shall not commit waste or permit impairment or deterioration of the Property and shall comply with the provisions of any lease if this Mortgage is on a leasehold. If this Mortgage is on a unit in a condominium or a planned unit development, Borrower shall perform all of Borrower's obligations under the declaration or covenants creating or governing the condominium or planned unit development, the by-laws and regulations of the condominium or planned unit development, and constituent documents.

7. **Protection of Lender's Security.** If Borrower fails to perform the covenants and agreements contained in this Mortgage, or if any action or proceeding is commenced which materially affects Lender's interest in the Property, then Lender, at Lender's option, upon notice to Borrower, may make such appearances, disburse such sums, including reasonable attorneys' fees, and take such action as is necessary to protect Lender's interest. If Lender required mortgage insurance as a condition of making the loan secured by this Mortgage, Borrower shall pay the premiums required to maintain such insurance in effect until such time as the requirement for such insurance terminates in accordance with Borrower's and Lender's written agreement or applicable law.

Any amounts disbursed by Lender pursuant to this paragraph 7, with interest thereon, at the Note rate, shall become additional indebtedness of Borrower secured by this Mortgage. Unless Borrower and Lender agree to other terms of payment, such amounts shall be payable upon notice from Lender to Borrower requesting payment thereof. Nothing contained in this paragraph 7 shall require Lender to incur any expense or take any action hereunder.

8. **Inspection.** Lender may make or cause to be made reasonable entries upon and inspections of the Property, provided that Lender shall give Borrower notice prior to any such inspection specifying reasonable cause therefor related to Lender's interest in the Property.

9. **Condemnation.** The proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of the Property, or part thereof, or for conveyance in lieu of condemnation, are hereby assigned and shall be paid  to Lender, subject to the terms of any mortgage, deed of trust or other security agreement with a lien which has priority over this Mortgage.

DOCUMENT 3

DOCUMENT 3

ERVIE EARVETTA DAVIS

MTG   1744   363   06/27/2005

10. **Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Mortgage granted by Lender to any successor in interest of Borrower shall not operate to release, in any manner, the liability of the original Borrower and Borrower's successors in interest. Lender shall not be required to commence proceedings against such successor or refuse to extend time for payment or otherwise modify amortization of the sums secured by this Mortgage by reason of any demand made by the original Borrower and Borrower's successors in interest. Any forbearance by Lender in exercising any right or remedy hereunder, or otherwise afforded by applicable law, shall not be a waiver of or preclude the exercise of any such right or remedy.

11. **Successors and Assigns Bound; Joint and Several Liability; Co-signers.** The covenants and agreements herein contained shall bind, and the rights hereunder shall inure to, the respective successors and assigns of Lender and Borrower, subject to the provisions of paragraph 16 hereof. All covenants and agreements of Borrower shall be joint and several. Any Borrower who co-signs this Mortgage, but does not execute the Note, (a) is co-signing this Mortgage only to mortgage, grant and convey that Borrower's interest in the Property to Lender under the terms of this Mortgage, (b) is not personally liable on the Note or under this Mortgage, and (c) agrees that Lender and any other Borrower hereunder may agree to extend, modify, forebear, or make any other accommodations with regard to the terms of this Mortgage or the Note without that Borrower's consent and without releasing that Borrower or modifying this Mortgage as to that Borrower's interest in the Property.

12. **Notice.** Except for any notice required under applicable law to be given in another manner, (a) any notice to Borrower provided for in this Mortgage shall be given by delivering it or by mailing such notice by certified mail addressed to Borrower at the U. S. Postal address of the Property or at such other address as Borrower may designate by notice to Lender as provided herein, and (b) any notice to Lender shall be given by certified mail to Lender's address stated herein or to such other address as Lender may designate by notice to Borrower as provided herein. Any notice provided for in this Mortgage shall be deemed to have been given to Borrower or Lender when given in the manner designated herein.

13. **Governing Law; Severability.** The state and local laws applicable to this Mortgage shall be the laws of the jurisdiction in which the Property is located. The foregoing sentence shall not limit the applicability of Federal law to this Mortgage. In the event that any provision or clause of this Mortgage or the Note conflicts with applicable law, such conflict shall not affect other provisions of this Mortgage or the Note which can be given effect without the conflicting provision, and to this end the provisions of this Mortgage and the Note are declared to be severable. As used herein, "costs", "expenses" and "attorneys' fees" include all sums to the extent not prohibited by applicable law or limited herein.

14. **Borrower's Copy.** Borrower shall be furnished a conformed copy of the Note and of this Mortgage at the time of execution or after recordation hereof.

15. **Rehabilitation Loan Agreement.** Borrower shall fulfill all of Borrower's obligations under any home rehabilitation, improvement, repair, or other loan agreement which Borrower enters into with Lender. Lender, at Lender's option, may require Borrower to execute and deliver to Lender, in a form acceptable to Lender, an assignment of any rights, claims or defenses which Borrower may have against parties who supply labor, materials or services in connection with improvements made to the Property.

16. **Transfer of the Property or a Beneficial Interest in Borrower.** If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Mortgage. However, this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Mortgage.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Mortgage. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Mortgage without further notice or demand on Borrower.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

17. **Acceleration; Remedies.** Except as provided in paragraph 16 hereof, upon Borrower's breach of any covenant or agreement of Borrower in this Mortgage, including the covenants to pay when due any sums secured by this Mortgage, Lender prior to acceleration shall give notice to Borrower as provided in paragraph 12 hereof specifying: (1) the breach; (2) the action required to cure such breach; (3) a date, not less than 10 days from the date the notice is mailed to Borrower, by which such breach must be cured; and (4) that failure to cure such breach on or before the date specified in the notice may result in acceleration of the sums secured by this Mortgage and sale of Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to bring a court action to assert the nonexistence of a default or any other defense of Borrower to acceleration and sale. If the breach is not cured on or before the date specified in the notice, Lender at Lender's option may declare all of the sums secured by this Mortgage to be immediately due and payable without further demand and may invoke the power of sale and any other remedies permitted by applicable law. Lender shall be entitled to collect all reasonable costs and expenses incurred in pursuing the remedies provided in this paragraph 17, including, but not limited to, reasonable attorneys' fees.

If Lender invokes the power of sale, Lender shall mail a copy of a notice of sale to Borrower in the manner provided in paragraph 12 hereof. Lender shall publish the notice of sale once a week for three consecutive weeks in some newspaper published in ＨＯＵＳＴＯＮ County, Alabama, and thereupon shall sell the Property to the highest bidder at public auction at the front door of the County Courthouse of said County. Lender shall deliver to the purchaser Lender's deed conveying the Property so sold. Lender or Lender's designee may purchase the Property at any sale. Borrower covenants and agrees that the proceeds of the sale shall be applied in the following order: (a) to all reasonable costs and expenses of the sale, including, but not limited to, reasonable attorneys' fees and costs of title evidence; (b) to all sums secured by this Mortgage; and (c) the excess, if any, to the person or persons legally entitled thereto.

18. **Borrower's Right to Reinstate.** Notwithstanding Lender's acceleration of the sums secured by this Mortgage due to Borrower's breach, Borrower shall have the right to have any proceedings begun by Lender to enforce this Mortgage discontinued at any time prior to the earlier to occur of (i) the fifth day before sale of the Property pursuant to the power of sale contained in the Mortgage or (ii) entry of a judgment enforcing the Mortgage if: (a) Borrower pays Lender all sums which would be then due under this Mortgage and the Note had no acceleration occurred; (b) Borrower cures all breaches of any other covenants or agreements of Borrower contained in this Mortgage; (c) Borrower pays all reasonable expenses incurred by Lender in enforcing the covenants and agreements of Borrower contained in this Mortgage, and in enforcing Lender's remedies as provided in paragraph 17 hereof, including, but not limited to, reasonable attorneys' fees; and (d) Borrower takes such action as Lender may reasonably require to assure that the lien of this Mortgage, Lender's interest in the Property and Borrower's obligation to pay the sums secured by this Mortgage shall

06/27/2005

ERVIE EARVETTA DAVIS

MTG    1744   364

continue unimpaired. Upon such payment and cure by Borrower, this Mortgage and the obligations secured hereby shall remain in full force and effect as if no acceleration had occurred.

19. Assignment of Rents; Appointment of Receiver; Lender In Possession. As additional security hereunder, Borrower hereby assigns to Lender the rents of the Property, provided that Borrower shall, prior to acceleration under paragraph 17 hereof or abandonment of the Property, have the right to collect and retain such rents as they become due and payable.

Upon acceleration under paragraph 17 hereof or abandonment of the Property, Lender, in person, by agent or by judicially appointed receiver, shall be entitled to enter upon, take possession of and manage the Property and to collect the rents of the Property including those past due. All rents collected by Lender or the receiver shall be applied first to payment of the costs of management of the Property and collections of rents, including, but not limited to, receiver's fees, premiums on receiver's bonds and reasonable attorneys' fees, and then to the sums secured by this Mortgage. Lender and the receiver shall be liable to account only for those rents actually received.

20. Release. Upon payment of all sums secured by this Mortgage, this Mortgage shall become null and void and Lender shall release this Mortgage without charge to Borrower. Borrower shall pay all costs of recordation, if any.

21. Waiver of Homestead, Dower and Curtesy. Borrower hereby waives all rights of homestead exemption in the Property and relinquishes all right of dower and curtesy in the Property.

22. Hazardous Substances. Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property that is in violation of any Environmental Law. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property.

Borrower shall promptly give Lender written notice of any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge. If Borrower learns, or is notified by any governmental or regulatory authority, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law.

As used in this paragraph 22, "Hazardous Substances" are those substances defined as toxic or hazardous substances by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials. As used in this paragraph 22, "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection.

<div align="center">

REQUEST FOR NOTICE OF DEFAULT
AND FORECLOSURE UNDER SUPERIOR
MORTGAGES OR DEEDS OF TRUST

</div>

Borrower and Lender request the holder of any mortgage, deed of trust or other encumbrance with a lien which has priority over this Mortgage to give Notice to Lender, at Lender's address set forth on page one of this Mortgage, with a copy to P. O. Box 17170, Baltimore, MD 21203, of any default under the superior encumbrance and of any sale or other foreclosure action.

IN WITNESS WHEREOF, Borrower has executed this Mortgage.

Signed, sealed and delivered in the presence of :

_____   _____ (Seal)
                                                                                          -Borrower

_____   _____ (Seal)
                                                                                          -Borrower

STATE OF ALABAMA,                                    County ss:

On this _27TH_ day of _June_, _2005_, I, _____,
a Notary Public in and for said county and in said state, hereby certify that _Ervie Earvetta Davis,_
_a single woman_ _____, whose name(s) _is_ _____ signed to the foregoing
conveyance, and who _is_ _____ known to me, acknowledged before me that, being informed of the contents of
the conveyance, _they_ executed the same voluntarily and as
act on the day the same bears date.

Given under my hand and seal of office this the _27TH_ day of _July_ _____, _2005_.

My Commission expires: _____     _____
                                                                      Notary Public

This instrument was prepared by: _____

Alabama 1596-6  1/98     Original (Recorded)   Copy (Branch)   Copy (Customer)     Page 4 of 4
                              (Space Below This Line Reserved For Lender and Recorder)

Mortgage Tax        142.50
Recording Fee        20.00
TOTAL               162.50

DOCUMENT 3

ALMB 3 (Rev 06/2007)

**PLAINTIFF'S EXHIBIT C**

**United States Bankruptcy Court**
**Middle District of Alabama**

In re  **Ervie Slater Davis**

Debtor(s)

Case No.
Chapter ___13___

## CHAPTER 13 PLAN
Check If Amended Plan ☐

**CREDITOR'S RIGHTS WILL BE AFFECTED BY THIS PLAN**. You should read this and other documents sent to you carefully and discuss them with your attorney.

**TO FILE AN OBJECTION TO CONFIRMATION**. An Objection to Confirmation must be filed not later than seven (7) days prior to the date fixed for the Confirmation hearing and must state with particularity the grounds for the objection. See LBR 3015-2, which can be found at www.almb.uscourts.gov/lrules/index.htm, and must state with particularity the grounds for the objection.

**PROOFS OF CLAIM**. Creditors must file a proof of claim to be paid. Confirmation of this plan does not bar the debtor, Trustee or a party in interest from objecting to a claim.

### 1. PAYMENT AND LENGTH OF PLAN
Debtor(s) shall pay **$212.00 Monthly for 58 months** per month to the Chapter 13 Trustee beginning ____.

The length of the plan is __58__ months.

### 2. FILING FEES
The Filing Fee as prescribed by LBR 1006-1 shall be paid as follows:

☑ Filing Fee paid in full directly to the Clerk of Court with the petition.

☐ Filing Fee is being paid in installments pursuant to LBR 1006-1directly to the Clerk of Court.

☐ Filing Fee is being paid in installments pursuant to LBR 1006-1through the debtor's Chapter 13 plan as follows:
Total Filing Fee: $310.00
Initial Installment paid with filing of petition: $310.00
Remaining Balance to be paid through Chapter 13 plan: $0.00

### 3. ATTORNEY'S FEES FOR DEBTOR(S)' BANKRUPTCY COUNSEL

The following attorney's fees shall be paid through the debtor's plan payments:
Total attorney fee $3,000.00
Amount paid by the debtor prior to filing directly to attorney $0.00
Net Attorney fee being paid through the Chapter 13 plan disbursements $3,000.00

### 4. SECURED CLAIMS PAID THROUGH THE PLAN
The Debtor proposes that the Trustee make adequate protection payments prior to the confirmation of this Plan, pursuant to § 1326(a)(1) to the following creditors indicated below holding a purchase money security interest in personal property. Only those creditors entitled to § 1326(a)(1) adequate protection payments will receive pre-confirmation payments through the debtor's payments to the Trustee. The Trustee shall commence making such payments to creditors holding allowed claims secured by an interest in personal property consistent with the Trustee's distribution process and only after the timely filing of a proof of claim by such creditor. The Trustee shall receive the percentage fee fixed under 28 U.S.C. § 586(e) on all adequate protection payments. Pre-confirmation adequate protection payments shall be applied to the principal of the creditor's claim. Upon confirmation of this plan all secured creditors will receive adequate protection payments as set out below along with the payment of the debtor's attorney's fees. At such time as the debtor's attorney's fees have been paid in full, the creditor's claim shall be paid its specified monthly plan payments on the terms and conditions listed below as required under § 1325(a)(5).

| Creditor | Collateral Description | 910/365 Claim? Yes/No | Amount of Debt | Collateral Value | Interest Rate | §1326 PMSI Adeq Prot? Yes/No | Adeq Prot Pymt | Specified Monthly Payment |
|---|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

DOCUMENT 3

**DOCUMENT 3**

## 5. LONG TERM DEBTS MAINTAINED THROUGH THE PLAN

The Debtor proposes that the Trustee maintain the following long term debts through the plan. The Trustee shall make payments prior to confirmation of this Plan, to all of the following long term creditors indicated below. The Trustee shall commence making such payments to creditors holding allowed secured claims consistent with the Trustee's distribution process and only after the timely filing of a proof of claim by such creditor. The Trustee shall receive the percentage fee fixed under 28 U.S.C. § 586(e) on all payments. Upon confirmation of this plan said long term creditors will receive payments as set out below along with the payment of the debtor's attorney's fees.

| Creditor | Collateral Description | Amount of Debt | Collateral Value | Monthly Payment |
|---|---|---|---|---|
| -NONE- | | | | |

## 6. SURRENDERED PROPERTY

Debtor surrenders the following collateral. Upon confirmation, the automatic stay (including the co-debtor stay) is lifted as to surrendered collateral. Any claim submitted by such creditor will receive no distribution under this Plan until an amended proof of claim is filed by such creditor, reflecting any deficiency balance remaining following surrender.

| Creditor | Collateral Description | Amount of Debt | Value of Collateral |
|---|---|---|---|
| -NONE- | | | |

## 7. CURING DEFAULTS

Pursuant to § 1322(b)(5) the debtor shall cure defaults with respect to the following creditors indicated below. Trustee shall pay the allowed claims for arrearages at 100% through this Plan. The amount of default to be cured under this provision shall be the amount of the allowed claim filed by the creditor. The "amount of arrearage" listed herein is an estimate, and in no way shall this estimate limit what the Trustee shall distribute to said creditor under this plan to cure the default.

| Creditor | Collateral Description | Amount of Arrearage | Interest Rate | Monthly Payment |
|---|---|---|---|---|
| CitiFinancial | 1113 Tate Drive Dothan, AL 36301  Houston County | $8,000.00 | 0.00% | $191.00 |

## 8. DIRECT PAYMENTS

The following secured creditors or holders of long-term debt will be paid directly by the debtor to the creditor. The debtor shall make all § 1326 pre-confirmation adequate protection payments directly to the following creditors pursuant to the terms of the contract with the creditor. The debtor shall continue to make all payments to the creditor directly pursuant to the terms of the contract following the confirmation of the debtor's plan.

| Creditor | Collateral Description | Amount of Debt | Value of Collateral | Date Payment to Resume | Direct Pymt Amount |
|---|---|---|---|---|---|
| CitiFinancial | 1113 Tate Drive Dothan, AL 36301 Houston County | $87,470.00 | $80,600.00 | 1/1/2016 | $847.00 |

## 9. DOMESTIC SUPPORT OBLIGATIONS

The Debtor proposes that prepetition Domestic Support Obligation arrearage claims indicated below shall be paid in full through this plan pursuant to § 507(a)(1) unless the claimant agrees to some other treatment or the Court orders otherwise. The Debtor shall directly pay all ongoing Domestic Support Obligations that become due after filing of the petition.

| Creditor | Total Arrearage | Specified Monthly Payment |
|---|---|---|
| -NONE- | | |

The Debtor shall directly pay all ongoing Domestic Support Obligations that become due after filing of the petition.

## 10. PRIORITY CLAIMS (Excluding Domestic Support Obligations)

The Debtor will pay all priority claims pursuant to § 507 unless claimant expressly agrees otherwise including the following:

| Claimant | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

## 11. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Executory contracts and/or leases receive the following designated treatment. For all executory contracts or unexpired leases being assumed by the debtor pursuant to this plan, the debtor shall make all pre-confirmation § 1326 adequate protection payments directly to the Lessors pursuant to the terms of the contract. For all contracts assumed, the debtor shall continue to make all payments directly to the creditor pursuant to the terms of the contract following the confirmation of the debtor's plan.

| Creditor | Collateral Description | Reject | Assume |
|---|---|---|---|
| -NONE- | | | |

## 12. SPECIALLY CLASSIFIED UNSECURED CLAIMS

The following claims shall be paid as specially classified unsecured claims and shall receive the following designated treatment:

| Creditor | Amount of Debt Specially Classified | Interest Rate | Specified Monthly Payment |
|---|---|---|---|
| Office of the Clerk | $260.00 | 0.00% | $7.00 |

## 13. UNSECURED CLAIMS

Allowed non-priority unsecured claims shall be paid through the distribution of the debtor's chapter 13 plan at a rate of ____%, or pro rata participation in a "POT" Plan of $ __0.00__ for the benefit of unsecured creditors, or until all allowed claims are paid in full. If this proposed dividend to unsecured creditors is less than 100%, debtors propose to pay to the Trustee all projected disposable income for the applicable commitment period for the benefit of unsecured creditors as required by § 1325(b).

## 14. OTHER PLAN PROVISIONS

(a) **Lien Retention:** Allowed secured claim holders shall retain liens until liens are released or upon completion of all payments under this plan.

(b) **Vesting of Property of the Estate:**

    __ Property of the Estate shall revest in the Debtor(s) upon confirmation of the debtor's plan.

    _X_ Property of the Estate shall remain property of the estate subsequent to confirmation of this plan.

All property of the Estate whether it remains in the estate or revests with the debtor upon confirmation of the plan shall remain in the debtor's possession and control. The debtor shall have use of property of the estate, subject to the requirements of § 363 of the Bankruptcy Code.

(c) **Direct Payment by Debtor:** Secured creditors and lessors to be paid directly by the Debtor(s) may continue to mail to Debtor(s) the customary monthly notices or coupons notwithstanding the automatic stay.

(d) **Other Provisions of the Plan Not Elsewhere Described:**

Property of the estate includes all of the property specified in 11 U.S.C. sections 541 and 1306. Property of the estate is defined in sections 541 and 1306 and includes all property of the kind specified in such section acquired by the debtor(s) after commencement of the case but before the case is closed, dismissed or likewise converted to one under another chapter of the Code. Specifically, all debtor property now owned or hereafter acquired after commencement of the chapter 13 shall remain property of the bankruptcy estate until this chapter 13 case is discharged, converted to a case under chapter 7 or 11 or dismissed. The debtor shall have use of the property of the estate, subject to the requirement of section 363 of the Bankruptcy Code.

| | | | |
|---|---|---|---|
| Date | December 10, 2015 | Signature | **/s/ Ervie Slater Davis** |
| | | | Ervie Slater Davis |
| | | | Debtor |
| Attorney | **/s/ Michael D. Brock** | | |
| | Michael D. Brock BRO152 | | |

DOCUMENT 3

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re
ERVIE SLATER DAVIS
    Debtor(s)

Case No: 15-12499-WRS
Chapter 13

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

The debtor's Chapter 13 case was filed on December 10, 2015. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Wednesday, March 2, 2016, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

Amount of debtor(s) plan payments:
**DEBTOR PAY SCHEDULE**

| DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|---|
| ERVIE SLATER DAVIS | ERVIE SLATER DAVIS | 212.00 | MONTHLY | 01/09/2016 |

Period of payments: 58 months or until 0.00% is paid on allowed unsecured claims.

Payable to:  **Chapter 13 Trustee**
           **P. O. Box 613108**
           **MEMPHIS TN 38101-3108**

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,000.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $0.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $0.00 |
| Clerk of Court | Filing Fee | $0.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| CITIFINANCIAL | N | $8,000.00 | 0.00 % | $191.00 |

**Unsecured Special Class**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| OFFICE OF THE CLERK | N | $260.00 | 0.00 % | $7.00 |

In re
ERVIE SLATER DAVIS
    Debtor(s)

Case No: 15-12499-WRS
Chapter 13

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Thursday, March 10, 2016.

/s/ *Curtis C. Reding.*
Curtis C. Reding
Chapter Thirteen Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Thursday, March 10, 2016.

/s/ *Curtis C. Reding*
Curtis C. Reding
Chapter Thirteen Trustee

DOCUMENT 3

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re                                                          Case No. 15−12499
                                                               Chapter 13

Ervie Slater Davis

        Debtor

### ORDER CONFIRMING PLAN

The debtor's plan was filed on December 10, 2015. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015.  The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Done this 13th day of March,
2016.

                                        William R. Sawyer
                                        United States Bankruptcy Judge

DOCUMENT 3

PLAINTIFF'S
EXHIBIT
D

The relief described hereinbelow is SO ORDERED

Done this 16th day of August, 2016.



**William R. Sawyer**
**United States Bankruptcy Judge**



---

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

RE: ERVIE SLATER DAVIS,                    CASE NO.: 15-12499
    AKA EARVETTA DAVIS,

                                                              **CHAPTER 13**

    DEBTOR.

### ORDER ON MOTION FOR RELIEF IN REM

       This matter coming on to be heard on the Motion For Relief In Rem by CITIFINANCIAL SERVICING LLC, as to debt owed to CITIFINANCIAL SERVICING LLC and its successors and assigns and the Court being informed that the Debtor, the Debtor's attorney, Trustee, the Movant or attorney for the Movant have reached an agreement, it is therefore, ORDERED as follows:

       1.    The post-petition arrearage owed the Creditor, CITIFINANCIAL SERVICING LLC through July 2016, shall be added to the Plan by amendment and shall be paid by the Trustee. The post-petition arrearage to be put into the plan is as follows:

| | |
|---|---|
| 1 Partial Payment (May 2016) at $9.40 | $9.40 |
| 2 Payments (June 2016-July 2016) at $857.88 each | $1,715.76 |
| **Total** | **$1,725.16** |

       2.    The Debtor shall make all future payments direct to the Creditor, beginning with the payment due August 15, 2016, and shall make all future payments in accordance with the terms of the Note and Mortgage.

       3.    Debtor's plan payments shall increase to $297.00 per month. CitiFinancial Servicing LLC shall receive a fixed payment of $34.00 per month.

DOCUMENT 3

4.     It is further **ORDERED** that in the event Movant does not receive any future payment in accordance with the terms of the Note and Mortgage, the Movant shall file with the court, a 20 day notice of default. The Debtor will be given an opportunity to cure the arrearage and bring the account current within said 20 days, or the stay will be automatically lifted and Movant will proceed to foreclose its mortgage without further Order from the Court. Movant shall file said notice and Debtor may cure said default on two (2) separate occasions only. Upon the third default of the Debtor to timely remit the regular payments referenced above, then the automatic stay shall be terminated and Movant is authorized to immediately foreclose its mortgage without further Order of this Court.

5.     In the event the stay lifts, Movant may proceed to foreclose its mortgage secured by the property as described therein and the fourteen day stay of FRBP 4001 (a)(3) shall not apply. Further upon the lifting of the stay, Movant is relieved from filing and service of Notice of Payment Change and/or Notices of Post-Petition Fees, Expenses, and Charges, pursuant FRBP 3002.1. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this Order.

<div align="center">###END OF ORDER###</div>

Prepared and Submitted by:
S/HUNTER J. TATE
HUNTER J. TATE
STEPHENS MILLIRONS, P.C.
P.O. Box 307
Huntsville, Alabama 35804
(256) 382-5500

Agreed to by:

S/MICHAEL D. BROCK
MICHAEL D. BROCK
Attorney for Debtor
P.O. Drawer 311167
Enterprise, AL 36331
(334) 393-4357

S/Curtis C. Reding, Jr.
Curtis C. Reding, Jr.
Chapter 13 Trustee
Middle District of Alabama
P.O. Box 173
Montgomery, AL 36101-0173
(334) 262-8371

DOCUMENT 3



When Recorded Return To:
CitiFinancial Servicing, LLC
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

NTC Order # 399483889
Bayview Loan # 1736310

MTGASG     102    537
Recorded In Above Book and Page
07/25/2017 09:54:48 AM
PATRICK H DAVENPORT
Judge of Probate
Houston County, Alabama

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **CITIFINANCIAL SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS C/O CITIMORTGAGE, INC., 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368, (ASSIGNOR),** by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens and any rights due or to become due thereon to **BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS 4425 PONCE DE LEON BLVD. 5TH FLOOR, CORAL GABLES, FL 33146 (800)771-0299, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage dated 06/27/2005, made by **ERVIE EARVETTA DAVIS, A SINGLE WOMAN** and recorded in Mortgage **Book 1744 and Page 361** of the records in the office of the Judge of Probate of **HOUSTON** County, **Alabama**.

Dated on ___7 / 19 /2017 (MM/DD/YYYY)
CITIFINANCIAL SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY

By: _____
    Francis DeNardo
    **VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on ___7 / 19 /2017 (MM/DD/YYYY), by Francis DeNardo as VICE PRESIDENT of CITIFINANCIAL SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Ewa Iwona Kirsanov
Notary Public - State of FLORIDA
My commission expires: 10/13/2020

EWA IWONA KIRSANOV
Notary Public - State of Florida
My Commission #GG 38558
Expires October 13,2020

Document Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
CF001 399483889 MAS20   DOCR T101707-05:58:42 [C-1] FRMAL1

*D0024349540*

Recording Fee        11.00
TOTAL                11.00

DOCUMENT 3



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ERVIE SLATER DAVIS, | * | CASE NO. 15-12499 |
| | * | |
| | * | |
| Debtor. | * | CHAPTER 13 |

PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS:  CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.

This pleading is being filed and noticed pursuant to M.D. Ala, LBR 9007-1 procedures for the following: Motion to Approve Mortgage Modification in Chapter 13 Case.

## MOTION TO APPROVE MORTGAGE MODIFICATION IN CHAPTER 13 CASE

COMES NOW, the Debtor, by and through the undersigned, and moves this Honorable

Court to allow her to enter into a Loan Modification Agreement with Bayview Loan Servicing,

("Bayview") and in support thereof states the following:

1.  The Debtor filed for relief under Chapter 13 of the Bankruptcy Code on

    December 10, 2015.

2.  At the time of filing this instant case, the Debtor had an approximate principal and

    interest balance of $86,034.17 on her mortgage loan.  Her monthly principal and

    interest payments are $857.88 and her APR is 9.50%.

3.  Under the terms of the Loan Modification Agreement, Bayview will extend the

    maturity of the loan to November 1, 2048, reduce the interest rate to 9.070% and

    reduce the monthly principal and interest payment of $644.72. (Please see Exhibit

    A attached hereto and incorporated herein by reference.)

4.  The Loan Modification Agreement will cure any current default in payments.

DOCUMENT 3

5.    The Debtor is not borrowing any additional monies in the proposed Loan
Modification Agreement.

WHEREFORE, the Debtor respectfully requests this Honorable Court enter an Order
allowing her to enter into the Loan modification Agreement with Bayview Loan Servicing and
for such other relief that may be just and appropriate.

RESPECTFULLY SUBMITTED this 29th day of December, 2017.


                                    BROCK & STOUT


                                    /s/ Andrew D. Poston
                                    Andrew D. Poston {POS015}
                                    Attorney for Debtor
                                    Post Office Drawer 311167
                                    Enterprise, Alabama 36331-1167
                                    (334) 393-4357
                                    (334) 393-0026 FAX

DOCUMENT 3

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing Motion and the attached Exhibit A upon the following, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 29th day of December, 2017.

Teresa R. Jacobs                          Sabrina L. McKinney
Bankruptcy Administrator                  Chapter 13 Trustee
ba@almb.uscourts.gov                      Trustees_ofc@ch13mdal.com


Bayview Loan Servicing LLC
4425 Ponce De Leon Blvd.
5th Floor
Coral Gables, FL    33146

DOCUMENT 3

## EXHIBIT A 15-12499

| | |
|---|---|
| **Modification Effective Date**: | 3/1/2018 |
| **Borrower(s)**: | ERVIE EARVETTA DAVIS |

| | |
|---|---|
| **Loan Number**: | xxxxxx10 |
| **Servicer**: | Bayview Loan Servicing, LLC |
| **Original Promissory Note ("Note")**: | 6/27/2005 |
| **Original Principal Balance**: | $94,997.61 |

**Deed of Trust/Mortgage ("Security Instrument")**: Deed of Trust or Mortgage securing the Note and creating a lien on certain real property ("Property") owned by Borrower.

**Borrower and Servicer agree to the following:**

1. **New Principal Balance**: $80,000.00, including the existing unpaid principal balance of $83,558.71 plus the capitalized unpaid installments, interest, late charges, fees and costs, and if applicable, advances for unpaid property taxes and/or insurance premiums decreased by $3,558.71. Based on the consideration listed above, and other good and valuable consideration, Servicer agrees to forgive $8,928.02. You will never be required to pay this amount. There may be prior deferment or forgiveness related to this loan or this current Agreement. There could be tax consequences related to this deferment or forgiveness, you are advised to seek guidance from an independent tax professional. If your loan was a daily simple interest loan, once converted the loan will be modified into a standard amortizing loan.

2. **New Monthly Payment**: $713.68, including monthly principal and interest payment of $644.72, plus monthly escrow payment of $68.96.

3. **New Interest Rate**: 9.070%

4. **New Maturity Date**: 11/1/2048

5. **New Monthly Payments, Payment Adjustments**:

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal & Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-5 | 9.070% | 2/1/2018 | $644.72 | $68.96 | $713.68 | 3/1/2018 | 60 |
| 6-31 | 9.082% | 2/1/2023 | $645.36 | Adjusted Annually | Adjusted Annually | 3/1/2023 | 309 |

Borrower acknowledges that Servicer will establish an impound/escrow account for the collection of property taxes and insurance premiums if such account is not currently in existence. Servicer will analyze the impound/escrow account from time to time. As a result of this analysis, the escrow portion of Borrower's monthly payment may change. Borrower further acknowledges that the escrow portion of his/her monthly payment may be substantially higher than the estimate. (Note: In certain states, impound/escrow accounts do not collect for payment of taxes pertaining to Bond/Special Assessments and Irrigation/Water District).

**Notice**: This agreement may contain preliminary figures that may change depending on a final review once the trial period has been completed. Should adjustments be necessary, a notice will be sent to you with the details of the updates.

**No Other Changes**: Except as expressly adjusted by this Agreement, all of the covenants, agreements, stipulations, and conditions in the Note and the Security Instrument remain unmodified and in full force and effect. The Security Instrument continues to secure on a first and prior lien basis the due and punctual payments of the Note, as modified by this Agreement. Borrower is encouraged to review this Agreement with his/her legal advisor prior to signing it, but by signing the below Borrower has voluntarily signed this Agreement.

AM683 Slip Streamline Mod Agreement Ltr PYMT RLF V1.0 Loan No.: xxxxxx 1029          BLS-0513-100-01

DOCUMENT 3

IN WITNESS WHEREOF, Servicer and Borrower have executed this Loan Modification Agreement.

**Borrower:**

By _____     Date: 11 28 2017
ERVIE EARVETTA DAVIS

**Servicer:**

By: _____     Date: _____
Vice President, Bayview Loan Servicing, LLC

Licensed Loan Originator:    Kenya Belliveau
MLO License Number:          976245
Direct Phone Number:         877-650-0140
Monday – Friday,             9:00am to 6:00pm ET
Fax Number:                  877-360-9593

AM683 Stip Streamline Mod Agreement Ltr PYMT RLF V1.0 Loan No.: XXXXXX 1029          BLS-0513-100-01

DOCUMENT 3



**Fill in this information to identify the case:**

Debtor 1 <u>Ervie Slater Davis</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle District of Alabama</u>
(State)

Case number <u>15-12499-WRS</u>

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: <u>Bayview Loan Servicing, LLC, a Delaware Limited Liability Company</u>

Court claim no. (If known): <u>2</u>

Last 4 digits of any number you use to identify the debtor's account: <u>6310</u>

***This notice of payment change is being filed in the interest of completeness in the court record. The effective date of this Loan Modification Agreement was scheduled to be prior to the filing of this notice. In order to comply in good faith with FRBP 3002.1(b).  The Debtor shall receive

| Date of Payment Change: 01/01/2019*** |
|---|
| Must be at least 21 days after date of this notice |
| New Total Payment:   **$563.78** |
| Principal, interest, and escrow, if any |
| |
| |

the benefit of the decrease and any differences in payments submitted shall be credited to the debtors account.

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

   X      NO

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   X      NO

Case 15-12499   Doc      Filed 01/11/19   Entered 01/11/19 15:58:46   Desc Main
                         Document       Page 1 of 3

DOCUMENT 3

Debtor 1 Ervie Slater Davis

Case number (if known) 15-12499-WRS

**Part 3: Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

X YES, Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.).

Reason for Change: Loan Modification Agreement

Current mortgage payment $857.88

New mortgage payment: $563.78

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Jacob Mauldin

Date January 11, 2019

Print: Jacob Mauldin

Title Attorney for Creditor

Company Rubin Lublin, LLC

Address 100 Concourse Parkway, Suite 115
Birmingham, AL 35244

Contact phone (877) 813-0992

Email jmauldin@rubinlublin.com

DOCUMENT 3

## CERTIFICATE OF SERVICE

I certify that on the 11th day of January, 2019, I caused a copy of the Notice of Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Ervie Slater Davis
1113 Tate Drive
Dothan, AL 36301

Michael Brock, Esq.
P.O. Drawer 311167
Enterprise, AL 36331

Sabrina L. McKinney
Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101

Executed on 1/11/19
By: /s/ Jacob Mauldin
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor

| Conversions Delinquent Interest, Escrows and Corp Advances Inputs for Bulk Streamline ||
|---|---|
| Enter Loan Number | |
| Mod Effective Date | 01/01/2019 |
| Delinquent Interest | 1,175.35 |
| New Escrow Payment | 68.64 |

DOCUMENT 3

 **BAYVIEW®**
LOAN SERVIC NG

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

**NOTICE OF LOAN MODIFICATION
AGREEMENT ADJUSTMENT**

November 16, 2018

ERVIE E DAVIS
C/O MICHAEL D BROCK
BROCK & STOUT
PO DRAWER 311167
ENTERPRISE, AL 363310000

Loan Number: ▮▮▮▮▮▮
.

**Property Address:** 1113 TATE DR
DOTHAN            , AL 363010000

Dear Customer:

Congratulations! Based upon your successful completion of the trial plan period, and a final review of the loan modification terms, the preliminary figures of your loan modification have been finalized as follows.

1. **Modification Effective Date:** 01/01/2019
2. **New Principal Balance:** $76,645.31 , including the existing unpaid principal balance of $70,365.71 plus the capitalized unpaid installments, interest, late charges, fees and costs, and if applicable, advances for unpaid property taxes and/or insurance premiums increased by $6,279.60. Based on the consideration listed above, and other good and valuable consideration, Servicer agrees to forgive $8,706.96. You will never be required to pay this amount. There may be prior deferment or forgiveness related to this loan or this current Agreement. There could be tax consequences related to this deferment or forgiveness, you are advised to seek guidance from an independent tax professional.
3. **New Monthly Payment:** $563.78 , including monthly principal and interest payment of $495.14 , plus estimated monthly escrow payment of $68.64 .
4. **New Interest Rate:** 7.131%
5. **New Maturity Date:** 06/01/2054
6. **New Monthly Payments, Payment Adjustments:**

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|-------|---------------|---------------------------|-----------------------------------------------|------------------------------------------|-----------------------|-------------------|----------------------------|
| 1-5   | 7.131%        | 12/01/2018                | $495.14                                       | $68.64                                   | $563.78               | 01/01/2019        | 60                         |
| 6     | 8.131%        | 12/01/2023                | $546.14                                       | Adjust Annually                          | Adjust Annually       | 01/01/2024        | 12                         |
| 7-36  | 9.082%        | 12/01/2024                | $595.43                                       | Adjust Annually                          | Adjust Annually       | 01/01/2025        | 354                        |

DOCUMENT 3

In accordance with the security instrument  you will be responsible for paying Bayview for its fees and costs incurred in protecting its interest in the property and/or rights in this security instrument due to your default. The fees and costs incurred up to, but not exceeding, the estimate amount equal  $0.00 . Based on investor requirements, the amount you will be responsible for will be added to either (i) your corporate advance balance (where Bayview has advanced funds to cover other expenses associated with your loan and you are responsible for reimbursing Bayview), or (ii) any existing deferred balance (where a portion of your loan amount is not due immediately but instead deferred until a later time)   In either case, you will not be charged any interest on the amount of fees and costs. Fees may be paid prior to loan payoff or maturity, but will be due upon a subsequent loss mitigation event, or acceleration, whichever occurs first.  They also will not change the amount of your monthly payments under the permanent modification.

Please note, you do not need to submit any additional documents to us and no further action is necessary on your part.  To the extent that you continue to make payments on this loan, such payments will constitute acceptance of these changes.

If you are under active bankruptcy at the time of the modification, you may need court approval to complete a modification on your loan. Please contact your attorney, trustee or your designated  bankruptcy court if you have doubt on whether you need bankruptcy court approval to modify your loan.

The modification agreement is contingent on resolving any pending subordination, judgment, and or lien attached to your property. Failure to resolve subordination, judgments, and or liens may result in the modification agreement being withdrawn or denied.

If you have any questions regarding the above, please do not hesitate to call our Customer Service Department at (800) 457-5105, Monday through Friday 8:00 a.m. - 7:00 p.m. ET.

Sincerely,

Customer Service Department
Bayview Loan Servicing, LLC

## Disclaimers and Notices

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC., NMLS #2469.

**Confirmed SII Disclaimer**: If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

AM687 Notice of Loan Modification Agreement Adjustment  V 1.6 

Page 2 of 2

## Loan Modification Agreement

Modification Effective Date: 01/01/2019

Borrower(s): ERVIE E DAVIS

Loan Number: ▮▮▮▮

Servicer: Bayview Loan Servicing, LLC

Original Promissory Note ("Note"): 06/27/2005

Original Principal Balance: $94,397.00

Mortgage ("Security Instrument"): Mortgage securing the Note and creating a lien on certain real property ("Property") owned by Borrower

Borrower and Servicer agree to the following:

1. New Principal Balance: $79,362.67, including the existing unpaid principal balance of $70,965.71 (including credit for Stipulation Agreement downpayment); plus the capitalized unpaid installments, interest, late charges, fees and costs; and if applicable, advances for unpaid property taxes and/or insurance premiums increased by $7,996.96. Based on the consideration listed above, and other good and valuable consideration, Servicer agrees to forgive $8,706.96. You will never be required to pay this amount. There may be prior deferment or forgiveness related to this loan or this current Agreement. There could be tax consequences related to this deferment or forgiveness, you are advised to seek guidance from an independent tax professional. If your loan was a daily simple interest loan, once converted the loan will be modified into a standard amortizing loan.

2. New Monthly Payment: $575.39, including monthly principal and interest payment of $506.24 plus estimated monthly escrow payment of $69.15

3. New Interest Rate: 7.121%

4. New Maturity Date: 08/01/2054

5. New Monthly Payments, Payment Adjustments



Borrower acknowledges that Servicer will establish an impound/escrow account for the collection of property taxes and insurance premiums if such account is not currently in existence. Servicer will analyze the impound/escrow account from time to time. As a result of this analysis, the escrow portion of Borrower's monthly payment may change. Borrower further acknowledges that the escrow portion of his/her monthly payment may be subject to fully adjust per the schedule in Note. In certain states, amounts of escrow amounts do not collect for payment of taxes pertaining to Bond/Special Assessments and





DOCUMENT 3

Irrigation/Water District)

**Notice:** This agreement contains preliminary figures that may change depending on a final review once the trial period has been completed. Should adjustments be necessary, a notice will be sent to you with the details of the updates.

**No Other Changes:** Except as expressly adjusted by this Agreement, all of the covenants, agreements, stipulations, and conditions in the Note and the Security Instrument remain unmodified and in full force and effect. The Security Instrument continues to secure on a first and prior lien basis the due and punctual payments of the Note as modified by this Agreement. Borrower is encouraged to review this Agreement with his/her legal advisor prior to signing it, but by signing the below Borrower has voluntarily signed this Agreement.

IN WITNESS WHEREOF, Servicer and Borrower have executed this Loan Adjustment Agreement.

Borrower,

By _____     Date ___9/26/2016___

ERNIE E DAVIS



Servicer

By _____     Date: **NOV 1 5 2018**

Vice President, Bayview Loan Servicing, LLC

Licensed Loan Originator: Kenya Beliveau          Patrick Jones
Phone Number: (877) 650-0140 Ext 3729
Hours: Monday - Friday 9:00 a.m. - 9:00 p.m., ET
Fax Number: (877) 260-9593
NLO License Number [redacted]

## Disclaimers and Notices

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC. NMLS #2469.

**Confirmed Bill Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

**This Agreement** does not reaffirm any pre-existing debt to the extent it was previously discharged in a bankruptcy proceeding.

**The following mailing address** must be used for all Error Notices & Information Requests. Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.



BAYS: OF Loan Modification Agreement  V 1 5 Loan No       Page 2 of 2

DOCUMENT 3

 **BAYVIEW**

Loan No ███████████

SERVICER SIGNATURE

| STATE OF FLORIDA | § |
| | § |
| COUNTY OF MIAMI DADE | § |

On __11/15/2018___, before me, __BRYAN FUNDORA___, a notary public for and within the said county, personally appeared, <u>PATRICK JOYCE</u> of Bayview Loan Servicing, LLC. as Servicer, whose address is 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, Florida 33146, personally known to me (or provided to me on the basis of satisfactory evidence) to be the person(s) whose name is subscribed to the within instrument and acknowledge to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person acted, executed the instrument.

WITNESS my hand and official seal.

By: _____

Notary Public: <u>Bryan Fundora</u>
Notary Public for the State of Florida
My commission expires: <u>05/21/2022</u>
Commission # GG220064

[Notary seal:]
BRYAN FUNDORA
MY COMMISSION # GG 220064
EXPIRES: May 21, 2022
Bonded Thru Notary Public Underwriters

Bayview Loan Servicing, LLC.
4425 Ponce de Leon Blvd, Coral Gables, 33146

DOCUMENT 3



PLAINTIFF'S EXHIBIT H

**Fill in this information to identify the case:**

Debtor 1 **Ervie Slater Davis**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: **Middle District of Alabama**
(State)

Case number **15-12499-WRS**

DOCUMENT 3

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: **Bayview Loan Servicing, LLC, a Delaware Limited Liability Company**

Court claim no. (if known): **2**

Last 4 digits of any number you use to identify the debtor's account: **6310**

| |
|---|
| **Date of Payment Change: 03/01/2019** |
| Must be at least 21 days after date of this notice |
| New Total Payment:  **$564.30** |
| Principal, interest, and escrow, if any |
| |

### Part 1:   Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

    X   YES, Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

    Current escrow payment $68.64                    New escrow payment: $69.16

### Part 2:   Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

    X       NO

Case 15-12499    Doc       Filed 02/01/19    Entered 02/01/19 13:45:45    Desc Main
                           Document       Page 1 of 3

Debtor 1  Ervie Slater Davis                                        Case number *(if known)* 15-12499-WRS

| Part 3: | Other Payment Change |
| --- | --- |

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   X      NO

| Part 4: | Sign Here |
| --- | --- |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| /s/ Jacob Mauldin | | Date | February 1, 2019 |
| --- | --- | --- | --- |
| | | | |
| Print: | Jacob Mauldin | Title | Attorney for Creditor |
| Company | Rubin Lublin, LLC | | |
| Address | 100 Concourse Parkway, Suite 115 Birmingham, AL 35244 | | |
| Contact phone | (877) 813-0992 | Email | jmauldin@rubinlublin.com |

*DOCUMENT 3*

Case 15-12499   Doc   Filed 02/01/19   Entered 02/01/19 13:45:45   Desc Main
                     Document    Page 2 of 3

CERTIFICATE OF SERVICE

I certify that on the 1st day of February, 2019, I caused a copy of the Notice of Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Ervie Slater Davis
1113 Tate Drive
Dothan, AL 36301

Michael Brock, Esq.
Brock & Stout, LLC
P.O. Drawer 311167
Enterprise, AL 36331

Sabrina L. McKinney
P. O. Box 173
Montgomery, AL 36101

Executed on 2/1/19
By: /s/ Jacob Mauldin
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor

DOCUMENT 3



**BAYVIEW**
LOAN SERVICING

P.O. Box 331409
Miami FL 33233-1409

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**

| | |
|---|---|
| HAZARD INS | $572.40 |
| COUNTY TAX | $231.59 |
| Total | $803.99 |

$803.99 / 12 months =

Escrow Payment Calculation          $67.00

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR
ACCOUNT NUMBER:
ESCROW ANALYSIS DATE: 01/09/2019

Ernie Earvetta Davis
C/O Michael D Brock
Brock & Stout
PO Box 311167
Enterprise, AL 36331-1167

**NEW PAYMENT IS AS FOLLOWS**

| | |
|---|---|
| Principal and Interest | $495.14 |
| Required Escrow Payment | $67.00 |
| Shortage/Surplus Spread | $2.16 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |

| | |
|---|---|
| **Total Payment** | **$564.30** |
| **New Payment Effective Date:** | **03/01/2019** |
| Current Payment Due Date: | 01/01/2019 |

This statement provides a detailed summary of activity related to your escrow account. Bayview Loan Servicing maintains your escrow account to pay such items as property taxes, insurance premiums, and/or mortgage insurance. The escrow items to be disbursed from your account over the next twelve months are summarized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 03/2019 through 02/2020 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included. This also includes the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | | PAYMENTS FROM ESCROW ACCOUNT | | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| | | MIP/PMI | FLOOD | HAZ. INS | WIND INS | TAXES | TAX DESC | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | | $42.73¹ | $172.59¹ |
| MAR 19 | $67.00 | | | $47.70 | | | | $62.03 | $191.89 |
| APR 19 | $67.00 | | | $47.70 | | | | $81.33 | $211.19 |
| MAY 19 | $67.00 | | | $47.70 | | | | $100.63 | $230.49 |
| JUN 19 | $67.00 | | | $47.70 | | | | $119.93 | $249.79 |
| JUL 19 | $67.00 | | | $47.70 | | | | $139.23 | $269.00 |
| AUG 19 | $67.00 | | | $47.70 | | | | $158.53 | $288.39 |
| SEP 19 | $67.00 | | | $47.70 | | | | $177.83 | $307.69 |
| OCT 19 | $67.00 | | | $47.70 | | | | $197.13 | $326.99 |
| NOV 19 | $67.00 | | | $47.70 | | | | $216.43 | $346.29 |
| DEC 19 | $67.00 | | | | | $231.59 | COUNTY TAX | $51.84 | $181.70 |
| DEC 19 | | | | $47.70 | | | | $4.14 * | $134.00 LP |
| JAN 20 | $67.00 | | | $47.70 | | | | $23.44 | $153.30 |
| FEB 20 | $67.00 | | | $47.70 | | | | $42.74 | $172.60 |
| **Total** | | | | **$572.40** | | **$231.59** | | | |

(1) Your current escrow balance is $48.55. To project the next year's tax and insurance payment we added $137.28 for payments not yet made and subtracted $143.10 for disbursement not yet made. This brings your projected starting balance to $42.73 (see breakdown on next page).

(LP) The lowest (LP) required escrow balance for the next 12 months is scheduled to be $134.00 (cushion) which is 1/6 of the anticipated escrow account installment. Under Federal Law (RESPA) or applicable state law, a cushion in your escrow account is permitted (excluding MIP/PMI).

(*) Your lowest (*) projected escrow balance for the next 12 months is scheduled to be $4.14. Your bankruptcy escrow claim amount of $0.00 will be added to your escrow balance. The difference between the lowest projected balance, bankruptcy escrow claim amount and cushion is $129.86. This results in a shortage once all the payments not yet made for the tax and insurance account are received.

(2) Based on the escrow account projection for the coming year indicated above, your escrow account requires a starting escrow balance of $172.59 to arrive at the lowest (LP) required escrow balance.

**This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid through that plan. In other words, we are only analyzing for taxes (and insurance if applicable) that will come due after your current bankruptcy filing date.**

**IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.**

### ESCROW SHORTAGE REMITTANCE FORM

Name: Ernie Earvetta Davis
Account Number:                    Escrow Shortage Amount: $129.86

Your escrow shortage has been spread over a 60 month period, which may result in an increase in your payment. If you choose to pay your Escrow Shortage Amount in a lump sum, please include your account number on your check, and mail this coupon with your remittance to:

BAYVIEW LOAN SERVICING, LLC
P.O. BOX 4425
CORAL GABLES FL 33146-4425

Amount Enclosed: $_____

Your new payment will be: $564.30

DOCUMENT 3

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

Account Numbe[            ]                    Name: Ervie Earvetta Davis

This is a statement of actual activity in your escrow account from 10/2018 through 02/2019. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $912.27 of which $857.88 was for principal and interest and $54.39 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. An 'E' indicates a projected disbursement or payment.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) were received less than OR greater than expected<br>• Monthly payment(s) were received earlier OR later than expected<br>• Previous overage was returned to escrow<br>• Previous deficiency/shortage not paid entirely | • Tax rate and/or assessed value changed<br>• Exemption status lost or changed<br>• Supplemental/Delinquent tax paid<br>• Tax bill paid earlier OR later than expected<br>• Tax installment not paid<br>• Tax refund received<br>• New tax escrow requirement paid | • Premium changed<br>• Coverage changed<br>• Additional premium paid<br>• Insurance bill paid earlier OR later than expected<br>• Premium was not paid<br>• Premium refund received<br>• New Insurance escrow requirement paid<br>• Force placed Insurance premium paid |

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | ACTUAL | DESCRIPTION | ESCROW BAL PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $94.58 | $633.48- |
| OCT | $47.29 | $54.39 * | $47.29 | $0.00 * | HAZARD INSUR | $94.58 | $586.09- |
| OCT | | | | $46.18 * | HAZARD INS | $94.58 | $627.35- |
| NOV | $47.29 | $0.00 * | $47.29 | $0.00 * | HAZARD INSUR | $94.58 | $627.35- |
| NOV | | | | $47.78 * | HAZARD INS | $94.58 | $674.95- L |
| DEC | $47.29 | $1,003.53 * | $47.29 | $0.00 * | HAZARD INSUR | $94.58 | $328.58 |
| DEC | | | | $46.18 * | HAZARD INS | $94.58 | $282.42 |
| JAN | $47.29 | $68.64 *E | $47.29 | $47.70 *E | HAZARD INSUR | $94.58 | $303.36 |
| JAN | | | | $231.99 * | COUNTY TAX | $94.58 | $71.77 |
| JAN | | | | $2.28 * | COUNTY TAX | $94.58 | $69.49 |
| JAN | | | | $47.70 *E | HAZARD INSUR | $94.58 | $71.79 |
| FEB | $47.29 | $68.64 *E | $47.29 | $47.70 *E | HAZARD INSUR | $94.58 | $42.73 |
| Total | $236.45 | $1,195.20 | $236.45 | $516.99 | | | |

* = indicates a difference from a previous estimate or in the date or the amount
'E' = projected disbursement or payment
'L' = Lowest Escrow Balance

| Starting Projected Escrow Balance: | |
|---|---|
| Current Escrow Balance | $48.55 |
| Payments Not Yet Made | $137.28 |
| Disbursements Not Yet Made | $143.10 |
| Projected Escrow Balance | $42.73 |

At the time of your escrow account review, your expected lowest balance was $94.58 (cushion) or 1/6 of the anticipated escrow payment. Your actual lowest escrow balance was negative $674.95 as shown in the above "Account History"

**Confirmed Sill Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

**Notice** to customers who are in bankruptcy or whose obligation has been discharged and not reaffirmed: To the extent your obligation has been discharged or is subject to an automatic stay in a bankruptcy proceeding under Title 11 of the United States Code, this notice is for compliance and informational purposes only and does not constitute a demand for payment or an attempt to collect any payment. If you are represented by an attorney, please notify us and provide this correspondence to your attorney.

Should you require additional information, please call Customer Service: 1-800-457-5105
Mon-Fri, 8:00 a.m. to 7:00 p.m., EST
www.bayviewloanservicing.com

DOCUMENT 3



**BAYVIEW** LOAN SERVICING

P.O. Box 331409
Miami FL 33233-1409

## ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS

| | |
|---|---|
| HAZARD INS | $572.40 |
| COUNTY TAX | $231.59 |
| Total | $803.99 |

Escrow Payment Calculation  $803.99 / 12 months = $67.00

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND CHANGE OF PAYMENT NOTICE PREPARED FOR**
**ACCOUNT NUMBER:**
**ESCROW ANALYSIS DATE: 01/09/2019**

Ervie Earvetta Davis
C/O Michael D Brock
Brock & Stout
PO Box 311167
Enterprise, AL 36331-1167

### NEW PAYMENT IS AS FOLLOWS:

| | |
|---|---|
| Principal and Interest | $495.14 |
| Required Escrow Payment | $67.00 |
| Shortage/Surplus Spread | $2.16 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |

| | |
|---|---|
| **Total Payment** | **$564.30** |
| **New Payment Effective Date:** | **03/01/2019** |
| Current Payment Due Date: | 01/01/2019 |

This statement provides a detailed summary of activity related to your escrow account. Bayview Loan Servicing maintains your escrow account to pay such items as property taxes, insurance premiums, and/or mortgage insurance. The escrow items to be disbursed from your account over the next twelve months are summarized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 03/2019 through 02/2020 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included. This also includes the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| | PAYMENTS TO ESCROW ACCOUNT | | PAYMENTS FROM ESCROW ACCOUNT | | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| MONTH | | MIP/PMI | FLOOD | HAZ INS | WIND INS | TAXES | TAX DESC | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | | $42.73¹ | $172.59¹ |
| MAR 19 | $67.00 | | | $47.70 | | | | $62.03 | $191.28 |
| APR 19 | $67.00 | | | $47.70 | | | | $81.33 | $211.19 |
| MAY 19 | $67.00 | | | $47.70 | | | | $100.63 | $230.48 |
| JUN 19 | $67.00 | | | $47.70 | | | | $119.93 | $249.78 |
| JUL 19 | $67.00 | | | $47.70 | | | | $139.23 | $269.09 |
| AUG 19 | $67.00 | | | $47.70 | | | | $158.53 | $288.38 |
| SEP 19 | $67.00 | | | $47.70 | | | | $177.83 | $307.88 |
| OCT 19 | $67.00 | | | $47.70 | | | | $197.13 | $326.99 |
| NOV 19 | $67.00 | | | $47.70 | | | | $216.43 | $346.28 |
| DEC 19 | $67.00 | | | | | $231.89 | COUNTY TAX | $51.84 | $181.78 |
| DEC 19 | | | | $47.70 | | | | $4.14 * | $134.88 LP |
| JAN 20 | $67.00 | | | $47.70 | | | | $23.44 | $153.30 |
| FEB 20 | $47.99 | | | $47.70 | | | | $42.74 | $172.80 |
| **Total** | | | | $572.40 | | $231.59 | | | |

(1)  Your current escrow balance is $48.55  To project the next year's tax and insurance payment we added $137.28 for payments not yet made and subtracted $143.10 for disbursement not yet made  This brings your projected starting balance to $42.73 (see breakdown on next page).

(LP)  The lowest (LP) required escrow balance for the next 12 months is scheduled to be $134.00 (cushion) which is 1/6 of the anticipated escrow account installment. Under Federal Law (RESPA) or applicable state law, a cushion in your escrow account is permitted (excluding MIP/PMI).

(*)  Your lowest (*) projected escrow balance for the next 12 months is scheduled to be $4.14. Your bankruptcy escrow claim amount of $0.00 will be added to your escrow balance.  The difference between the lowest projected balance, bankruptcy escrow claim amount and cushion is $129.86. This results in a shortage once all the payments not yet made for the tax and insurance portion are received.

(2)  Based on the escrow account projection for the coming year indicated above, your escrow account requires a starting balance of $172.59 to arrive at the lowest (LP) required escrow balance

This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid through that plan. In other words, we are only analyzing for taxes (and insurance if applicable) that will come due after your current bankruptcy filing date.

IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.

### ESCROW SHORTAGE REMITTANCE FORM

Name: Ervie Earvetta Davis
Account Number:                      Escrow Shortage Amount: $129.86

Your escrow shortage has been spread over a 60 month period, which may result in an increase in your payment. If you choose to pay your Escrow Shortage Amount in a lump sum, please include your account number on your check, and mail this coupon with your remittance to:

BAYVIEW LOAN SERVICING, LLC
P.O. BOX 4425
CORAL GABLES FL 33146-4425

Amount Enclosed: $

DOCUMENT 3

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

**Account Number** ▮▮▮▮▮▮                    **Name: Ervie Earvetta Davis**

This is a statement of actual activity in your escrow account from 10/2018 through 02/2019. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $912.27 of which $857.88 was for principal and interest and $54.39 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. An 'E' indicates a projected disbursement or payment.

Your anticipated low point may or may not have been reached based on one or more of the following factors.

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) were received less than OR greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| | | • Coverage changed |
| • Monthly payment(s) were received earlier OR later than expected | • Exemption status lost or changed | • Additional premium paid |
| | • Supplemental/Delinquent tax paid | • Insurance bill paid earlier OR later than expected |
| • Previous overage was returned to escrow | • Tax bill paid earlier OR later than expected | • Premium was not paid |
| | • Tax installment not paid | • Premium refund received |
| • Previous deficiency/shortage not paid entirely | • Tax refund received | • New insurance escrow requirement paid |
| | • New tax escrow requirement paid | • Force placed insurance premium paid |

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $94.58 | $435.46- |
| OCT | $47.29 | $54.39 * | $47.29 | $0.00 * | HAZARD INSUR | $94.58 | $381.09- |
| OCT | | | | $48.16 * | HAZARD INS | $94.58 | $427.25- |
| NOV | $47.29 | $0.00 * | $47.29 | $0.00 * | HAZARD INSUR | $94.58 | $627.25- |
| NOV | | | | $47.79 * | HAZARD INS | $94.58 | $674.95- L |
| DEC | $47.29 | $1,003.53 * | $47.29 | $0.00 * | HAZARD INSUR | $94.58 | $328.58 |
| DEC | | | | $48.16 * | HAZARD INS | $94.58 | $282.42 |
| JAN | $47.29 | $88.64 *E | $47.29 | $47.70 *E | HAZARD INSUR | $94.58 | $363.36 |
| JAN | | | | $231.89 * | COUNTY TAX | $94.58 | $71.77 |
| JAN | | | | $2.28 * | COUNTY TAX | $94.58 | $69.49 |
| JAN | | | | $47.79 *E | HAZARD INSUR | $94.58 | $21.70 |
| FEB | $47.29 | $88.64 *E | $47.29 | $47.79 *E | HAZARD INSUR | $94.58 | $42.73 |
| Total | $236.45 | $1,195.20 | $236.45 | $516.96 | | | |

* = indicates a difference from a previous estimate either in the date or the amount
'E' = projected disbursement or payment
'L' = Lowest Escrow Balance

**Starting Projected Escrow Balance:**

| | |
|---|---|
| Current Escrow Balance | $48.55 |
| Payments Not Yet Made | $137.28 |
| Disbursements Not Yet Made | $143.10 |
| Projected Escrow Balance | $42.73 |

At the time of your escrow account review, your expected lowest balance was $94.58 (cushion) or 1/6 of the anticipated escrow payment. Your actual lowest escrow balance was negative $674.95 as shown in the above "Account History".

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

Notice to customers who are in bankruptcy or whose obligation has been discharged and not reaffirmed: To the extent your obligation has been discharged or is subject to an automatic stay in a bankruptcy proceeding under Title 11 of the United States Code, this notice is for compliance and informational purposes only and does not constitute a demand for payment or an attempt to collect any payment. If you are represented by an attorney, please notify us and provide this correspondence to your attorney.

Should you require additional information, please call Customer Service: 1-800-457-5105
Mon-Fri, 8:00 a.m. to 7:00 p.m., EST
www.bayviewloanservicing.com

DOCUMENT 3

Recording Fee $ 16.00
TOTAL $ 16.00

MTGASG    104    717
Recorded In Above Book and Page
09/30/2019 09:00:10 AM
Patrick H. Davenport
Judge of Probate
Houston County, Alabama



PLAINTIFF'S
EXHIBIT
I

Recording Requested By:
ESLOAN SOTOLONGO

When Recorded Mail To:
Westcor Investor Services
600 West Germantown Pike
Suite 450
Plymouth Meeting, PA, 19462

Loan #: 1736310

## ASSIGNMENT OF MORTGAGE

AL/HOUSTON

Assignment Prepared on: August 06, 2019

ASSIGNOR: BAYVIEW LOAN SERVICING, LLC, at 4425 PONCE DE LEON BLVD., SUITE #500, CORAL GABLES, FL, 33146

ASSIGNEE: MF DISPOSITIONS IVC, LLC, at 4425 PONCE DE LEON BLVD., SUITE #500, CORAL GABLES, FL, 33146

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 6/27/2005, in the amount of $94 997.61, executed by ERVIE EARVETTA DAVIS, A SINGLE WOMAN to CITIFINANCIAL CORPORATION, LLC and Recorded: 8/28/2005, Book: 1744, Page: 361 in HOUSTON County, State of Alabama.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage

BAYVIEW LOAN SERVICING, LLC

On: AUG 1 2 2019

By: 
Name: ESLOAN SOTOLONGO
Title:   ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

On   AUG 1 2 2019   , before me, ROGELIO A. PORTAL, a Notary Public in and for MIAMI-DADE in the State of FLORIDA, personally appeared ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, BAYVIEW LOAN SERVICING, LLC, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

ROGELIO A. PORTAL

Notary Expires: 8/25/2020 / #: FF 993630

ROGELIO A. PORTAL
State of Florida-Notary Public
Commission # FF 993630
My Commission Expires
August 25, 2020

Document Prepared by: ESLOAN SOTOLONGO, BAYVIEW LOAN SERVICING, 4425 PONCE DE LEON BLVD, SUITE 500, CORAL GABLES, FL, 33146, (305) 854-8880

AL/HOUSTON

DOCUMENT 3

Recording Fee $ 17.00
TOTAL $ 17.00

MTGASG      104     795
Recorded In Above Book and Page
11/04/2019 09:27:28 AM
Patrick H. Davenport
Judge of Probate
Houston County, Alabama



**PLAINTIFF'S EXHIBIT**

Recording Requested By:
ESLOAN SOTOLONGO

When Recorded Mail To:
Westcor Investor Services
600 West Germantown Pike
Suite 450
Plymouth Meeting, PA, 19462

Loan #: 1736310

## ASSIGNMENT OF MORTGAGE

AL/HOUSTON

Assignment Prepared on: August 06, 2019

**ASSIGNOR: MF DISPOSITIONS IVC, LLC, at 4425 PONCE DE LEON BLVD., SUITE #500, CORAL GABLES, FL, 33146**

**ASSIGNEE: WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS CERTIFICATE TRUSTEE FOR NNPL TRUST SERIES 2012-1, at 500 Delaware Avenue, 11th Floor, Wilmington, DE, 19801**

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 8/27/2005, in the amount of $94,997.61, executed by ERVIE EARVETTA DAVIS, A SINGLE WOMAN to CITIFINANCIAL CORPORATION, LLC and Recorded: 8/28/2005, Book: 1744, Page: 361 in HOUSTON County, State of Alabama.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

MF DISPOSITIONS IVC, LLC

On: **AUG 1 2 2019**

By:
Name: ESLOAN SOTOLONGO
Title:   ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

On _____ **AUG 1 2 2019** _____, before me, ROGELIO A. PORTAL, a Notary Public in and for MIAMI-DADE in the State of FLORIDA, personally appeared ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, MF DISPOSITIONS IVC, LLC, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

ROGELIO A. PORTAL

Notary Expires: 8/25/2020 / #: FF 993630

ROGELIO A. PORTAL
State of Florida-Notary Public
Commission # FF 993630
My Commission Expires
August 25, 2020

Document Prepared by: ESLOAN SOTOLONGO, BAYVIEW LOAN SERVICING, 4425 PONCE DE LEON BLVD, SUITE 500, CORAL GABLES, FL, 33146, (305) 854-8860

AL/HOUSTON

DOCUMENT 3



PLAINTIFF'S EXHIBIT

K

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ervie Slater Davis aka Earvetta Davis |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : Middle | District of Alabama (State) |
| Case number | 15-12499 |

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| Name of creditor: | Wilmington Savings Fund Society, FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 | Court claim no. (if known): 2-4 | |
| Last four digits of any number you use to identify the debtor's account: | XXXXXX0056 | Date of payment change: Must be at least 21 days after date of this notice | 1/1/2020 |
| | | New total payment: Principal, interest, and escrow, if any | $517.96 |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ● Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $ 37.92                              New escrow payment :   $ 22.82

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ● No

   ☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:   _____ %                              New interest rate:   _____ %

   Current principal and interest payment:   $ _____             New principal and interest payment:   $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ● No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:   $ _____                           New mortgage payment:   $ _____

DOCUMENT 3

Debtor 1   Ervie Stater Davis aka Earvetta Davis                                      Case number *(if known)* 15-12499
           First Name   Middle Name   Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X   /s/Jackson E Duncan, III                                          Date   11/26/2019
    Signature

Print:    Jackson            E.                        Duncan, III          Title   Authorized Agent
          First Name         Middle Name               Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number      Street
          Roswell                GA                     30076
          City                   State                  ZIP Code

Contact phone    205-208-1804                                          Email   Jackson.Duncan@mccalla.com

DOCUMENT 3

In Re:

Ervie Slater Davis
aka Earvetta Davis

Bankruptcy Case No.: 15-12499
Chapter:                13
Judge:                  Bess M. Parrish Creswell

## CERTIFICATE OF SERVICE

I, Jackson E. Duncan, III, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ervie Slater Davis
1113 Tate Drive
Dothan, AL 36301

Michael Brock                        *(served via ECF Notification)*
Brock & Stout, LLC
P.O. Drawer 311167
Enterprise, AL 36331

Sabrina L. McKinney, Trustee         *(served via ECF Notification)*
P.O Box 173
Montgomery, AL 36101

U. S. Bankruptcy Administrator       *(served via ECF Notification)*
One Church Street
Montgomery, AL 36104

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: __12/5/2019__ By: __/s/Jackson E. Duncan, III__
                (date)           Jackson E. Duncan, III
                                 Authorized Agent for Fay Servicing, LLC

Representation Of Printed Document

# FAY SERVICING

PO Box 619063
Dallas, TX 75261-9063

ERVIE EARVETTA DAVIS
1113 TATE DR
DOTHAN AL 36301-4336

## ESCROW ACCOUNT DISCLOSURE STATEMENT

| | |
|---|---|
| Loan Number: | ▇▇▇ |
| Analysis Date: | 10/08/2019 |

| | |
|---|---|
| Customer Service | 1-800-495-7166 |
| Monday-Thursday | 8:00 a.m. to 9:00 p.m. CT |
| Friday | 8:30 a.m. to 5:00 p.m. CT |
| Saturday | 10:00 a.m. to 4:00 p.m. CT |

| | PRESENT PAYMENT | NEW PAYMENT effective 01/01/2020 |
|---|---|---|
| Principal & Interest | $495.14 | $495.14 |
| Escrow Payment | $69.16 | $22.82 |
| Escrow Shortage | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $564.30 | $517.96 |

### ESCROW ANALYSIS STATEMENT

At least once every 12 months Fay Servicing, LLC analyzes your escrow account, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

#### UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment. $273.87 / 12 months = $22.82.

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next, we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus.

You have a surplus of $139.38 because the Projected Low Point (c) of $185.02 plus the escrow adjustment* is more than the Required Low Point of $45.64.

*An Escrow Adjustment of $0.00, scheduled to be repaid through the bankruptcy, is included in this calculation.

If the surplus is less than $50.00, it will be spread to the low point "the minimum escrow balance required", which could be spread equally up to 12 months and automatically reduce your monthly payment accordingly. Otherwise, if your loan is contractually current, we will send you a check for the surplus amount.

**3. New Monthly Escrow Payment**

| | |
|---|---|
| Principal & Interest | $495.14 |
| Escrow Payment | $22.82 |
| Escrow Shortage | $0.00 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| Total | $517.96 |
| Effective Date | 01/01/2020 |

#### PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | 230.69 | 91.31 |
| Jan-20 | 22.82 | .00 | | 253.51 | 114.13 |
| Feb-20 | 22.82 | .00 | | 276.33 | 136.95 |
| Mar-20 | 22.82 | .00 | | 299.15 | 159.77 |
| Apr-20 | 22.82 | .00 | | 321.97 | 182.59 |
| May-20 | 22.82 | .00 | | 344.79 | 205.41 |
| Jun-20 | 22.82 | .00 | | 367.61 | 228.23 |
| Jul-20 | 22.82 | .00 | | 390.43 | 251.05 |
| Aug-20 | 22.82 | 42.26 | HOMEOWNERS I | 370.97 | 231.59 |
| Sep-20 | 22.82 | .00 | | 393.79 | 254.41 |
| Oct-20 | 22.82 | 231.59 | COUNTY TAX | (c) 185.02 | (b) 45.64 |
| Nov-20 | 22.82 | .00 | | 207.84 | 68.46 |
| Dec-20 | 22.82 | .00 | | 230.66 | 91.28 |
| TOTAL | $273.84 | (a) $273.87 | | | |

### IMPORTANT MESSAGES

**ACH Debit Borrowers** You have previously authorized Fay Servicing, LLC to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable). Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein. Fay Servicing, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop. Termination request must be received by Fay Servicing, LLC. at least three (3) business days prior to your next scheduled debit.

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 A.M. - 9 P.M. Friday 8:30 A.M. - 5 P.M., and Saturday 10 A.M. - 4 P.M. CST. Call today 1-800-495-7166. NMLS ID# 88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial Pl., Suite 2000, Chicago, IL 60605-6011.

**Check will be sent separately.**

DOCUMENT 3

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

Loan Number: [redacted]                    **ACCOUNT HISTORY**                    Date: 10/08/2019

This is a statement of actual activity in your escrow account from 11/01/2019 through 12/31/2019. This section provides last year's projections and compares it with actual activity.
An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:
- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement

| MONTH | PAYMENTS | | | DISBURSEMENTS | | DESCRIPTION | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|---|
| | PROJECTED | ACTUAL | | PROJECTED | ACTUAL | | PROJECTED | ACTUAL |
| | | | | | | BEGINNING BALANCE | 45.67 | 154.85 |
| 11/19 | 22.82 | 37.92 | E | | E | | 68.49 | 192.77 < |
| 12/19 | 22.82 | 37.92 | E | | E | | 91.31 | 230.69 |
| TOTAL | $273.84 | $75.84 | | $273.87 | $0.00 | | | |

DOCUMENT 3

DOCUMENT 3

| Fill in this information to identify the case: | |
|---|---|
| **Debtor 1** | Ervie Slater Davis aka Earvetta Davis |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the : **Middle**   District of | **Alabama** (State) |
| **Case number** | 15-12499 |



**PLAINTIFF'S EXHIBIT**

## Official Form 410

# Amended Proof of Claim

04/19

**Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1:   Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | Wilmington Savings Fund Society, FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 <br> Name of the current creditor (the person or entity to be paid for this claim) <br> Other names the creditor used with the debtor |
| **2. Has this claim been acquired from someone else?** | ☒ No   ☐ Yes   From whom? |

| **3. Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure | Where should notices to the creditor be sent? <br><br> Fay Servicing, LLC <br> PO Box 814609 <br> Dallas, TX 75381-4609 | Where should payments to the creditor be sent? (if different) <br><br> Fay Servicing, LLC <br> PO Box 814609 <br> Dallas, TX 75381-4609 |
|---|---|---|
| | Contact phone   (312) 291-3781 | Contact phone   (312) 291-3781 |
| | Contact email | Contact email |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one) | |

| | | | |
|---|---|---|---|
| **4. Does this claim amend one already filed?** | ☐ No <br> ☒ Yes | Claim number on court claims registry (if known) 2 | Filed on   08/25/2016 <br> MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No <br> ☐ Yes   Who made the earlier filing? | | |

| Debtor 1 | Ervie Slater Davis aka Earvetta Davis | | Case number | 15-12499 |
| | First Name   Middle Name   Last Name | | | |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  0056

**7. How much is the claim?**   $ 78,362.67

For leases state only the amount of default.

Does this amount include interest or other charges?

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Money Loaned

**9. Is all or part of the claim secured?**

☐ No

☒ Yes.  The claim is secured by a lien on property.

Nature of property:

☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

Describe: 1113 TATE DR, Dothan, AL 36301

☐ Motor vehicle

☐ Other. Describe _____

Basis for perfection:     Recorded Security Instrument

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:              $_____

Amount of the claim that is secured:     $ 78,362.67

Amount of the claim that is unsecured: $ _____      (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:     $ 1,434.93

*The amount of arrearage is the amount paid by the Trustee up to the effective date of the loan modification. No further arrearages to be paid by the Trustee.

Annual Interest Rate (when case was filed) 7.131%

☐ Fixed

☒ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Does this claim involve a right to setoff?**

☒ No

☐ Yes. Identify the property _____

Official Form 410

page 2

DOCUMENT 3

| Debtor 1 | Ervie Slater Davis aka Earvetta Davis | | Case number | 15-12499 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 12. Is all or part of the claim Entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No <br><br> ☐ Yes. *Check all that apply.* | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units  11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment | |

## Part 3   Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). <br><br> If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. <br><br> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571. | Check the appropriate box <br> ☐ I am the creditor <br> ☒ I am the creditor's attorney or authorized agent <br> ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. <br> ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. <br><br> I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. <br><br> I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. <br><br> I declare under penalty of perjury that the foregoing is true and correct. <br><br> Executed on date  02/28/2020 <br> MM/DD/YYYY <br><br> /s/Jackson E. Duncan, III <br> Signature <br><br> Print the name of the person who is completing and signing this claim: |
|---|---|

| | | |
|---|---|---|
| Name | Jackson E. Duncan, III | |
| | First name   Middle name   Last name | |
| Title | Authorized Agent | |
| Company | McCalla Raymer Leibert Pierce, LLC | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | 1544 Old Alabama Road | |
| | Number   Street | |
| | Roswell | GA | 30076 |
| | City | State | ZIP Code |
| Contact Phone | 205-208-1804 | Email  Jackson.Duncan@mccalla.com |

## Mortgage Proof of Claim Attachment

**(12/15)**

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of Date of the Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case number: | 15-12499 | Principal balance: | $78,362.67 | Principal & Interest due: | $0.00 | Principal & interest: | $495.14 |
| Debtor 1: | Ervie Slater Davis aka Earvetta Davis | Interest due: | $0.00 | Prepetition fees due: | $0.00 | Monthly escrow: | $22.82 |
| Debtor 2: | | Fees, costs due: | $0.00 | Escrow deficiency for funds advanced: | $0.00 | Private mortgage insurance: | $0.00 |
| Last 4 digits to identify: | 0056 | Escrow deficiency for funds advanced: | $0.00 | Projected escrow shortage: | $0.00 | Total Monthly Payment: | $517.96 |
| Creditor: | Wilmington Savings Fund Society, FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 | Less total funds on hand: | $0.00 | Less funds on hand: | $0.00 | | |
| Servicer: | Fay Servicing, LLC | Total debt: | $78,362.67 | Total prepetition arrearage. | $1,434.93* | | |
| Fixed accrual/daily simple interest/other: | Variable | | | | | | |

*The amount of pre-petition arrearage paid by the Trustee up to the effective date of the loan modification. No further arrearages to be paid by the Trustee.

## Loan Modification Agreement



| | |
|---|---|
| Modification Effective Date: | 01/01/2019 |
| Borrower(s): | ERV E E DAVIS |
| Loan Number: | |
| Servicer: | Bayview Loan Servicing, LLC |
| Original Promissory Note ("Note"): | 06/27/2005 |
| Original Principal Balance: | $94,997.00 |

Mortgage ("Security Instrument"): Mortgage securing the Note and creating a lien on certain real property ("Property") owned by Borrower.

Borrower and Servicer agree to the following:

1. **New Principal Balance.** $78,362.67, including the existing unpaid principal balance of $70,365.71 (including credit for Stipulation Agreement downpayment) plus the capitalized unpaid installments, interest, late charges, fees and costs, and if applicable, advances for unpaid property taxes and/or insurance premiums increased by $7,996.96. Based on the consideration listed above, and other good and valuable consideration, Servicer agrees to forgive $8,706.96. You will never be required to pay this amount. There may be prior deferment or forgiveness related to this loan or this current Agreement. There could be tax consequences related to this deferment or forgiveness, you are advised to seek guidance from an independent tax professional. If your loan was a daily simple interest loan, once converted the loan will be modified into a standard amortizing loan.

2. **New Monthly Payment:** $575.39, including monthly principal and interest payment of $506.24, plus estimated monthly escrow payment of $69.15.

3. **New Interest Rate:** 7.131%

4. **New Maturity Date:** 06/01/2054

5. **New Monthly Payments, Payment Adjustments:**

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| | | | | | | 01/01/2019 | |
| | | | | Adjust Annually | | 01/01/2024 | 12 |
| 3-50 | | | | Adjust Annually | Adjust Annually | | |

Borrower acknowledges that Servicer will establish an impound/escrow account for the collection of property taxes and insurance premiums if such account is not currently in existence. Servicer will analyze the impound/escrow account from time to time. As a result of this analysis, the escrow portion of Borrower's monthly payment may change. Borrower further acknowledges that the escrow portion of his/her monthly payment may be substantially higher than the estimate. (Note: In certain states, impound/escrow accounts do not collect for payment of taxes pertaining to Bond/Special Assessments and

 

DOCUMENT 3

Irrigation/Water District)

Notice: This agreement contains preliminary figures that may change depending on a final review once the trial period has been completed. Should adjustments be necessary, a notice will be sent to you with the details of the updates.

No Other Changes: Except as expressly adjusted by this Agreement, all of the covenants, agreements, stipulations, and conditions in the Note and the Security Instrument remain unmodified and in full force and effect. The Security Instrument continues to secure on a first and prior lien basis the due and punctual payments of the Note, as modified by this Agreement. Borrower is encouraged to review this Agreement with his/her legal advisor prior to signing it, but by signing the below Borrower has voluntarily signed this Agreement.

IN WITNESS WHEREOF, Servicer and Borrower have executed this Loan Adjustment Agreement.

Borrower:

By: _____   Date ___9/26/2018___
ERNIE E DAVIS

Servicer:

By: _____   Date   NOV 15 2018
Vice President, Bayview Loan Servicing, LLC

Licensed Loan Originator: Kenya Belliveau
Phone Number: (877) 650-0140 Ext. 3729          Patrick Joyce
Hours: Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number: (577) 360-8593
MLO License Number: 978245

## Disclaimers and Notices

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy, this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC   NMLS #2469

Confirmed SIt Disclaimer: If you are a confirmed successor in interest of the borrower, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

This Agreement does not reaffirm any pre-existing debt to the extent it was previously discharged in a bankruptcy proceeding.

The following mailing address must be used for all Error Notices & Information Requests. Bayview Loan Servicing, LLC. Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146

AMB3 OF Loan Modification Agreement V 1.5 Loan No. _____   Page 2 of 2



DOCUMENT 3





| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Ervie Slater Davis aka Earvetta Davis |
| Debtor 2 | |
| United States Bankruptcy Court for the Middle District of Alabama | |
| Case number: | 15-12499 |

PLAINTIFF'S EXHIBIT
M

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| Name of creditor: | Wilmington Savings Fund Society, FSB, as Indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 | Court claim no. (if known): | 2 |
|---|---|---|---|
| Last 4 digits of any number you use to identify the debtor's account: | 0056 | Date of payment change: Must be at least 21 days after date of this notice | 05/01/2020 |
| | | New total payment: Principal, interest, and escrow, if any | $738.12 |

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

[ ] No

[X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why.

Current escrow payment: $22.82        New escrow payment: $242.98

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[X] No

[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why.

Current interest rate:                   New interest rate:
Current Principal and interest payment:  New principal and interest payment:

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No

[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).

Reason for change:
Current mortgage payment:                New mortgage payment:

Case 15-12499    Doc    Filed 04/03/20   Entered 04/03/20 09:52:59   Desc Main
                        Document    Page 1 of 6

DOCUMENT 3

Debtor 1 __Ervie Slater Davis aka Earvetta Davis__     Case number (if known)   __15-12499__
    First Name    Middle Name    Last Name

---

| Part 4: | Sign Below |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

_/S/ Christopher Giacinto_                         04/03/2020
Signature                                                    Date

Print        Christopher Giacinto                Title   Authorized Agent for Creditor

Company    Padgett Law Group

Address     6267 Old Water Oak Road, Suite 203

                 Tallahassee FL, 32312

Contact phone    (850) 422-2520        Email    PLGinquiries@padgettlawgroup.com

DOCUMENT 3

Official Form 410S1                  Notice of Mortgage Payment Change                page 2
                    Case 15-12499  Doc  Filed 04/03/20  Entered 04/03/20 09:52:59  Desc Main
                                                 Document     Page 2 of 6

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the _____3rd_____ day of April, 2020.

/S/ Christopher Giacinto

CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

DOCUMENT 3

## SERVICE LIST (CASE NO. 15-12499)

Debtor
Ervie Slater Davis
1113 Tate Drive
Dothan, AL 36301

Attorney
Michael Brock
Brock & Stout, LLC
P.O. Drawer 311167
Enterprise, AL 36331

Trustee
Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101

DOCUMENT 3

Representation Of Printed Document

# FAY SERVICING

PO Box A19063
Dallas, TX 75261-9063

ERVIE EARVETTA DAVIS
1113 TATE DR
DOTHAN AL 36301-4336

## ESCROW ACCOUNT DISCLOSURE STATEMENT

**Loan Number:**
**Analysis Date:** 02/18/2020

**Customer Service** 1-800-495-7166

| | |
|---|---|
| Monday-Thursday | 8:00 a.m. to 9:00 p.m. CT |
| Friday | 8:30 a.m. to 5:00 p.m. CT |
| Saturday | 10:00 a.m. to 4:00 p.m. CT |

| | PRESENT PAYMENT | NEW PAYMENT effective 05/01/2020 |
|---|---|---|
| Principal & Interest | $495.14 | $495.14 |
| Escrow Payment | $89.16 | $109.71 |
| Escrow Shortage | $0.00 | $133.27 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $584.30 | $738.12 |

## ESCROW ANALYSIS STATEMENT

At least once every 12 months Fay Servicing, LLC analyzes your escrow account in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

### UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment $1,316.48 / 12 months = $109.71

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months." The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus.
You have a shortage of $1,599.22 because the Projected Low Point of -$1,379.80 plus the escrow adjustment* is less than the Required Low Point of $219.42
*An Escrow Adjustment of $0.00 scheduled to be repaid through the bankruptcy, is included in this calculation.
You have a shortage greater than or equal to one month's escrow payment, your shortage will be spread over the next 12 monthly payments. You will need not take any further action.

**3. New Monthly Escrow Payment**

| | |
|---|---|
| Principal & Interest | $495.14 |
| Escrow Payment | $109.71 |
| Escrow Shortage | $133.27 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| Total | $738.12 |
| Effective Date | 05/01/2020 |

### PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | -720.64 | 878.58 |
| May-20 | 109.71 | .00 | | -610.93 | 988.29 |
| Jun-20 | 109.71 | .00 | | -501.22 | 1,098.00 |
| Jul-20 | 109.71 | .00 | | -391.51 | 1,207.71 |
| Aug-20 | 109.71 | 1,098.00 | HOMEOWNERS I | (c) -1,379.80 | (b) 219.42 |
| Sep-20 | 109.71 | .00 | | -1,270.09 | 329.13 |
| Oct-20 | 109.71 | 218.48 | COUNTY TAX | -1,378.86 | 220.36 |
| Nov-20 | 109.71 | .00 | | -1,269.15 | 330.07 |
| Dec-20 | 109.71 | .00 | | -1,159.44 | 439.78 |
| Jan-21 | 109.71 | .00 | | -1,049.73 | 549.49 |
| Feb-21 | 109.71 | .00 | | -940.02 | 659.20 |
| Mar-21 | 109.71 | .00 | | -830.31 | 768.91 |
| Apr-21 | 109.71 | .00 | | -720.60 | 878.62 |
| TOTAL | $1,316.52 | (a) $1,316.48 | | | |

## IMPORTANT MESSAGES

ACH Debit Borrowers: You have previously authorized Fay Servicing, LLC to automatically debit your bank account each month for the amount of your monthly payment of principal, interest and escrow (if applicable). Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein. Fay Servicing, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop. Termination request must be received by Fay Servicing, LLC at least three (3) business days prior to your next scheduled debit.

Fay Servicing, LLC is a debt collector and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 A.M - 9 P.M. Friday 8:30 A.M - 5 P.M. and Saturday 10 A.M - 4 P.M. CST. Call today 1-800-495-7166. NMLS ID# 88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302. 425 S. Financial Pl. Suite 2000, Chicago, IL 60605-6011

DOCUMENT 3

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

Loan Number: **ACCOUNT HISTORY**                                    Date: 02/18/2020

This is a statement of actual activity in your escrow account from 01/01/2020 through 04/30/2020. This section provides last year's projections and compares it with actual activity.
An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:
- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement.

| MONTH | PAYMENTS PROJECTED | PAYMENTS ACTUAL | | DISBURSEMENTS PROJECTED | DISBURSEMENTS ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|-------|----------|--------|--|----------|--------|-------------|----------|--------|
| | | | | | | BEGINNING BALANCE | 91 31 | -1 026 08 |
| 01/20 | 22 82 | | | | | | 114.13 | -1,026 05 < |
| 02/20 | 22 82 | 259 80 | E | | E | | 136 95 | -766 28 |
| 03/20 | 22 82 | 22 82 | E | | E | | 159 77 | -743 46 |
| 04/20 | 22 82 | 22 82 | E | | E | | 182 59 | -720 64 |
| TOTAL | $273.84 | $305 44 | | $273 87 | $0 00 | | | |

DOCUMENT 3





PLAINTIFF'S
EXHIBIT
N

Fill in this information to identify the case:

| Debtor 1 | Ervia Slater Davis aka Earvetta Davis |

| Debtor 2 | |

| United States Bankruptcy Court for the  Middle District of Alabama |

| Case number | 15-12499 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| Name of creditor: | Wilmington Savings Fund Society, FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 | Court claim no. (if known): | 2 |
| Last 4 digits of any number you use to identify the debtor's account: | 0056 | Date of payment change: Must be at least 21 days after date of this notice | 08/01/2020 |
| | | New total payment: Principal, interest, and escrow, if any | $800.31 |

| Part 1: | **Escrow Account Payment Adjustment** |

1. **Will there be a change in the debtor's escrow account payment?**

[ ] No

[X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why.

Current escrow payment: $242.98     New escrow payment: $305.17

| Part : 2 | **Mortgage Payment Adjustment** |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[X] No

[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If
a notice is not attached, explain why:

Current interest rate:                      New interest rate:
Current Principal and interest payment:     New principal and interest payment:

| Part 3: | **Other Payment Change** |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No

[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification
agreement. (Court approval may be required before the payment change can take effect).

Reason for change:
Current mortgage payment:                   New mortgage payment:

Case 15-12499   Doc   Filed 06/30/20   Entered 06/30/20 10:41:08   Desc Main
Document    Page 1 of 6

DOCUMENT 3

Debtor 1   Ervie Slater Davis   aka Earvetta Davis
      First Name        Middle Name      Last Name

Case number (if known)   15-12499

| Part 4: | Sign Below |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]   I am the creditor.

[X]   I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/S/Christopher Giacinto
_____
Signature

Date   6-30-2020

Print     Christopher Giacinto              Title   Authorized Agent for Creditor

Company     Padgett Law Group

Address     6267 Old Water Oak Road, Suite 203

            Tallahassee FL, 32312

Contact phone     (850) 422-2520        Email     PLGinquiries@padgettlawgroup.com

DOCUMENT 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties

on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___30th___ day of

June, 2020.

/S/ Christopher Giacinto

CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

DOCUMENT 3

## SERVICE LIST (CASE NO. 15-12499)

Debtor
Ervie Slater Davis
1113 Tate Drive
Dothan, AL 36301
aka Earvetta Davis

Attorney
Michael Brock
Brock & Stout, LLC
P.O. Drawer 311167
Enterprise, AL 36331

Trustee
Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101

Bankruptcy Admin.
Bankruptcy Administrator
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

DOCUMENT 3

Representation Of Printed Document



**ESCROW ACCOUNT**
**DISCLOSURE STATEMENT**

PO Box 619063
Dallas, TX 75261-9063

| Loan Number: | |
| Analysis Date: | 05/21/2020 |

ERVIE EARVETTA DAVIS
1113 TATE DR
DOTHAN AL 36301-4336

| Customer Service | 1-800-495-7166 |
| Monday-Thursday | 8:00 a.m. to 9:00 p.m. CT |
| Friday | 8:30 a.m. to 5:00 p.m. CT |
| Saturday | 10:00 a.m. to 4:00 p.m. CT |

| | PRESENT PAYMENT | NEW PAYMENT effective 08/01/2020 |
|---|---|---|
| Principal & Interest | $495.14 | $495.14 |
| Escrow Payment | $69.16 | $195.75 |
| Escrow Shortage | $0.00 | $109.42 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $564.30 | $800.31 |

**ESCROW ANALYSIS STATEMENT**

At least once every 12 months Fay Servicing, LLC analyzes your escrow account in accordance with federal regulations to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

### UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment: $2,348.98 / 12 months = $195.75

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next, we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus.

You have a shortage of $2,626.18 because the Projected Low Point of -$2,234.68 plus the escrow adjustment* is less than the Required Low Point of $391.50.

*An Escrow Adjustment of $0.00 scheduled to be repaid through the bankruptcy is included in this calculation.

You have a shortage greater than or equal to one month's escrow payment; your shortage will be spread over the next 24 monthly payments. You will need not take any further action.

**3. New Monthly Escrow Payment**

| | |
|---|---|
| Principal & Interest | $495.14 |
| Escrow Payment | $195.75 |
| Escrow Shortage | $109.42 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| Total | $800.31 |
| Effective Date | 08/01/2020 |

#### PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | -1,843.20 | 782.98 |
| Aug-20 | 195.75 | .00 | | -1,647.45 | 978.73 |
| Sep-20 | 195.75 | .00 | | -1,451.70 | 1,174.48 |
| Oct-20 | 195.75 | 218.48 | COUNTY TAX | -1,474.43 | 1,151.75 |
| Nov-20 | 195.75 | .00 | | -1,278.68 | 1,347.50 |
| Dec-20 | 195.75 | .00 | | -1,082.93 | 1,543.25 |
| Jan-21 | 195.75 | .00 | | -887.18 | 1,739.00 |
| Feb-21 | 195.75 | .00 | | -691.43 | 1,934.75 |
| Mar-21 | 195.75 | .00 | | -495.68 | 2,130.50 |
| Apr-21 | 195.75 | .00 | | -299.93 | 2,326.25 |
| May-21 | 195.75 | 2,130.50 | HOMEOWNERS I | (c) -2,234.68 | (b) 391.50 |
| Jun-21 | 195.75 | .00 | | -2,038.93 | 587.25 |
| Jul-21 | 195.75 | .00 | | -1,843.18 | 783.00 |
| TOTAL | $2,349.00 | (a) $2,348.98 | | | |

#### IMPORTANT MESSAGES

ACH Debit Borrowers: You have previously authorized Fay Servicing, LLC to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable). Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein. Fay Servicing, LLC is authorized to debit your bank account each month until you provide written or oral notice to stop. Termination request must be received by Fay Servicing, LLC at least three (3) business days prior to your next scheduled debit.

Fay Servicing, LLC is a debt collector and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 A.M. - 9 P.M. Friday 8:30 A.M. - 5 P.M. and Saturday 10 A.M. - 4 P.M. CST. Call today 1-800-495-7166. NMLS ID# 88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302. 425 S. Financial Pl. Suite 2000, Chicago, IL 60605-6011.

DOCUMENT 3

## ESCROW ACCOUNT DISCLOSURE STATEMENT

Loan Number:

**ACCOUNT HISTORY**

Date: 05/21/2020

This is a statement of actual activity in your escrow account from 05/01/2020 through 07/31/2020. This section provides last year's projections and compares it with actual activity

An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following

- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement

| MONTH | PAYMENTS PROJECTED | PAYMENTS ACTUAL | | DISBURSEMENTS PROJECTED | DISBURSEMENTS ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BEGINNING BALANCE | 878.58 | -1,026.08 |
| 05/20 | 109.71 | 827.42 * | E | | 2,130.50 | E HOMEOWNERS I | 988.29 | -2,329.16 < |
| 06/20 | 109.71 | 242.98 | E | | | E | 1,098.00 | -2,086.18 |
| 07/20 | 109.71 | 242.98 | E | | | E | 1,207.71 | -1,843.20 |
| TOTAL | $1,316.52 | $1,313.38 | | $1,316.48 | $2,130.50 | | | |

DOCUMENT 3

DOCUMENT 3



**Fill in this information to identify the case:**

Debtor 1: Ervie Slater Davis *aka* Earvetta Davis

Debtor 2:
(Spouse, if filing)

United States Bankruptcy Court for the Middle District of Alabama-Southern Division

Case number   15-12499-BPC

## Form 4100R
## Response to Notice of Final Cure Payment                              10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

Name of creditor: Wilmington Savings Fund Society, FSB, as indenture trustee, for the NRPL   Court claim no. (if known):
Trust 2019-3 Mortgage-Backed Notes, Series 2019-3                                            2

Last 4 digits of any number you use to identify the debtor's account: 0056

Property address:   1113 Tate Dr
                    Number Street
                    Dothan, AL 36301
                    City         State    ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                        $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
    The next postpetition payment from the debtor(s) is due on:      ___/___/_____
                                                                    MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | |
|---|---|
| a. Total postpetition ongoing payments due: | (a) $ 10,581.73 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | + (b) $ _____ |
| c. Total. Add lines a and b. | (c) $ 10,581.73 |

Creditor asserts that the debtor(s) are contractually obligated for the       10/01/2019
postpetition payment(s) that first became due on:                           MM / DD / YYYY

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

Debtor 1 Ervie Slater Davis
First Name Middle Name Last Name

Case Number (if known) 15-12499-BPC

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

all payments received;
all fees, costs, escrow, and expenses assessed to the mortgage; and
all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Stephen Bulgarella
Signature

Date 1/29/2021

Print    Stephen Bulgarella
Enslen Crowe
First Name    Middle Name    Last Name

Title Attorney for Creditor

Company    Tiffany & Bosco, P.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    2311 Highland Avenue South, Suite 330
Number    Street
Birmingham    AL    35205
City    State    ZIP Code

Contact phone    205-918-5083

Email sfb@tblaw.com

DOCUMENT 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | **Case No:**   **15-12499-BPC** |
| | ) | |
| **Ervie Slater Davis** | ) | **Chapter:**   **13** |
| | ) | |
| | ) | |
| Debtor. | | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Response to Notice of Final Cure Payment filed by Wilmington Savings Fund Society, FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 was mailed, first class postage prepaid to the following:

Ervie Slater Davis
1113 Tate Drive
Dothan, AL 36301

and served via electronic case management to:

Michael Brock
P.O. Drawer 311167
Enterprise, AL 36331
bankruptcy@brockandstoutlaw.com

Sabrina L. McKinney
Chapter 13 Standing Trustee
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

DATED this ___29th___ day of January, 2021

Respectfully submitted,

/s/Stephen Bulgarella
Stephen Bulgarella (BUL-021)
Diane C. Murray (MUR-048)
Donald M. Wright (WRI-021)
Enslen Crowe (CRO-098)
Attorney for Creditor

Stephen Bulgarella
Tiffany & Bosco, P.A.
2311 Highland Avenue South
Suite 330
Birmingham, Alabama 35205
Telephone: 205-918-5083
sfb@tblaw.com

DOCUMENT 3

**BK Filed date:** 12/10/15  
**Debtor name:** Dsvis  

**Fay Servicing, LLC**  
**Post Petition Payment Ledger**

| Pmt Due/Comment | Amt Due | Date Received | Amt Rec'd | Pmt Satisfied | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| Begin Suspense | | | | | $ - | $ - |
| 12/15/2015 | $ 10,336.96 | 12/15/2015 | $ 10,336.96 | 12/15/2015 | $ - | $ - |
| | | 12/31/2015 | $ 848.00 | 1/15/2016 | $ 848.00 | $ 848.00 |
| 1/15/2016 | $ 857.88 | | | | $ (857.88) | $ (9.88) |
| 2/15/2016 | $ 857.88 | 2/24/2016 | $ 858.00 | 2/15/2016 | $ 0.12 | $ (9.76) |
| 3/15/2016 | $ 857.88 | 3/25/2016 | $ 858.00 | 3/15/2016 | $ 0.12 | $ (9.64) |
| 4/15/2016 | $ 857.88 | 4/28/2016 | $ 858.00 | 4/15/2016 | $ 0.12 | $ (9.52) |
| 5/15/2016 | $ 848.48 | 6/21/2016 | $ 857.88 | | $ 9.40 | $ (0.12) |
| 5/15/2016 PARTIAL PMT DUE | $ 9.40 | | | | $ (9.40) | $ (9.52) |
| | | | | | $ - | $ (9.52) |
| 6/15/2016 | $ 857.88 | 6/22/2016 | $ 858.00 | | $ 0.12 | $ (9.40) |
| 7/15/2016 | $ 857.88 | | | | $ (857.88) | $ (867.28) |
| AO Entered ADDED TO ARREARS PARTIAL PMT 9.40 FOR 5-16 AND FULL PMT OF 857.88 FOR 06-16 AND 07-16 | | | | | $ - | $ (867.28) |
| | | 8/11/2016 | $ 850.00 | | $ 850.00 | $ (17.28) |
| | | 8/25/2016 | $ 860.00 | | $ 860.00 | $ 842.72 |
| 8/15/2016 | $ 857.88 | 9/29/2016 | $ 858.00 | 8/15/2016 | $ 0.12 | $ 842.84 |
| 9/15/2016 | $ 857.88 | 10/31/2016 | $ 858.00 | 9/15/2016 | $ 0.12 | $ 842.96 |
| 10/15/2016 | $ 857.88 | 12/19/2016 | $ 858.00 | 10/15/2016 | $ 0.12 | $ 843.08 |
| 11/15/2016 | $ 857.88 | 1/26/2017 | $ 858.00 | 11/15/2016 | $ 0.12 | $ 843.20 |
| 12/15/2016 | $ 857.88 | 1/26/2017 | $ 1,725.16 | 12/15/2016 | $ 867.28 | $ 1,710.48 |
| 1/15/2017 | $ 857.88 | | | 1/15/2017 | $ (857.88) | $ 852.60 |
| 2/15/2017 | $ 857.88 | 2/22/2017 | $ 858.00 | 2/15/2017 | $ 0.12 | $ 852.72 |
| 3/15/2017 | $ 857.88 | 3/30/2017 | $ 858.00 | 3/15/2017 | $ 0.12 | $ 852.84 |
| 4/15/2017 | $ 857.88 | 5/24/2017 | $ 858.00 | 4/15/2017 | $ 0.12 | $ 852.96 |
| 5/15/2017 | $ 857.88 | 7/10/2017 | $ 858.00 | 5/15/2017 | $ 0.12 | $ 853.08 |
| 6/15/2017 | $ 857.88 | 12/5/2017 | $ 713.68 | 6/15/2017 | $ (144.20) | $ 708.88 |
| 7/15/2017 | $ 857.88 | 2/9/2018 | $ 644.72 | 7/15/2017 | $ (213.16) | $ 495.72 |
| 8/15/2017 | $ 857.88 | 3/11/2018 | $ 848.00 | 8/15/2017 | $ (9.88) | $ 485.84 |
| 9/15/2017 | $ 857.88 | 4/27/2018 | $ 644.72 | 9/15/2017 | $ (213.16) | $ 272.68 |
| | | 5/16/2018 | $ 644.72 | | $ 644.72 | $ 917.40 |
| 10/15/2017 | $ 857.88 | 6/7/2018 | $ 644.72 | 10/15/2017 | $ (213.16) | $ 704.24 |
| 11/15/2017 | $ 857.88 | 7/11/2018 | $ 644.72 | 11/15/2017 | $ (213.16) | $ 491.08 |
| | | 8/13/2018 | $ 644.72 | | $ 644.72 | $ 1,135.80 |
| 12/15/2017 | $ 857.88 | 9/17/2018 | $ 644.72 | 12/15/2017 | $ (213.16) | $ 922.64 |
| 1/15/2018 | $ 857.88 | 10/12/2018 | $ 575.39 | 1/15/2018 | $ (282.49) | $ 640.15 |
| 2/15/2018 | $ 857.88 | 11/8/2018 | $ 575.39 | 2/15/2018 | $ (282.49) | $ 357.66 |
| 3/15/2018 | $ 857.88 | 12/7/2018 | $ 575.39 | 3/15/2018 | $ (282.49) | $ 75.17 |
| Loan Modification has filed to make account contractually current from 1-1-19. | | | | | $ - | $ 75.17 |
| | | | | | $ - | $ 75.17 |
| | | | | | $ - | $ 75.17 |
| oan Mod Adjustmen | $ 1,003.18 | 12/7/2018 | $ 1,146.58 | Loan Mod Adjustment | $ 143.40 | $ 218.57 |
| 1/1/2019 | $ 563.78 | 12/13/2018 | $ 426.15 | 1/1/2019 | $ (137.63) | $ 80.94 |
| 2/1/2019 | $ 563.78 | 1/11/2019 | $ 575.39 | 2/1/2019 | $ 11.61 | $ 92.55 |
| 3/1/2019 | $ 564.30 | 2/8/2019 | $ 579.39 | 3/1/2019 | $ 15.09 | $ 107.64 |
| 4/1/2019 | $ 564.30 | 3/8/2019 | $ 579.39 | 4/1/2019 | $ 15.09 | $ 122.73 |
| 5/1/2019 | $ 564.30 | 4/10/2019 | $ 579.39 | 5/1/2019 | $ 15.09 | $ 137.82 |
| 6/1/2019 | $ 564.30 | 5/8/2019 | $ 579.39 | 6/1/2019 | $ 15.09 | $ 152.91 |
| 7/1/2019 | $ 564.30 | 6/10/2019 | $ 579.39 | 7/1/2019 | $ 15.09 | $ 168.00 |
| 8/1/2019 | $ 564.30 | 7/10/2019 | $ 579.39 | 8/1/2019 | $ 15.09 | $ 183.09 |
| 9/1/2019 | $ 564.30 | 10/29/2020 | $ 517.96 | 9/1/2019 | $ (46.34) | $ 136.75 |

DOCUMENT 3

**BK Filed date: 12/10/15**          **Fay Servicing, LLC**

**Debtor name:  Dsvis**          **Post Petition Payment Ledger**

| 10/1/2019 | $ | 564.30 | | | | $ | (564.30) | $ | (427.55) |
|---|---|---|---|---|---|---|---|---|---|
| 11/1/2019 | $ | 533.06 | | | | $ | (533.06) | $ | (960.61) |
| 12/1/2019 | $ | 533.06 | | | | $ | (533.06) | $ | (1,493.67) |
| 1/1/2020 | $ | 517.96 | | | | $ | (517.96) | $ | (2,011.63) |
| 2/1/2020 | $ | 517.96 | | | | $ | (517.96) | $ | (2,529.59) |
| 3/1/2020 | $ | 517.96 | | | | $ | (517.96) | $ | (3,047.55) |
| 4/1/2020 | $ | 517.96 | | | | $ | (517.96) | $ | (3,565.51) |
| 5/1/2020 | $ | 738.12 | | | | $ | (738.12) | $ | (4,303.63) |
| 6/1/2020 | $ | 738.12 | | | | $ | (738.12) | $ | (5,041.75) |
| 7/1/2020 | $ | 738.12 | | | | $ | (738.12) | $ | (5,779.87) |
| 8/1/2020 | $ | 800.31 | | | | $ | (800.31) | $ | (6,580.18) |
| 9/1/2020 | $ | 800.31 | | | | $ | (800.31) | $ | (7,380.49) |
| 10/1/2020 | $ | 800.31 | | | | $ | (800.31) | $ | (8,180.80) |
| 11/1/2020 | $ | 800.31 | | | | $ | (800.31) | $ | (8,981.11) |
| 12/1/2020 | $ | 800.31 | | | | $ | (800.31) | $ | (9,781.42) |
| 1/1/2021 | $ | 800.31 | | | | $ | (800.31) | $ | (10,581.73) |
| **TOTAL DUE** | | | | | | $ | - | $ | **(10,581.73)** |

DOCUMENT 3

Recording Fee $21 00
Total 21 00

MORTGAGE ASSIGNMENT     106   213
Recorded In Above Book and Page
02 23 2021 07 23:08 AM
Patrick H. Davenport
Judge of Probate
Houston County, Alabama



Prepared By and Return To:
**Maged Farag**
**Collateral Department**
**Meridian Asset Services, LLC**
**3201 34th Street South, Suite 310**
**St. Petersburg, FL 33711**
**(727) 497-4650**

_____  Space above for Recorder's use  _____

Loan No: 3191498



13519163

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS CERTIFICATE TRUSTEE FOR NNPL TRUST SERIES 2012-1**, whose address is **500 DELAWARE AVENUE, 11TH FLOOR, WILMINGTON, DE 19801**, (ASSIGNOR), does hereby grant, assign and transfer to **WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE FOR NRPL TRUST 2019-3**, whose address is **500 DELAWARE AVENUE, 11TH FLOOR, WILMINGTON, DE 19801**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: **6/27/2005**
Original Loan Amount: **$94,997.61**
Executed by (Borrower(s)): **ERVIE EARVETTA DAVIS**
Original Lender: **CITIFINANCIAL CORPORATION, LLC**
Filed of Record: In Mortgage Book/Liber/Volume **1744**, Page **361**
Document/Instrument No: **N/A** in the Recording District of Houston, AL, Recorded on **6/28/2005**.

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **2/8/2021**

**WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS CERTIFICATE TRUSTEE FOR NNPL TRUST SERIES 2012-1, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT**

By: **TIFFANY ALMEYDA**
Title: **VICE PRESIDENT**

Witness Name: **LISA HARRIS**

3191498 08122019_FAY_Nomura 13519163

DOCUMENT 3

Recorded In MORTGAGE ASSIGNMENT     BK 106  PG 214, 02:23:2021 07:23:08 AM
Patrick H. Davenport, Judge of Probate, Houston County, Alabama

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF
THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE
TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of         **FLORIDA**
County of        **PINELLAS**

On 2/8/2021, before me, **JEFF G. JORDAN**, a Notary Public, personally appeared **TIFFANY ALMEYDA, VICE
PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR
WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS CERTIFICATE TRUSTEE FOR NNPL
TRUST SERIES 2012-1**, personally known to me, or who proved to me on the basis of satisfactory evidence to be
the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.  I certify under
PENALTY OF PERJURY under the laws of the State of FLORIDA that the foregoing paragraph is true and correct.
I further certify the foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐
online notarization and that TIFFANY ALMEYDA, signed, sealed, attested and delivered this document as a
voluntary act in my presence.

Witness my hand and official seal.

(Notary Name): **JEFF G. JORDAN**
My commission expires: 02/26/2024

Jeff G. Jordan
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG962762
Expires 2/26/2024

DOCUMENT 3

3191498 08122019_FAY_Nomura 13519163

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ervie Sister Davis |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : Middle | District of Alabama (State) |
| Case number | 15-12499 |



PLAINTIFF'S EXHIBIT
Q

## Official Form 410S1
# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| Name of creditor: Wilmington Savings Fund Society, FSB, as Owner Trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3** | Court claim no. (if known):   2 |
| Last four digits of any number you use to identify the debtor's account: XXXXXX0056 | Date of payment change: Must be at least 21 days after date of this notice   5/1/2021 |
| | New total payment: Principal, interest, and escrow, if any   $827.67 |

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $ 305.17          New escrow payment :   $ 332.53

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No
   ☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:              %          New interest rate:          %

   Current principal and interest payment:   $ _____          New principal and interest payment:   $ _____

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:   $ _____          New mortgage payment:   $ _____

DOCUMENT 3

| Debtor 1 | Ervie Slater Davis | | | Case number *(if known)* 15-12499 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| X | /s/Phillip Raymond | | | Date | 3/24/2021 |
|---|---|---|---|---|---|
| | Signature | | | | |

| Print | Phillip | | Raymond | Title | Authorized Agent |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | McCalla Raymer Leibert Pierce, LLC |
|---|---|

| Address | 1544 Old Alabama Road | | | |
|---|---|---|---|---|
| | Number | Street | | |
| | Roswell | GA | 30076 | |
| | City | State | ZIP Code | |

| Contact phone | 732-692-6872 | Email | Phillip.Raymond@mccalla.com |
|---|---|---|---|

**Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this Notice of Mortgage Payment Change is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.

DOCUMENT 3

Official Form 410S1          Notice of Mortgage Payment Change          page 2

Bankruptcy Case No.: 15-12499
Chapter: 13

In Re:

Ervie Slater Davis

## CERTIFICATE OF SERVICE

I, Phillip Raymond, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ervie Slater Davis
1113 Tate Drive
Dothan, AL 36301

Michael Brock                           *(served via ECF Notification)*
Brock & Stout, LLC
P.O. Drawer 311167
Enterprise, AL 36331

Sabrina L. McKinney, Trustee            *(served via ECF Notification)*
P.O Box 173
Montgomery, AL 36101

U. S. Bankruptcy Administrator          *(served via ECF Notification)*
One Church Street
Montgomery, AL 36104

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  3/25/2021     By:   */s/Phillip Raymond*
              (date)              Phillip Raymond
                                  Authorized Agent for Creditor

DOCUMENT 3

**Representation Of Printed Document**



PO Box 619063
Dallas, TX 75261-9063

DOCUMENT 3

ERVIE EARVETTA DAVIS
1113 TATE DR
DOTHAN AL  36301-4336

## ESCROW ACCOUNT
## DISCLOSURE STATEMENT

**Loan Number:**
**Analysis Date:**                                     02/20/2021

**Customer Service**        **1-800-495-7166**

| | |
|---|---|
| Monday-Thursday | 8:00 a.m. to 9:00 p.m. CT |
| Friday | 8:30 a.m. to 5:00 p.m. CT |
| Saturday | 10:00 a.m. to 4:00 p.m. CT |

| | PRESENT PAYMENT | NEW PAYMENT effective 05/01/2021 |
|---|---|---|
| Principal & Interest | $495.14 | $495.14 |
| Escrow Payment | $69.16 | $195.75 |
| Escrow Shortage | $0.00 | $136.78 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$564.30** | **$827.67** |

### ESCROW ANALYSIS STATEMENT

At least once every 12 months Fay Servicing, LLC analyzes your escrow account, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

| UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT | PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS | | | | |
|---|---|---|---|---|---|
| | MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment: $2,348.98 / 12 months = $195.75.

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus.

You have a shortage of $-1,249.90 because our Projected Low Point of -$1,249.90 plus the escrow adjustment* is less than the Required Low Point of $391.50.

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | 684.85 | 2,326.25 |
| May-21 | 195.75 | 2,130.50 | HOMEOWNERS I | (c) -1,249.90 | (b) 391.50 |
| Jun-21 | 195.75 | .00 | | -1,054.15 | 587.25 |
| Jul-21 | 195.75 | .00 | | -858.40 | 783.00 |
| Aug-21 | 195.75 | .00 | | -662.65 | 978.75 |
| Sep-21 | 195.75 | .00 | | -466.90 | 1,174.50 |
| Oct-21 | 195.75 | 218.48 | COUNTY TAX | -489.63 | 1,151.77 |
| Nov-21 | 195.75 | .00 | | -293.88 | 1,347.52 |
| Dec-21 | 195.75 | .00 | | -98.13 | 1,543.27 |
| Jan-22 | 195.75 | .00 | | 97.62 | 1,739.02 |
| Feb-22 | 195.75 | .00 | | 293.37 | 1,934.77 |
| Mar-22 | 195.75 | .00 | | 489.12 | 2,130.52 |
| Apr-22 | 195.75 | .00 | | 684.87 | 2,326.27 |
| **TOTAL** | **$2,349.00** | **(a) $2,348.98** | | | |

*An Escrow Adjustment of $0.00 scheduled to be repaid through the bankruptcy, is included in this calculation.

You have a shortage greater than or equal to one month's escrow payment, your shortage will be spread over the next 12 monthly payments. You will need not take any further action.

**3. New Monthly Escrow Payment**

| | |
|---|---|
| Principal & Interest | $495.14 |
| Escrow Payment | $195.75 |
| Escrow Shortage | $136.78 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| Total | $827.67 |
| Effective Date | 05/01/2021 |

**IMPORTANT MESSAGES**

ACH Debit Borrowers: You have previously authorized Fay Servicing, LLC, to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable). Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein. Fay Servicing, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop. Termination request must be received by Fay Servicing, LLC, at least three (3) business days prior to your next scheduled debit.

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 A.M. - 9 P.M. Friday 8:30 A.M. - 5 P.M., and Saturday 10 A.M. - 4 P.M. CST. Call today 1-800-495-7166. NMLS ID# 88244. NC residents: Fay Servicing LLC, NC Permit Number 112302, 425 S. Financial Pl., Suite 2000, Chicago, IL 60605-6011

DOCUMENT 3

**Internet Reprint**

DOCUMENT 3

## ESCROW ACCOUNT DISCLOSURE STATEMENT

**Loan Number:** ████            **ACCOUNT HISTORY**            **Date: 02/20/2021**

This is a statement of actual activity in your escrow account from 08/01/2020 through 04/30/2021. This section provides last year's projections and compares it with actual activity.
An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:
- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement.

|  | PAYMENTS | | DISBURSEMENTS | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| MONTH | PROJECTED | ACTUAL | PROJECTED | ACTUAL | DESCRIPTION | PROJECTED | ACTUAL |
|  |  |  |  |  | BEGINNING BALANCE | 782.98 | -2,877.58 |
| 08/20 | 195 75 |  |  |  |  | 978.73 | -2,877.58 |
| 09/20 | 195 75 |  |  |  |  | 1,174.48 | -2,877.58 |
| 10/20 | 195 75 | 69 16 * | 218 48 |  | COUNTY TAX | 1,151.75 | -2,808.42 |
| 11/20 | 195 75 |  |  |  |  | 1,347.50 | -2,808.42 |
| 12/20 | 195 75 | * |  | 218 48 | COUNTY TAX | 1,543.25 | -3,026.90 < |
| 01/21 | 195.75 |  |  |  |  | 1,739.00 | -3,026.90 |
| 02/21 | 195.75 | 3.101.41 E |  | E |  | 1,934.75 | 74.51 |
| 03/21 | 195.75 | 305.17 E |  | E |  | 2,130.50 | 379.68 |
| 04/21 | 195 75 | 305.17 E |  | E |  | 2,326.25 | 684.85 |
| TOTAL | $2,349.00 | $3,780 91 | $2.348 98 | $218 48 |  |  |  |



PLAINTIFF'S EXHIBIT

P

| 10/09/2019 | External Withdrawal CURTIS C. / REDINGS IN CREDIT UN - BILL PAYMT | -$79. | $388.11 |
| 10/09/2019 | External Withdrawal SOLOMON / STORAGE ALL IN CREDIT UN - BILL PAYMT | -$120.00 | $467.11 |
| 10/09/2019 | External Withdrawal FAY / SERVICING ALL IN CREDIT UN - BILL PAYMT | -$564.30 | $587.11 |
| 10/08/2019 | Point Of Sale Withdrawal / WALGREENS STORE 2940 W MAIN ST DOTHAN ALUS | -$22.33 | $1,151.41 |
| 10/08/2019 | Point Of Sale Withdrawal / PAYPAL *DIGITALWAV 4029357733 CAL'S | -$2.95 | $1,173.74 |
| 10/07/2019 | Point Of Sale Withdrawal / MARATHON PETRO15 2808 EAST MAIN ST DOTHAN ALUS | -$15.00 | $1,176.69 |
| 10/07/2019 | Point Of Sale Withdrawal / Wal-Mart Super C 2534 WAL-SAMS DOTHAN (SOUTHAL'S | -$45.05 | $1,191.69 |
| 10/07/2019 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$4.99 | $1,236.74 |
| 10/05/2019 | Point Of Sale Withdrawal / AMAZON.COM SEATTLE WAUS | -$9.99 | $1,241.73 |
| 10/05/2019 | Point Of Sale Withdrawal / AMAZON.COM SEATTLE WAUS | -$69.96 | $1,251.72 |
| 10/05/2019 | ATM Withdrawal ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | -$60.00 | $1,321.68 |
| 10/05/2019 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$17.97 | $1,381.68 |
| 10/03/2019 | Check #981: Over Counter Check ON US | -$20.00 | $1,399.65 |
| 10/03/2019 | Point Of Sale Withdrawal PIGGLY / WIGGLY #338 767 WEST SELMA DOTHAN ALUS | -$20.86 | $1,419.65 |
| 10/03/2019 | Point Of Sale Withdrawal SUPER / CANTON DOTHAN ALUS | -$13.64 | $1,440.51 |
| 10/02/2019 | Point Of Sale Withdrawal / DOLLAR-GE 2865 HAR DOTHAN ALUS | -$28.89 | $1,454.15 |
| 10/02/2019 | Point Of Sale Withdrawal / MCDONALD'S F3267 2101 ROSS CLARA CI DOTHAN ALUS | -$13.71 | $1,483.04 |
| 10/02/2019 | ATM Withdrawal ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | -$40.00 | $1,496.75 |
| 10/02/2019 | External Deposit SSA TREAS 310 / - XXSOC SEC | $1,380.00 | $1,536.75 |
| 09/30/2019 | Maintenance Service Charge | -$6.00 | $156.75 |
| 09/30/2019 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$9.54 | $162.75 |
| 09/30/2019 | Point Of Sale Withdrawal / DOTHAN ACE HDWE DOTHAN ALUS | -$3.93 | $172.29 |
| 09/29/2019 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$17.97 | $176.22 |
| 09/28/2019 | Point Of Sale Withdrawal / DOLLAR TR 2371 MUR DOTHAN ALUS | -$11.99 | $194.19 |
| 09/26/2019 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$0.84 | $206.18 |
| 09/26/2019 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$10.50 | $207.02 |
| 09/24/2019 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$9.76 | $217.52 |
| 09/23/2019 | Point Of Sale Withdrawal WM / SUPERCENTER # Wal-Mart Super Cen BAINBRIDGE GAUS | -$35.85 | $227.28 |
| 09/23/2019 | Point Of Sale Withdrawal / MARATHON PETRO15 2808 EAST MAIN ST DOTHAN ALUS | -$20.00 | $263.13 |
| 09/19/2019 | Point Of Sale Withdrawal / STUDIO NAILS DOTHAN ALUS | -$48.00 | $283.13 |
| 09/18/2019 | Point Of Sale Withdrawal / WAL-MART #5422 500 E ALICE ST BAINBRIDGE GAUS | -$25.28 | $331.13 |
| 09/18/2019 | Point Of Sale Withdrawal SALLY / BEAUTY #26 301 W INEZ RD STE DOTHAN ALUS | -$10.89 | $356.41 |



Chat
Membe
Service

| Date | Description | Amount | Balance | Represt |
|------|-------------|--------|---------|---------|
| 10/29/2019 | Point Of Sale Withdrawal / MCDONALD'S F4743 619 WEST MAIN ST DOTHAN ALUS | -$5 | $339.25 | |
| 10/28/2019 | Point Of Sale Withdrawal / MARATHON PETRO15 2808 EAST MAIN ST DOTHAN ALUS | -$20.43 | $344.69 | |
| 10/28/2019 | Point Of Sale Withdrawal / WAL-MART #2534 3300 S OATES ST DOTHAN ALUS | -$57.84 | $365.12 | |
| 10/27/2019 | Point Of Sale Withdrawal / PAYPAL *SUPPORT 4029357733 CAUS | -$52.84 | $422.96 | |
| 10/25/2019 | Point Of Sale Withdrawal AMZN  DIGITAL*3W976 888-802-3080 WAUS | $9.71 | $475.80 | |
| 10/24/2019 | Point Of Sale Deposit OFFICE  DEPOT #274 DOTHAN ALLS | $38.15 | $485.51 | |
| 10/24/2019 | Point Of Sale Withdrawal / RACEWAY 758 2585 ROSS CLARK CI DOTHAN ALUS | -$12.06 | $447.16 | |
| 10/24/2019 | External Withdrawal PAYPAL  INSTAN, TRANSFER - INST XFER | $1.36 | $459.44 | |
| 10/24/2019 | External Withdrawal PAYPAL  INSTANT TRANSFER - INST XFER | -$3.34 | $460.80 | |
| 10/24/2019 | IAT Withdrawal IAT PAYPAL  10069420374N5 "AI ZHOU SHI GUO DONG SHANG MAO YOU | -$17.18 | $464.14 | |
| 10/23/2019 | ATM Withdrawal ALL IN CU 2525 S  PARK AVE DOTHAN ALLS | -$40.00 | $481.22 | |
| 10/22/2019 | External Withdrawal PAYPAL  INSTANT TRANSFER - INST XFER | -$28.44 | $521.22 | |
| 10/21/2019 | Point Of Sale Withdrawa DOLLAR  GENERAL # 1029 MONTGOMERY HW DOTHAN ALUS | -$3.92 | $549.66 | |
| 10/21/2019 | Point Of Sale Withdrawal PIGGLY  WIGGLY # 208 1140 MONTGOMERY HW DOTHAN ALLS | -$47.35 | $553.58 | |
| 10/21/2019 | Deposit Drive-Thru | $62.16 | $600.93 | |
| 10/19/2019 | Point Of Sale Withdrawal  MARATHON PETRO15 2808 EAST MAIN ST DOTHAN ALUS | -$22.00 | $538.77 | |
| 10/19/2019 | Point Of Sale Withdrawal  AMAZON COM SEATTLE WAUS | -$32.39 | $560.77 | |
| 10/19/2019 | Point Of Sale Withdrawal / CHECKERS #256 DOTHAN ALUS | -$6.54 | $593.16 | |
| 10/18/2019 | Point Of Sale Withdrawal / AMAZON COM SEATTLE WAUS | -$64.77 | $599.70 | |
| 10/18/2019 | Point Of Sale Withdrawal DOTHAN / ELECTRONI 1610 HARTFORD HWY DOTHAN ALLS | -$25.00 | $664.47 | |
| 10/17/2019 | Point Of Sale Withdrawal OFFICE / DEPOT 360 ROSS CLARK CIR DOTHAN ALUS | -$72.37 | $689.47 | |
| 10/17/2019 | External Deposit FAY SERVICING / - BILL PAYMT | $564.30 | $761.84 | |
| 10/15/2019 | Point Of Sale Withdrawal DOLLAR / GENERAL # 30 EDDINS RD COWARTS ALUS | -$2.14 | $197.54 | |
| 10/15/2019 | Point Of Sale Withdrawal / MARATHON PETRO15 2808 EAST MAIN ST DOTHAN ALLS | -$20.00 | $199.68 | |
| 10/15/2019 | IAT Withdrawa IAT PAYPAL / 10068542562666 SHEN ZHEN SHI PU GONG YING XIN XI K | -$23.99 | $219.68 | |
| 10/15/2019 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$11.99 | $243.67 | |
| 10/15/2019 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALLS | -$19.06 | $255.66 | |
| 10/14/2019 | Point Of Sale Withdrawal PIGGLY / WIGGLY #3 767 WEST SELMA DOTHAN ALUS | -$11.74 | $274.72 | |
| 10/14/2019 | Point Of Sale Withdrawal / DOLLAR TR 2371 MUR DOTHAN ALUS | -$15.26 | $286.46 | |
| 10/14/2019 | Point Of Sale Withdrawal / ICHIBAN BUFFET & G DOTHAN ALUS | -$42.06 | $301.72 | |
| 10/12/2019 | Point Of Sale Withdrawal WM / SUPERCENTER # Wal-Mart Super Cen DOTHAN (SOUTH)ALUS | -$4.33 | $343.78 | |
| 10/09/2019 | External Withdrawal WOW ALL IN / CREDIT UN - BILL PAYMT | -$40.00 | $348.11 | |

DOCUMENT 3


Chat
Membe
Service

DOCUMENT 3

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11 13 2019 | Point Of Sale Withdrawal / RACEWAY 758 2585 ROSS CLARK CI DOTHAN ALUS | -$16.1 | $256.26 |
| 11 13 2019 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$17.99 | $274.32 |
| 11 12/2019 | External Withdrawal FAY / SERVICING ALL IN CREDIT UN - BILL PAYMT | -$800.00 | $286.31 |
| 11 11 2019 | Point Of Sale Withdrawal / LITTLE CAESARS 036 DOTHAN ALLS | -$13.18 | $1,086.31 |
| 11 11 2019 | Point Of Sale Withdrawal Prime / Video*MV8668 888-802-3080 WALS | $11.87 | $1,099.49 |
| 11 09 2019 | Point Of Sale Withdrawal, Prime / Video*NF3859 888-802-3080 WALS | -$26.19 | $1 111 36 |
| 11 08 2019 | Point Of Sale Withdrawal - CAPTAIN HOOKS SEAF DOTHAN ALLS | $32.68 | $1 127 55 |
| 11 08 2019 | Point Of Sale Withdrawal WM - SUPERCENTER # Wal-Mart Super Cen DOTHAN (SOUTHALLS | $34.65 | $1,160 23 |
| 11 06 2019 | External Withdrawal WGW ALL IN  CREDIT UN  BILL PAYMT | $50.00 | $1 194 88 |
| 11 06 2019 | External Withdrawal CURTIS C - REDING ALL IN CREDIT UN - BILL PAYMT | -$79.00 | $ 244 88 |
| 11 06 2019 | External Withdrawal SOLOMON - STORAGE ALL IN CREDIT UN - BILL PAYMT | $160 00 | $1,323 88 |
| 11 06 2019 | Point Of Sale Withdrawal / RACEWAY 758 2585 ROSS CLARK CI DOTHAN ALUS | $16 04 | $1 483 88 |
| 11 06 2019 | Point Of Sale Withdrawal H & J / NEW GARDEN C DOTHAN ALLS | -$15 69 | $1 493 92 |
| 11 05 2019 | Point Of Sale Withdrawal PUBLIX  SUPER MAR 1620 ROSS CLARK CI DOTHAN ALUS | $12 95 | $1,509 61 |
| 11 05/2019 | Point Of Sale Withdrawal PUBLIX / SUPER MAR 1620 ROSS CLARK CI DOTHAN ALUS | -$14 27 | $1,522 56 |
| 11 05 2019 | Withdrawal Drive-Thru | $81 00 | $1,536 83 |
| 11 05 2019 | Deposit Drive-Thru | $30.00 | $1,616 83 |
| 11 05 2019 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$4 99 | $1,586 83 |
| 11 04 2019 | Point Of Sale Withdrawal  PAYPAL *EBAY EBAY 4029357733 CALS | -$0 88 | $1,591 82 |
| 11 04 2019 | Point Of Sale Withdrawal  PAYPAL *EBAY HENGT 4029357733 CALS | -$10 99 | $1,592 70 |
| 11 04 2019 | Point Of Sale Withdrawal / PAYPAL *EBAY SQLAR 4029357733 CAUS | $1 67 | $1,603 69 |
| 11 04 2019 | Point Of Sale Withdrawal / CHECKERS #256 DOTHAN ALUS | -$9 80 | $1,605 36 |
| 11 04 2019 | Point Of Sale Withdrawal  PAYPAL *IHERB LLC 4029357733 CAUS | $9 99 | $1,615 16 |
| 11 02 2019 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALLS | -$19 06 | $1,625.15 |
| 10 31 2019 | Maintenance Service Charge | $6 00 | $1,644 21 |
| 10 31 2019 | External Deposit SSA TREAS 310 / - XXSOC SI C | $1,380.00 | $1,650 21 |
| 10 31 2019 | Point Of Sale Withdrawal / DOTHAN ACE HDWE DOTHAN ALUS | $13 06 | $270 21 |
| 10 30 2019 | Point Of Sale Withdrawal / DOLLAR-GE 2865 HAR DOTHAN ALLS | -$17.39 | $283.27 |
| 10 30 2019 | Point Of Sale Withdrawal / PP*GOOGLE YOUTUBEP 4029357733 CAUS | $10 49 | $300 66 |
| 10 30/2019 | Point Of Sale Withdrawal / DOTHAN ACE HDWE DOTHAN ALUS | -$9 79 | $311 15 |
| 10 30 2019 | Point Of Sale Withdrawal / PP*GOOGLE ZEDGL 4029357733 CAUS | -$5 24 | $320.94 |
| 10 29 2019 | Point Of Sale Withdrawal LOWE'S / #606 2671 ROSS CLARK CI DOTHAN ALLS | -$15 07 | $326 18 |


Chat
Membe
Service

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 12/08/2019 | Point Of Sale Withdrawal / Wal-Mart Super C 2534 WAL-SAMS DOTHAN (SOUTHA US | -$79.. | $1,527.35 |
| 12/07/2019 | Point Of Sale Withdrawal / PAYPAL *EBAY E1MRE 4029357733 CA US | -$28.07 | $1,607.02 |
| 12/06/2019 | Point Of Sale Withdrawal / AMAZON COM SEATTLE WA US | -$14.35 | $1,635.09 |
| 12/05/2019 | ATM Withdrawal ALL IN CU 2525 S  PARK AVE DOTHAN AL US | -$200.00 | $1,649.44 |
| 12/05/2019 | External Withdrawal PAYPAL  INSTANT TRANSFER - INST XFER | -$4.99 | $1,849.44 |
| 12/04/2019 | Point Of Sale Withdrawal / DOLLAR-GE 2865 HAR DOTHAN AL US | -$21.36 | $1,854.43 |
| 12/04/2019 | Point Of Sale Withdrawal WM  S. PERCENTER # Wal-Mart Super Cen DOTHAN (SOUTHA  S | $47.07 | $1,875.79 |
| 12/04/2019 | Withdrawal Drive-Thru | -$160.00 | $1,935.86 |
| 12/03/2019 | Point Of Sale Withdrawal / DOLLAR-GE 76? W SL DOTHAN AL US | -$8.72 | $2,075.86 |
| 12/03/2019 | External Deposit LENUS E  MICHAEL 121293654000002 - P2P | $200.00 | $2,084.58 |
| 12/03/2019 | Point Of Sale Withdrawal  PAYPAL *BESTBUY CO 4029357733 MN US | -$43.58 | $1,884.58 |
| 12/02/2019 | Point Of Sale Deposit PAYPAL / *BESTBUY CO 4029357733 MNUS | $63.56 | $1,928.16 |
| 12/02/2019 | External Deposit SSA TREAS 310 / XXSOC SEC | $1,380.00 | $1,864.60 |
| 12/02/2019 | ATM Withdrawal ALL IN CU 2525 S  PARK AVE DOTHAN AL US | -$140.00 | $484.60 |
| 11/30/2019 | Maintenance Service Charge | -$6.00 | $624.60 |
| 11/30/2019 | Point Of Sale Withdrawal / PP*GOOGLE YOU TUBE P 4029357733 CA US | -$10.49 | $630.60 |
| 11/25/2019 | Point Of Sale Withdrawal / PAYPAL *BESTBUY CO 4029357733 MN US | $63.56 | $641.09 |
| 11/25/2019 | Point Of Sale Withdrawal AMZN  DIGITAL*CN020 888-802-3080 WA US | -$9.71 | $704.65 |
| 11/24/2019 | Point Of Sale Withdrawal  PAYPAL *REALNETWOR 4029357733 WA US | -$24.99 | $714.36 |
| 11/24/2019 | Point Of Sale Withdrawal  AMAZON COM SEATTLE WA US | -$18.23 | $739.35 |
| 11/24/2019 | Point Of Sale Withdrawal WM  SUPERCENTER # Wal-Mart Super Cen DOTHAN (SOUTHA US | -$47.04 | $757.58 |
| 11/21/2019 | ATM Withdrawal ALL IN CU 2525 S  PARK AVE DOTHAN AL US | -$80.00 | $804.62 |
| 11/19/2019 | Point Of Sale Withdrawal  AUTOZONE 0385 2375 S OATES ST DOTHAN AL US | -$29.42 | $884.62 |
| 11/19/2019 | IAT Withdrawal IAT PAYPAL  100?178005488 PADDLE COM MARKET LIMITED | -$17.88 | $914.04 |
| 11/19/2019 | Point Of Sale Withdrawal  SMARTSTYLE 11498 DOTHAN AL US | -$19.97 | $931.92 |
| 11/19/2019 | External Deposit FAY SERVICING  - BILL PAYMT | $800.00 | $951.89 |
| 11/18/2019 | Point Of Sale Withdrawal  MARATHON PETRO15 2808 EAST MAIN ST DOTHAN AL US | -$12.80 | $151.89 |
| 11/18/2019 | Point Of Sale Withdrawal  Wal Mart Super C 2534 WAL-SAMS DOTHAN (SO; THA US | -$33.94 | $164.69 |
| 11/18/2019 | External Withdrawal PAYPAL  INSTANT TRANSFER - INST XFER | -$15.74 | $198.63 |
| 11/18/2019 | Point Of Sale Withdrawal  Amazon Prime Amzn com/bil WA US | -$14.03 | $214.37 |
| 11/15/2019 | IAT Withdrawal IAT PAYPAL  100?148833584 PADDLE COM MARKET LIMITED | -$17.88 | $228.40 |
| 11/15/2019 | Point Of Sale Withdrawal  PAYPAL *AARP 4029357733 DC US | -$12.00 | $246.28 |

DOCUMENT 3


Chat
Membe
Service

DOCUMENT 3

| Date | Description | Amount | Balance | Repres |
|------|-------------|--------|---------|--------|
| 01/09/2020 | Point Of Sale Withdrawal Prime / Video*0V0E38 888-802-3080 WAUS | -$16 | $116.10 | |
| 01/08/2020 | External Withdrawal WOW ALL IN / CREDIT UN - BILL PAYMT | -$40.00 | $132.29 | |
| 01/08/2020 | External Withdrawal CURTIS C / REDING ALL IN CREDIT UN - BILL PAYMT | -$79.00 | $172.29 | |
| 01/08/2020 | External Withdrawal SOLOMON / STORAGE ALL IN CREDIT UN - BILL PAYMT | -$120.00 | $251.29 | |
| 01/08/2020 | External Withdrawal WILMINGTON / SAVIN ALL IN CREDIT UN - BILL PAYMT | -$517.96 | $371.29 | |
| 01/07/2020 | ATM Withdrawal ALL IN CU 1380 / EAST COTTONWOOD RDDOTHAN ALUS | -$160.00 | $889.25 | |
| 01/07/2020 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$19.06 | $1,049.25 | |
| 01/06/2020 | Point Of Sale Withdrawal  MARATHON PETRO15 2808 EAST MAIN ST DOTHAN ALU S | -$20.00 | $1,068.31 | |
| 01/06/2020 | External Withdrawal PAYPAL - INSTANT TRANSFER - INST XFER | -$4.99 | $1,088.31 | |
| 01/06/2020 | Point Of Sale Withdrawal  FLWRSBAKRY0087 DOTHAN ALUS | $14.62 | $1,093.30 | |
| 01/06/2020 | Point Of Sale Withdrawal  BELKIN CORPORATION 3107515100 CAUS | $19.95 | $1,107.92 | |
| 01/05/2020 | ATM Withdrawal ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | -$220.00 | $1,127.91 | |
| 01/03/2020 | Point Of Sale Withdrawal OFFICE / DEPOT 360 ROSS CLARK CIR DOTHAN ALU S | -$58.48 | $1,347.91 | |
| 01/03/2020 | Point Of Sale Withdrawal  CALLTRUTH COM 8002083162 GAUS | $14.95 | $1,406.39 | |
| 01/02/2020 | External Deposit SSA TREAS 310 / - XXSOC SEC | $1,402.00 | $1,421.34 | |
| 01/02/2020 | Point Of Sale Withdrawal  AMAZON COM 5LAFTLE WAUS | -$4.01 | $19.34 | |
| 12/31/2019 | Maintenance Service Charge | -$6.00 | $23.35 | |
| 12/31/2019 | Point Of Sale Withdrawal  DOLLAR-GE 765 W SE DOTHAN ALUS | -$19.29 | $29.35 | |
| 12/31/2019 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$10.30 | $48.64 | |
| 12/30/2019 | Point Of Sale Withdrawal  PP*GOOGLE YOUTUBE 4029357733 CAUS | -$10.49 | $58.94 | |
| 12/28/2019 | Point Of Sale Withdrawal  CALLTRUTH COM 8002083162 GAUS | -$24.95 | $69.43 | |
| 12/27/2019 | Point Of Sale Withdrawal  CALLTRUTH COM 8002083162 GAUS | -$0.51 | $94.38 | |
| 12/27/2019 | Point Of Sale Withdrawal  CALLTRUTH COM 8002083162 GAUS | -$0.44 | $94.89 | |
| 12/25/2019 | Point Of Sale Withdrawal  PAYPAL *FACEBOOKPA 4029357733 CAUS | -$5.00 | $95.33 | |
| 12/25/2019 | Point Of Sale Withdrawal Prime  Vdeo*T74GW4 888-802-3080 WAUS | -$9.71 | $100.33 | |
| 12/23/2019 | Point Of Sale Withdrawal Prime  Vdeo *360AN2 888-802-3080 WAUS | -$5.39 | $110.04 | |
| 12/23/2019 | Point Of Sale Withdrawal  WAL-MART #074 1537 S US HIGHWAY OZARK ALUS | -$53.11 | $115.43 | |
| 12/23/2019 | Withdrawal Drive-Thru | -$60.00 | $168.54 | |
| 12/23/2019 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$19.06 | $228.54 | |
| 12/20/2019 | Point Of Sale Withdrawal  GULF  OIL 92061996 DOTHAN ALUS | -$16.00 | $247.60 | |
| 12/20/2019 | Point Of Sale Deposit DOTHAN  ACE HDWE DOTHAN ALUS | $22.41 | $263.60 | |
| 12/19/2019 | Point Of Sale Withdrawal  DOLLAR-GE 5676 CO7  REHOBETH ALUS | -$9.72 | $241.19 | |

Chat
Membe
Service

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 02-13-2020 | Insufficient Funds Charge PAYPAL INSTANT TRANSFER - INST XFER | -$28.00 | $3 |
| 02-13-2020 | External Withdrawal PAYPAL  INSTANT TRANSFER - INST XFER | -$11.99 | -$3.20 |
| 02-09-2020 | Point Of Sale Withdrawal Prime  Video*CL4C92 888-802-3080 WA US | -$16.19 | $8.79 |
| 02-07-2020 | Point of Sale Withdrawal SAMS  SMALL ENGINES DOTHAN AL US | -$46.26 | $24.98 |
| 02-06-2020 | Check #982 Check | -$34.01 | $71.24 |
| 02-06-2020 | External Withdrawal CURTIS C  REDING ALL IN CREDIT UN - BILL PAYMT | -$79.00 | $105.25 |
| 02-06-2020 | External Withdrawal SOLOMON  STORAGE ALL IN CREDIT UN - BILL PAYMT | -$120.00 | $184.25 |
| 02-06-2020 | External Withdrawal WILMINGTON  SAVIN ALL IN CREDIT UN - BILL PAYMT | -$517.96 | $304.25 |
| 02-05-2020 | Point Of Sale Withdrawal  FI WRSHAKRY0087 1735 ROSS CLARK CI DOTHAN AL US | $16.06 | $822.21 |
| 02-05-2020 | External Withdrawal PAYPAL  INSTANT TRANSFER - INST XFER | -$4.99 | $838.27 |
| 02-05-2020 | ATM Withdrawal ALL IN CU 2525 S  PARK AVE DOTHAN AL US | -$160.00 | $843.26 |
| 02-04-2020 | Deposit Night Depository | $30.00 | $1,003.26 |

older   newer

Account transactions history

favorite stores and restaurants!

Zulily
Last Day!
Earned to date: $0.00  1 total offers
Close

Ready to use
Zulily
10% cash back
Last Day!
View all offers  h back on all of
your Zulily purchases, until a
$10.00 cash back maximum is
reached. Each promo is available
for full deal details

- 2. Shop using your Debit Card
  redeem offers
- 3. Rewards are automatically
  deposited into your account,
  monthly

Close

Select an Account:

- *6096-Smart Rewards

Close

DOCUMENT 3

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 03/06/2020 | External Withdrawal SOLOMON / STORAGE ALL IN CREDIT UN - BILL PAYMT | -$120.00 | $319.89 |
| 03/06/2020 | External Withdrawal WILMINGTON / SAVIN ALL IN CREDIT UN - BILL PAYMT | -$517.96 | $439.89 |
| 03/05/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$4.99 | $957.85 |
| 03/04/2020 | ATM Withdrawal ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | -$300.00 | $962.84 |
| 03/04/2020 | Point Of Sale Withdrawal / MARATHON PETRO15 DOTHAN ALUS | -$23.19 | $1,262.84 |
| 03/04/2020 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$19.06 | $1,286.03 |
| 03/02/2020 | External Deposit SSA TREAS 310 / - XXSOC SEC | $1,402.00 | $1,305.09 |
| 03/02/2020 | Premium OD Usage Fee PP*GOOGLE / YOUTUBE 4029357733 CAUS | -$28.00 | -$96.91 |
| 03/02/2020 | Point Of Sale Withdrawal / PP*GOOGLE YOUTUBE 4029357733 CAUS | -$10.49 | -$68.91 |
| 02/29/2020 | Maintenance Service Charge | -$6.00 | -$58.42 |
| 02/28/2020 | Premium OD Usage Fee PAYPAL / *OPENMEDIA 4029357733 CAUS | -$28.00 | -$52.42 |
| 02/28/2020 | Point Of Sale Withdrawal / PAYPAL *OPENMEDIA 4029357733 CAUS | -$25.00 | -$24.42 |
| 02/26/2020 | Point Of Sale Withdrawal / MARATHON PETRO15 3731 SOUTH PARK AV DOTHAN ALUS | -$8.00 | $0.58 |
| 02/25/2020 | Point Of Sale Withdrawal Prime / Video*UF1837 888-802-3080 WAUS | -$9.71 | $8.58 |
| 02/24/2020 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$19.06 | $18.29 |
| 02/24/2020 | Point Of Sale Withdrawal Prime / Video*LB1GI0 888-802-3080 WAUS | -$5.39 | $37.35 |
| 02/22/2020 | Point Of Sale Withdrawal WM / SUPERCENTER # Wal-Mart Super Cen DOTHAN ALUS | -$4.87 | $42.74 |
| 02/22/2020 | Point Of Sale Withdrawal / MARATHON PETRO15 3731 SOUTH PARK AV DOTHAN ALUS | -$14.16 | $47.61 |
| 02/19/2020 | Point Of Sale Withdrawal / MARATHON PETRO15 3731 SOUTH PARK AV DOTHAN ALUS | -$15.00 | $61.77 |
| 02/19/2020 | External Deposit LENUS E / MICHAEL 125574089000002 - P2P | $150.00 | $76.77 |
| 02/17/2020 | Premium OD Usage Fee Amazon / Prime* 1K0E4 Amzn com/bill WAUS | -$28.00 | -$73.23 |
| 02/17/2020 | Point Of Sale Withdrawal / Amazon Prime* 1K0E4 Amzn.com/bill WAUS | -$14.03 | -$45.23 |
| 02/13/2020 | Insufficient Funds Charge / PAYPAL INSTANT TRANSFER - INST XFER | -$28.00 | -$31.20 |
| 02/13/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$11.99 | -$3.20 |
| 02/09/2020 | Point Of Sale Withdrawal Prime / Video*CL4C82 888-802-3080 WAUS | -$16.19 | $8.79 |
| 02/07/2020 | Point Of Sale Withdrawal SAMS / SMALL ENGINES DOTHAN ALUS | -$46.26 | $24.98 |
| 02/06/2020 | Check #982: Check | -$34.01 | $71.24 |
| 02/06/2020 | External Withdrawal CURTIS C. / REDING ALL IN CREDIT UN - BILL PAYMT | -$79.00 | $105.25 |
| 02/06/2020 | External Withdrawal SOLOMON / STORAGE ALL IN CREDIT UN - BILL PAYMT | -$120.00 | $184.25 |
| 02/06/2020 | External Withdrawal WILMINGTON / SAVIN ALL IN CREDIT UN - BILL PAYMT | -$517.96 | $304.25 |
| 02/05/2020 | Point Of Sale Withdrawal / FLWRSBAKRY0087 1735 ROSS CLARK CI DOTHAN ALUS | -$16.06 | $822.21 |
| 02/05/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$4.99 | $838.27 |

DOCUMENT 3


Chat
Membe
Service

DOCUMENT 3

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 04/06/2020 | External Withdrawal CURTIS C. / REDING ALL IN CREDIT UN - BILL PAYMT | -$79.0 | $200.00 |
| 04/06/2020 | External Withdrawal WILMINGTON / SAVIN ALL IN CREDIT UN - BILL PAYMT | -$517.96 | $279.00 |
| 04/05/2020 | ATM Withdrawal ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | -$100.00 | $796.96 |
| 04/05/2020 | Point Of Sale Withdrawal / Wal-Mart Super C 2534 WAL-SAMS DOTHAN (SOUTHALUS | -$21.93 | $896.96 |
| 04/03/2020 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$38.13 | $918.89 |
| 04/02/2020 | Point Of Sale Withdrawal / DOLLAR TR 2371 MUR DOTHAN ALUS | -$17.44 | $957.02 |
| 04/02/2020 | External Deposit SSA TREAS 310 / - XXSOC SEC | $1,402.00 | $974.46 |
| 03/31/2020 | Maintenance Service Charge | -$6.00 | -$427.54 |
| 03/30/2020 | Premium OD Usage Fee PP*GOOGLE / YOLTUBE 4029357733 CAUS | -$28.00 | -$421.54 |
| 03/30/2020 | Point Of Sale Withdrawal / PP*GOOGLE YOUTUBE 4029357733 CAUS | -$10.49 | -$393.54 |
| 03/28/2020 | Premium OD Usage Fee WAL-MART / #2534 3300 S OATES ST DOTHAN ALUS | -$28.00 | -$383.05 |
| 03/28/2020 | Point Of Sale Withdrawal / WAL-MART #2534 3300 S OATES ST DOTHAN ALUS | -$25.70 | -$355.05 |
| 03/25/2020 | Premium OD Usage Fee Prime / Video*GJ8558 888-802-3080 WAUS | -$28.00 | -$329.35 |
| 03/25/2020 | Point Of Sale Withdrawal Prime / Video*GJ8558 888-802-3080 WAUS | -$9.71 | -$301.35 |
| 03/23/2020 | Premium OD Usage Fee Prime / Video*V45P26 888-802-3080 WAUS | -$28.00 | -$291.64 |
| 03/23/2020 | Point Of Sale Withdrawal Prime / Video*V45P26 888-802-3080 WAUS | -$5.39 | -$263.64 |
| 03/17/2020 | Premium OD Usage Fee Amazon / Prime*MD9J3 Amzn.com/billWAUS | -$28.00 | -$258.25 |
| 03/17/2020 | Point Of Sale Withdrawal / Amazon Prime*MD9J3 Amzn.com/billWAUS | -$14.03 | -$230.25 |
| 03/13/2020 | Insufficient Funds Charge / PAYPAL INSTANT TRANSFER - INST XFER | -$28.00 | -$216.22 |
| 03/13/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$11.99 | -$188.22 |
| 03/11/2020 | Premium OD Usage Fee VS *WOW! / 334-239-8966 ORUS | -$28.00 | -$176.23 |
| 03/11/2020 | Point Of Sale Withdrawal VS / *WOW 334-239-8966 ORUS | -$47.86 | -$148.23 |
| 03/10/2020 | Premium OD Usage Fee GOOGLE / *GoogleBe Mountain ViewCAUS | -$28.00 | -$100.37 |
| 03/10/2020 | Point Of Sale Withdrawal / GOOGLE *GoogleBe Mountain ViewCAUS | -$59.39 | -$72.37 |
| 03/09/2020 | Premium OD Usage Fee Prime / Video*355l26 888-802-3080 WAUS | -$28.00 | -$12.98 |
| 03/09/2020 | Point Of Sale Withdrawal Prime / Video*355l26 888-802-3080 WAUS | -$16.19 | $15.02 |
| 03/06/2020 | Premium OD Usage Fee Wind Creek / Montgomery 1801 EDDIE L TULLI MONTGOMERY AL | -$28.00 | $31.21 |
| 03/06/2020 | ATM Withdrawal Wind Creek / Montgomery 1801 EDDIE L TULLI MONTGOMERY AL | -$64.00 | $59.21 |
| 03/06/2020 | ATM Withdrawal Wind Creek / Montgomery 1801 EDDIE L TULLI MONTGOMERY AL | -$64.00 | $123.21 |
| 03/06/2020 | Point Of Sale Withdrawal WM / SUPERCENTER # Wal-Mart Super Cen OZARK ALUS | -$13.68 | $187.21 |
| 03/06/2020 | External Withdrawal WOW ALL IN / CREDIT UN - BILL PAYMT | -$40.00 | $200.89 |
| 03/06/2020 | External Withdrawal CURTIS C. / REDING ALL IN CREDIT UN - BILL PAYMT | -$79.00 | $240.89 |


Chat
Membe
Service

**DOCUMENT 3**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 05/06/2020 | Point Of Sale Withdrawal LOWES / #608 3810 MONTGOMERY HWY ST DOTHAN ALUS | | |
| 05/05/2020 | Point Of Sale Withdrawal SALLY / BEAUTY #26 301 W INEZ RD STE DOTHAN ALUS | -$2  | $2,221.93 |
| 05/05/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$4.99 | $2,243.71 |
| 05/04/2020 | ATM Withdrawal ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | -$100.00 | $2,248.70 |
| 05/04/2020 | IAT Withdrawal IAT PAYPAL / 1008837881059 PADDLE.COM MARKET LIMITED | -$69.99 | $2,348.70 |
| 05/04/2020 | Check #984: Electronic Check KINGS / APPLIANCE PURCHASE DOTH AL SERIAL # 984 | -$500.00 | $2,418.69 |
| 04/30/2020 | Maintenance Service Charge | -$6.00 | $2,918.69 |
| 04/30/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$10.49 | $2,924.69 |
| 04/30/2020 | External Deposit SSA TREAS 310 / - XXSOC SEC | $1,416.50 | $2,935.18 |
| 04/29/2020 | Withdrawal Drive-Thru | -$200.00 | $1,518.68 |
| 04/29/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$19.99 | $1,718.68 |
| 04/28/2020 | External Deposit IRS TREAS 310 / - TAX REF | $1,200.00 | $1,738.67 |
| 04/23/2020 | Point Of Sale Deposit / VITALWELLNESSVARIE 833-809-8410 UTUS | $98.90 | $538.67 |
| 04/23/2020 | Point Of Sale Deposit / SUPREMEACTIVEEVOLU 866-293-6743 NYUS | $95.88 | $439.77 |
| 04/23/2020 | Withdrawal Drive-Thru | -$100.00 | $343.89 |
| 04/23/2020 | External Deposit LENUS E / MICHAEL 129323575000002 - P2P | $300.00 | $443.89 |
| 04/22/2020 | Point Of Sale Withdrawal / SUPREMEACTIVEEVOLU 866-293-6743 NYUS | -$95.88 | $143.89 |
| 04/22/2020 | Point Of Sale Withdrawal / VITALWELLNESSVARIE 833-809-8410 UTUS | -$98.90 | $239.77 |
| 04/21/2020 | Point Of Sale Withdrawal / PAYPAL *WISH 4029357733 CAUS | -$6.48 | $338.67 |
| 04/17/2020 | Point Of Sale Withdrawal / PAYPAL *WISH 4029357733 CAUS | -$11.77 | $345.15 |
| 04/17/2020 | Point Of Sale Withdrawal / PAYPAL *ITRADEWIRE 4029357733 CAUS | -$53.99 | $356.92 |
| 04/17/2020 | Point Of Sale Withdrawal / Amazon Prime*ZX2Q7 Amzn.com/billWAUS | -$14.03 | $410.91 |
| 04/16/2020 | Point Of Sale Withdrawal / MARATHON PETRO15 DOTHAN ALUS | -$14.60 | $424.94 |
| 04/16/2020 | ATM Withdrawal ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | -$40.00 | $439.54 |
| 04/13/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$11.99 | $479.54 |
| 04/09/2020 | Point Of Sale Withdrawal Prime / Video*5D7YU8 888-802-3080 WAUS | -$16.19 | $491.53 |
| 04/08/2020 | IAT Withdrawal IAT PAYPAL / 1008528453404 DIGITAL WAVE LTD | -$2.95 | $507.72 |
| 04/08/2020 | Check #983: Check | -$122.40 | $510.67 |
| 04/07/2020 | Point Of Sale Withdrawal / SMARTESSENTIALELEM 833-405-3216 TXUS | -$9.94 | $633.07 |
| 04/07/2020 | Point Of Sale Withdrawal / BESTNATURESLIMPURI 833-405-3216 TXUS | -$9.96 | $643.01 |
| 04/07/2020 | External Deposit WILMINGTON / SAVIN - BILL PAYMT | $517.96 | $652.97 |
| 04/06/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$4.99 | $135.01 |
| 04/06/2020 | External Withdrawal WOW ALL IN / CREDIT UN - BILL PAYMT | -$60.00 | $140.00 |

 Chat Membe Service

| Date | Description | Amount | Balance |
|---|---|---|---|
| 05/23/2020 | Point Of Sale Withdrawal PIGGLY / WIGGLY - MONTGOM 3881 ATTANTA HWY MONTGOMERY | -$36.50 | $276.35 |
| 05/23/2020 | Point Of Sale Withdrawal CHINA / DRAGON MONTGOMERY ALUS | -$17.58 | $312.85 |
| 05/22/2020 | Point Of Sale Withdrawal AAA / AL MBR RENEWAL 8005218124 CAUS | -$111.00 | $330.43 |
| 05/20/2020 | Point Of Sale Withdrawal / PAYPAL *WAYLANDERE 4029357733 CAUS | -$58.31 | $441.43 |
| 05/17/2020 | Point Of Sale Withdrawal BIG / LOTS #5393 5484 ATLANTA HWY MONTGOMERY ALUS | -$142.99 | $499.74 |
| 05/16/2020 | Point Of Sale Withdrawal / Wal-Mart Super C 2739 WAL-SAMS BAY MINETTE ALUS | -$16.41 | $642.73 |
| 05/16/2020 | Point Of Sale Withdrawal SHELL / SERVICE ST SHELL TROY ALUS | -$10.02 | $659.14 |
| 05/16/2020 | Point Of Sale Withdrawal / POPEYES 12971 DOTHAN ALUS | -$14.16 | $669.16 |
| 05/15/2020 | Point Of Sale Withdrawal LOWE'S / #606 2671 ROSS CLARK CI DOTHAN ALUS | -$93.41 | $683.32 |
| 05/14/2020 | Point Of Sale Withdrawal / MARATHON PETRO15 DOTHAN ALUS | -$11.43 | $776.73 |
| 05/14/2020 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$38.13 | $788.16 |
| 05/13/2020 | Withdrawal Drive-Thru | -$60.00 | $826.29 |
| 05/13/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$11.99 | $886.29 |
| 05/12/2020 | Point Of Sale Withdrawal MIAS / ITALIAN RESTA DOTHAN ALUS | -$20.38 | $898.28 |
| 05/09/2020 | Point Of Sale Withdrawal / DOLLAR-GE 767 W SE DOTHAN ALUS | -$25.91 | $918.66 |
| 05/07/2020 | Point Of Sale Withdrawal OFFICE / DEPOT 360 ROSS CLARK CIR DOTHAN ALUS | -$32.69 | $944.57 |
| 05/07/2020 | Point Of Sale Withdrawal WM / SUPERCENTER # Wal-Mart Super Cen DOTHAN (SOUTHALUS | -$123.91 | $977.26 |
| 05/07/2020 | Point Of Sale Withdrawal / WAL-MART #2534 3300 S OATES ST DOTHAN ALUS | -$61.54 | $1,101.17 |
| 05/07/2020 | Check #985: Check | -$100.00 | $1,162.71 |
| 05/07/2020 | External Withdrawal WILMINGTON / SAVIN ALL IN CREDIT UN - BILL PAYMT | -$696.00 | $1,262.71 |
| 05/07/2020 | External Withdrawal SOLOMON / STORAGE ALL IN CREDIT UN - BILL PAYMT | -$120.00 | $1,958.71 |
| 05/07/2020 | External Withdrawal KINGS / APPLIANCE ALL IN CREDIT UN - BILL PAYMT | -$100.00 | $2,078.71 |
| 05/07/2020 | External Withdrawal CURTIS C / REDING ALL IN CREDIT UN - BILL PAYMT | -$79.00 | $2,178.71 |
| 05/07/2020 | External Withdrawal WOW ALL IN / CREDIT UN - BILL PAYMT | -$60.00 | $2,257.71 |
| 05/07/2020 | Point Of Sale Withdrawal / LEWIS-SMITH SUPPLY DOTHAN ALUS | -$31.61 | $2,317.71 |
| 05/06/2020 | Point Of Sale Withdrawal / PAYPAL *LE CONG HA 4029357733 CAUS | -$34.53 | $2,349.32 |
| 05/06/2020 | Point Of Sale Withdrawal / PAYPAL *TROYACURTI 4029357733 CAUS | -$16.17 | $2,383.85 |
| 05/06/2020 | Point Of Sale Withdrawal / PAYPAL *HUANG EBAY 4029357733 CAUS | -$4.23 | $2,400.02 |
| 05/06/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$22.74 | $2,404.25 |
| 05/06/2020 | External Deposit WILMINGTON / SAVIN - BILL PAYMT | $517.96 | $2,426.99 |
| 05/06/2020 | Point Of Sale Withdrawal CASH / APP*MARIA JON 4153753176 CAUS | -$264.00 | $1,909.03 |
| 05/06/2020 | Point Of Sale Withdrawal SUPER / CANTON DOTHAN ALUS | -$17.33 | $2,173.03 |

DOCUMENT 3



Chat
Membe
Service

Repres

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 06/10/2020 | Point Of Sale Withdrawal / PAYPAL *WISH 4029357733 CAUS | -$12.96 | $805.67 |
| 06/10/2020 | Point Of Sale Withdrawal / PAYPAL *WISH 4029357733 CAUS | -$25.66 | $818.63 |
| 06/10/2020 | Point Of Sale Withdrawal / PAYPAL *WISH 4029357733 CAUS | -$2.16 | $844.29 |
| 06/10/2020 | External Withdrawal WILMINGTON / SAVIN ALL IN CREDIT UN - BILL PAYMT | -$189.96 | $846.45 |
| 06/10/2020 | External Withdrawal SOLOMON / STORAGE ALL IN CREDIT UN - BILL PAYMT | -$120.00 | $1,036.41 |
| 06/10/2020 | External Withdrawal KINGS / APPLIANCE ALL IN CREDIT UN - BILL PAYMT | -$100.00 | $1,156.41 |
| 06/10/2020 | External Withdrawal CURTIS C. / REDING ALL IN CREDIT UN - BILL PAYMT | -$79.00 | $1,256.41 |
| 06/09/2020 | Point Of Sale Withdrawal / GFM*GoFndMe* Help Redwood City CAUS | -$23.00 | $1,335.41 |
| 06/08/2020 | Point Of Sale Withdrawal Prime / Video*MY99N7 888-802-3080 WAUS | -$10.79 | $1,358.41 |
| 06/07/2020 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$38.13 | $1,369.20 |
| 06/06/2020 | Point Of Sale Withdrawal LOWE'S / #606 2671 ROSS CLARK CI DOTHAN ALUS | -$29.08 | $1,407.33 |
| 06/06/2020 | Point Of Sale Withdrawal BURKES / OUT SUITE 3 Dothan ALUS | -$55.55 | $1,436.41 |
| 06/06/2020 | ATM Withdrawal ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | -$100.00 | $1,491.96 |
| 06/06/2020 | ATM Deposit ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | $14.90 | $1,591.96 |
| 06/06/2020 | Point Of Sale Withdrawal / STUDIO NAILS DOTHAN ALUS | -$98.00 | $1,577.06 |
| 06/05/2020 | Point Of Sale Withdrawal / MARATHON PETRO15 DOTHAN ALUS | -$21.03 | $1,675.06 |
| 06/05/2020 | Point Of Sale Withdrawal CATO / #132 301 W INEZ RD UNIT DOTHAN ALUS | -$31.65 | $1,696.09 |
| 06/05/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$4.99 | $1,727.74 |
| 06/05/2020 | Point Of Sale Withdrawal CASH / APP*MARIA JON 4153753176 CAUS | -$46.00 | $1,732.73 |
| 06/04/2020 | Point Of Sale Withdrawal CASH / APP*TALIA SMI 4153753176 CAUS | -$202.00 | $1,778.73 |
| 06/04/2020 | External Deposit WILMINGTON / SAVIN - BILL PAYMT | $517.96 | $1,980.73 |
| 06/02/2020 | Point Of Sale Withdrawal / PAYPAL *MLMEDIAPRO 4029357733 CAUS | -$16.78 | $1,462.77 |
| 06/02/2020 | External Deposit SSA TREAS 310 / - XXSOC SEC | $1,427.00 | $1,479.55 |
| 06/01/2020 | Point Of Sale Withdrawal CASH / APP*TALIA SMI 4153753176 CAUS | -$60.00 | $52.55 |
| 05/31/2020 | Maintenance Service Charge | -$6.00 | $112.55 |
| 05/30/2020 | Point Of Sale Withdrawal / PP*GOOGLE YOUTUBE 4029357733 CAUS | -$10.49 | $118.55 |
| 05/29/2020 | Point Of Sale Withdrawal / Amazon Prime*M71VJ Amzn.com/bill WAUS | -$14.03 | $129.04 |
| 05/28/2020 | Point Of Sale Withdrawal SOUTH / OATES U-SA 1919 S OATS DOTHAN ALUS | -$16.75 | $143.07 |
| 05/27/2020 | Point Of Sale Withdrawal OFFICE / DEPOT 360 ROSS CLARK CIR DOTHAN ALUS | -$32.69 | $159.82 |
| 05/25/2020 | Point Of Sale Withdrawal / HIBACHI GRILL & SU MONTGOMERY ALUS | -$13.89 | $192.51 |
| 05/24/2020 | Point Of Sale Withdrawal WM / SUPERCENTER # Wal-Mart Super Cen MONTGOMERY (EALUS | -$24.49 | $206.40 |
| 05/23/2020 | Point Of Sale Withdrawal GREERS / CASHSAVFR 710 MC MEANS AVE BAY MINETTE ALUS | -$45.46 | $230.89 |

DOCUMENT 3



Chat
Membe

**DOCUMENT 3**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/12/2020 | Point Of Sale Withdrawal PIGGLY / WIGGLY #338 767 WEST SELMA DOTHAN ALUS | -$25. | $627.88 |
| 07/11/2020 | Point Of Sale Withdrawal / DOLLAR-GE 767 W SE DOTHAN ALUS | -$14.95 | $652.92 |
| 07/11/2020 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$19.06 | $667.87 |
| 07/10/2020 | Point Of Sale Withdrawal LOWE'S / #606 2671 ROSS CLARK CI DOTHAN ALUS | -$42.90 | $686.93 |
| 07/10/2020 | Point Of Sale Withdrawal / MCDONALD'S F1289 3520 ROSS CLARK CR DOTHAN ALUS | -$14.80 | $729.83 |
| 07/10/2020 | ATM Withdrawal Regions East Cir / Dothan ALUS | -$104.00 | $744.63 |
| 07/10/2020 | Point Of Sale Withdrawal HOUSE / OF FLOWERS DOTHAN ALUS | -$69.94 | $848.63 |
| 07/09/2020 | Point Of Sale Withdrawal / PAYPAL *SHOPPINGAT 4029357733 CAUS | -$42.11 | $918.57 |
| 07/08/2020 | Point Of Sale Withdrawal / RACEWAY 758 DOTHAN ALUS | -$4.35 | $960.68 |
| 07/08/2020 | Point Of Sale Withdrawal OFFICE / DEPOT 360 ROSS CLARK CIR DOTHAN ALUS | -$27.24 | $965.03 |
| 07/08/2020 | Point Of Sale Withdrawal Prime / Video*MJ1EZ5 888-802-3080 WAUS | -$10.79 | $992.27 |
| 07/08/2020 | Point Of Sale Withdrawal VS / *WOW 334-239-8966 ORUS | -$60.00 | $1,003.06 |
| 07/07/2020 | Point Of Sale Withdrawal KINGS / APPLIANCE 3347933045 ALUS | -$100.00 | $1,063.06 |
| 07/06/2020 | Point Of Sale Deposit PAYPAL / *DISCOVERME 4029357733 CAUS | $19.43 | $1,163.06 |
| 07/06/2020 | ATM Withdrawal ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | -$100.00 | $1,143.63 |
| 07/06/2020 | External Withdrawal WILMINGTON / SAVIN ALL IN CREDIT UN - BILL PAYMT | -$189.96 | $1,243.63 |
| 07/06/2020 | External Withdrawal CURTIS C. / REDING ALL IN CREDIT UN - BILL PAYMT | -$79.00 | $1,433.59 |
| 07/06/2020 | External Withdrawal WOW ALL IN / CREDIT UN - BILL PAYMT | -$60.00 | $1,512.59 |
| 07/06/2020 | External Withdrawal SOUTHSIDE / 66 ALL IN CREDIT UN - BILL PAYMT | -$50.00 | $1,572.59 |
| 07/06/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$4.99 | $1,622.59 |
| 07/05/2020 | Point Of Sale Withdrawal / PAYPAL *WISH 4029357733 CAUS | -$71.60 | $1,627.58 |
| 07/05/2020 | Point Of Sale Withdrawal TACO / BELL #036369 DOTHAN ALUS | -$10.90 | $1,699.18 |
| 07/05/2020 | Point Of Sale Withdrawal CASH / APP*MARIA JON 4153753176 CAUS | -$194.40 | $1,710.08 |
| 07/05/2020 | Point Of Sale Withdrawal PIGGLY / WIGGLY #3 767 WEST SELMA DOTHAN ALUS | -$8.23 | $1,904.48 |
| 07/05/2020 | Point Of Sale Withdrawal / DOLLAR-GE 767 W SE DOTHAN ALUS | -$14.06 | $1,912.71 |
| 07/05/2020 | Point Of Sale Withdrawal HOBO / #12 146 WESTGATE PKWY DOTHAN ALUS | -$3.68 | $1,926.77 |
| 07/05/2020 | Point Of Sale Withdrawal JOANN / STORES #2496 900 COMMONS DR, ST DOTHAN ALUS | -$96.94 | $1,930.45 |
| 07/04/2020 | Point Of Sale Withdrawal / SHONEY'S #333307 DOTHAN ALUS | -$12.51 | $2,027.39 |
| 07/03/2020 | Point Of Sale Withdrawal KINGS / APPLIANCE 2821 ROSS CLARK CI DOTHAN ALUS | -$385.59 | $2,039.90 |
| 07/03/2020 | Point Of Sale Withdrawal / AmThrift S-22-Doth Dothan ALUS | -$53.38 | $2,425.49 |
| 07/03/2020 | External Deposit WILMINGTON / SAVIN - BILL PAYMT | $517.96 | $2,478.87 |
| 07/03/2020 | Point Of Sale Deposit EBAY / O*26-05324-41 San Jose CAUS | $25.69 | $1,960.91 |


Chat
Membe
Service

DOCUMENT 3

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/06/2020 | External Withdrawal WOW ALL IN / CRED... CN - BILL PAYMT | -$60 | $1,952.11 |
| 08/06/2020 | Point Of Sale Withdrawal / TAXACT *ONLINE 1 319-373-3600 IAUS | -$96.76 | $2,012.11 |
| 08/05/2020 | External Withdrawal PAYPAL ' INSTANT TRANSFER - INST XFER | -$4.99 | $2,108.87 |
| 08/05/2020 | External Deposit WILMINGTON / SAVIN - BILL PAYMT | $696.00 | $2,113.86 |
| 08/04/2020 | Point Of Sale Withdrawal - PP*GOOGLE AD HOC 1 4029357733 CAUS | -$5.24 | $1,417.86 |
| 07/31/2020 | Maintenance Service Charge | -$6.00 | $1,423.10 |
| 07/31/2020 | Point Of Sale Withdrawal Prime - Video*MH9XW3 888-802-3080 WAUS | -$11.87 | $1,429.10 |
| 07/31/2020 | Point Of Sale Deposit PAYPAL ' *MKSTERCAT 4029357733 CAUS | $54.46 | $1,440.97 |
| 07/31/2020 | Point Of Sale Withdrawal / WAL-MART #2534 3300 S OATES ST DOTHAN ALUS | -$53.92 | $1,386.51 |
| 07/31/2020 | ATM Withdrawal AL L IN CU 2525 S  PARK AVE DOTHAN ALUS | -$100.00 | $1,437.43 |
| 07/31/2020 | Deposit Night Depository | $110.00 | $1,537.43 |
| 07/31/2020 | External Deposit SSA TREAS 310 / - XXSOC SEC | $1,427.00 | $1,427.43 |
| 07/30/2020 | Point Of Sale Withdrawal / PP*GOOGLE YOUTUBE 4029357733 CAUS | -$10.49 | $0.43 |
| 07/29/2020 | Point Of Sale Withdrawal - Amazon Prime*MV3XF Amzn.com/billWAUS | -$14.03 | $10.92 |
| 07/25/2020 | Point Of Sale Withdrawal DISC' TOBACCO OUTLE DOTHAN ALUS | -$19.06 | $24.95 |
| 07/24/2020 | Point Of Sale Withdrawal LOWE'S / #606 2671 ROSS CLARK CI DOTHAN ALUS | -$28.27 | $44.01 |
| 07/21/2020 | Point Of Sale Withdrawal  DOTHAN ACE HDWE DOTHAN ALUS | -$2.23 | $72.28 |
| 07/18/2020 | ATM Withdrawal FOREIGN  TRANSACTION FEE 14127483 | -$0.21 | $74.51 |
| 07/18/2020 | Point Of Sale Withdrawal  WAL-MART #2534 3300 S OATES ST DOTHAN ALUS | -$107.12 | $74.72 |
| 07/18/2020 | Point Of Sale Withdrawal  PAYPAL *GB PARTS 4029357733 FLUS | -$62.03 | $181.84 |
| 07/17/2020 | Point Of Sale Withdrawal  PAYPAL *NEXWAY AG 35314369001 DE | -$22.90 | $244.87 |
| 07/16/2020 | Point Of Sale Withdrawal PIGGLY  WIGGLY #338 767 WEST SELMA DOTHAN ALUS | -$65.31 | $267.77 |
| 07/15/2020 | Point Of Sale Withdrawal  MARATHON PETRO2245 DOTHAN ALUS | -$21.79 | $353.08 |
| 07/15/2020 | Point Of Sale Withdrawal NAIL  DEPOT DOTHAN ALUS | -$55.00 | $374.87 |
| 07/14/2020 | Point Of Sale Withdrawal  MARATHON PETRO1585 DOTHAN ALUS | -$16.12 | $429.87 |
| 07/14/2020 | Deposit Drive-Thru | $80.00 | $445.99 |
| 07/13/2020 | Check #1000  Check | -$200.00 | $365.99 |
| 07/13/2020 | Point Of Sale Withdrawal  DOTHAN ACE HDWE DOTHAN ALUS | -$16.99 | $565.99 |
| 07/13/2020 | External Withdrawal PAYPAL  INSTANT TRANSFER - INST XFER | -$11.99 | $582.98 |
| 07/12/2020 | Point Of Sale Withdrawal LOWE'S  #606 2671 ROSS CLARK CI DOTHAN ALUS | -$12.91 | $594.97 |
| 07/12/2020 | Point Of Sale Withdrawal  MARATHON PETRO15 DOTHAN ALUS | -$20.00 | $607.88 |



Chat
Member
Service

DOCUMENT 3

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/20/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$6... | $126.96 |
| 08/16/2020 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$19.06 | $133.92 |
| 08/13/2020 | Point Of Sale Withdrawal / HOBBYLOBBY 3525 ROSS CLARK CI DOTHAN ALUS | -$55.25 | $152.98 |
| 08/13/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$11.99 | $208.23 |
| 08/13/2020 | Point Of Sale Withdrawal / PAYPAL *TILE INC E 4029357733 CAUS | -$25.91 | $220.22 |
| 08/13/2020 | Point Of Sale Withdrawal / PAYPAL *SQUARETRAD 4029357733 CAUS | -$9.98 | $246.13 |
| 08/12/2020 | ATM Withdrawal FOREIGN / TRANSACTION FEE 5876846 | -$0.31 | $256.11 |
| 08/12/2020 | Point Of Sale Withdrawal EBAY   O*01-05556-41 San Jose CAUS | -$24.83 | $256.42 |
| 08/12/2020 | Check #986  Check | -$200.00 | $281.25 |
| 08/11/2020 | Point Of Sale Withdrawal / MeteorInteractive ~31851306813 NL | -$34.99 | $481.25 |
| 08/11/2020 | Point Of Sale Withdrawal LOWE'S / #606 2671 ROSS CLARK CI DOTHAN ALUS | -$10.63 | $516.24 |
| 08/11/2020 | Point Of Sale Withdrawal FOOD / DEPOT 409 COLUMBIA HWY DOTHAN ALUS | -$6.49 | $526.87 |
| 08/10/2020 | Point Of Sale Withdrawal / MARATHON PETRO15 DOTHAN ALUS | -$7.66 | $533.36 |
| 08/10/2020 | Point Of Sale Withdrawal SQ / *GRADYS SEAFOOD Graceville FLUS | -$38.55 | $541.02 |
| 08/09/2020 | Point Of Sale Withdrawal NAIL / DEPOT DOTHAN ALUS | -$67.00 | $579.57 |
| 08/09/2020 | Point Of Sale Withdrawal LOWE'S / #606 2671 ROSS CLARK CI DOTHAN ALUS | -$23.87 | $646.57 |
| 08/09/2020 | Point Of Sale Withdrawal WM / SUPERCENTER # Wal-Mart Super Cen DOTHAN (SOUTHALUS | -$76.79 | $670.44 |
| 08/08/2020 | Point Of Sale Withdrawal CATO / #132 301 W INEZ RD UNIT DOTHAN ALUS | -$33.75 | $747.23 |
| 08/08/2020 | Point Of Sale Withdrawal CATO / #132 301 W INEZ RD UNIT DOTHAN ALUS | -$10.87 | $780.98 |
| 08/08/2020 | Point Of Sale Withdrawal LOTTO / DISCOUNT L 5475 BROWN STREET GRACEVILLE FLUS | -$55.87 | $791.85 |
| 08/08/2020 | ATM Withdrawal ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | -$100.00 | $847.72 |
| 08/08/2020 | Point Of Sale Withdrawal Prime / Video*MF7l29 888-802-3080 WAUS | -$10.79 | $947.72 |
| 08/07/2020 | Point Of Sale Withdrawal / MARATHON PETRO1584 DOTHAN ALUS | -$16.54 | $958.51 |
| 08/07/2020 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$19.06 | $975.05 |
| 08/06/2020 | Point Of Sale Withdrawal / DOLLAR GE 5676 COU REHOBETH ALUS | -$38.02 | $994.11 |
| 08/06/2020 | Point Of Sale Withdrawal LOWE'S / #606 2671 ROSS CLARK CI DOTHAN ALUS | -$16.31 | $1,032.13 |
| 08/06/2020 | Withdrawal Drive-Thru | -$100.00 | $1,048.44 |
| 08/06/2020 | Point Of Sale Withdrawal / CHECKERS #256 DOTHAN ALUS | -$16.75 | $1,148.44 |
| 08/06/2020 | External Withdrawal WILMINGTON / SAVIN ALL IN CREDIT UN - BILL PAYMT | -$517.96 | $1,165.19 |
| 08/06/2020 | External Withdrawal WILMINGTON / SAVIN ALL IN CREDIT UN - BILL PAYMT | -$189.96 | $1,683.15 |
| 08/06/2020 | External Withdrawal CURTIS C. / REDING ALL IN CREDIT UN - BILL PAYMT | -$79.00 | $1,873.11 |



DOCUMENT 3

| 10/01/2020 | External Deposit SSA TREAS 310 / - XXS... EC | $1,42... | $1,431.97 |
|---|---|---|---|
| 09/30/2020 | Maintenance Service Charge | -$6.00 | $4.97 |
| 09/30/2020 | Point Of Sale Withdrawal Prime / Video*MK0X63 888-802-3080 WAUS | -$11.87 | $10.97 |
| 09/30/2020 | Point Of Sale Withdrawal / PP*GOOGLE YOUTUBE 4029357733 CAUS | -$10.49 | $22.84 |
| 09/29/2020 | Point Of Sale Withdrawal / Amazon Prime*M42DA Amzn.com/billWAUS | -$14.03 | $33.33 |
| 09/28/2020 | Point Of Sale Withdrawal Prime / Video*MK1E87 888-802-3080 WAUS | -$6.47 | $47.36 |
| 09/24/2020 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$19.06 | $53.83 |
| 09/18/2020 | Point Of Sale Withdrawal / HOBBYLOBBY 3525 ROSS CLARK CI DOTHAN ALUS | -$32.48 | $72.89 |
| 09/16/2020 | Point Of Sale Withdrawal / PP*GOOGLE TILE INC 4029357733 CAUS | -$3.14 | $105.37 |
| 09/14/2020 | Point Of Sale Withdrawal / HOBBYLOBBY 3525 ROSS CLARK CI DOTHAN ALUS | -$37.40 | $108.51 |
| 09/14/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$20.98 | $145.91 |
| 09/13/2020 | Point Of Sale Withdrawal / DOTHAN GLASS CO. DOTHAN ALUS | -$25.01 | $166.89 |
| 09/12/2020 | Point Of Sale Withdrawal / DOLLAR-GE 767 W SE DOTHAN ALUS | -$16.35 | $191.90 |
| 09/12/2020 | Point Of Sale Withdrawal / BACKYARD TREASURES DOTHAN ALUS | -$26.16 | $208.25 |
| 09/11/2020 | Point Of Sale Withdrawal HOT / BEAUTY 2109 ROSS CLARK CI DOTHAN ALUS | -$16.33 | $234.41 |
| 09/11/2020 | Point Of Sale Withdrawal LOWE'S / #606 2671 ROSS CLARK CI DOTHAN ALUS | -$21.19 | $250.74 |
| 09/11/2020 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$19.06 | $271.93 |
| 09/11/2020 | Point Of Sale Withdrawal H & J / NEW GARDEN C DOTHAN ALUS | -$11.17 | $290.99 |
| 09/10/2020 | Point Of Sale Withdrawal / PAYPAL *SQUARETRAD 4029357733 CAUS | -$3.98 | $302.16 |
| 09/10/2020 | Point Of Sale Withdrawal / PAYPAL *SQUARETRAD 4029357733 CAUS | -$2.99 | $306.14 |
| 09/10/2020 | Point Of Sale Withdrawal FOOD / DEPOT 409 COLUMBIA HWY DOTHAN ALUS | -$19.04 | $309.13 |
| 09/10/2020 | Point Of Sale Withdrawal / FREEMAN'S SHUR-V 1060 W MAIN ST SUI DOTHAN ALUS | -$13.67 | $328.17 |
| 09/10/2020 | Point Of Sale Withdrawal / DOLLAR TR 3121 ROS DOTHAN ALUS | -$21.80 | $341.84 |
| 09/10/2020 | Point Of Sale Withdrawal / HOBBYLOBBY 3525 ROSS CLARK CI DOTHAN ALUS | -$29.33 | $363.64 |
| 09/10/2020 | Point Of Sale Withdrawal / DOLLAR TR 2371 MLR DOTHAN ALUS | -$38.15 | $392.97 |
| 09/10/2020 | Point Of Sale Withdrawal eBay / O*13-05708-52 San Jose CAUS | -$21.49 | $431.12 |
| 09/10/2020 | Point Of Sale Withdrawal eBay / O*05-05709-72 San Jose CAUS | -$37.79 | $452.61 |
| 09/09/2020 | External Deposit WILMINGTON / SAVIN - BILL PAYMT | $189.96 | $490.40 |
| 09/09/2020 | External Deposit LENUS E / MICHAEL 137279590000002 - P2P | $300.00 | $300.44 |
| 09/08/2020 | External Withdrawal WILMINGTON / SAVIN ALL IN CREDIT UN - BILL PAYMT | -$517.96 | $0.44 |
| 09/08/2020 | External Withdrawal WILMINGTON / SAVIN ALL IN CREDIT UN - BILL PAYMT | -$189.96 | $518.40 |
| 09/08/2020 | External Withdrawal SOLOMON / STORAGE ALL IN CREDIT UN - BILL PAYMT | -$120.00 | $708.36 |



Chat
Membe
Service

DOCUMENT 3

| | | | |
|---|---|---|---|
| 10/18/2020 | ATM Withdrawal ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | -$40.00 | $154.28 |
| 10/17/2020 | Point Of Sale Withdrawal / DOLLAR-GE 76 / W SE DOTHAN ALUS | -$26.46 | $194.28 |
| 10/16/2020 | Deposit Drive-Thru | $215.00 | $220.71 |
| 10/16/2020 | Point Of Sale Withdrawal / PP*GOOGLE TILE INC 4029357733 CAUS | -$3.14 | $5.71 |
| 10/15/2020 | Point Of Sale Withdrawal FRESH / 4 LESS 3813 N MONROE ST # TALLAHASSEE FLUS | -$17.62 | $8.85 |
| 10/14/2020 | Point Of Sale Withdrawal THE / HOME DEPOT # 1414 TALLAHASSEE II BAINBRIDGE GAUS | -$54.62 | $26.47 |
| 10/14/2020 | Point Of Sale Withdrawal / Wal-Mart Super C 5422 WAL-SAMS BAINBRIDGE GAUS | -$23.38 | $81.09 |
| 10/13/2020 | Check #1001: Check | -$120.00 | $104.47 |
| 10/13/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$30.98 | $224.47 |
| 10/10/2020 | Point Of Sale Withdrawal DISC / TOBACCO OUTLE DOTHAN ALUS | -$19.06 | $245.45 |
| 10/09/2020 | Point Of Sale Withdrawal / MARATHON PETRO15 DOTHAN ALLS | -$12.34 | $264.51 |
| 10/09/2020 | IAT Withdrawal IAT PAYPAL / 1010648899708 DIGITAL WAVE LTD | -$2.95 | $276.85 |
| 10/08/2020 | External Withdrawal WILMINGTON / SAVIN ALL IN CREDIT UN - BILL PAYMT | -$517.96 | $279.80 |
| 10/08/2020 | External Withdrawal CURTIS C. / REDING ALL IN CREDIT UN - BILL PAYMT | -$79.00 | $797.76 |
| 10/08/2020 | External Withdrawal WOW ALL IN / CREDIT UN - BILL PAYMT | -$50.00 | $876.76 |
| 10/08/2020 | Point Of Sale Withdrawal Prime / Video*MK3507 888-802-3080 WAUS | -$10.79 | $926.76 |
| 10/06/2020 | External Withdrawal LUMICO LIFE / INS - LUMICO LIF | -$86.41 | $937.55 |
| 10/05/2020 | Point Of Sale Withdrawal / WAL-MART #2534 3300 S OATES ST DOTHAN ALUS | -$41.14 | $1,023.96 |
| 10/05/2020 | ATM Withdrawal ALL IN CU 2525 S / PARK AVE DOTHAN ALUS | -$120.00 | $1,065.10 |
| 10/05/2020 | External Withdrawal MUTUAL OF / OMAHA - OCT INSPRM | -$6.45 | $1,185.10 |
| 10/05/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$4.99 | $1,191.55 |
| 10/05/2020 | External Deposit WILMINGTON / SAVIN - BILL PAYMT | $189.96 | $1,196.54 |
| 10/05/2020 | Point Of Sale Withdrawal / PP*GOOGLE AD HOC L 4029357733 CAUS | -$5.24 | $1,006.58 |
| 10/05/2020 | Point Of Sale Withdrawal NAIL / DEPOT DOTHAN ALUS | -$69.00 | $1,011.82 |
| 10/03/2020 | Point Of Sale Withdrawal / Wal-Mart Super C 2534 WAL-SAMS DOTHAN (SOUTHALUS | -$221.22 | $1,080.82 |
| 10/03/2020 | Point Of Sale Withdrawal / WAL-MART #2534 3300 S OATES ST DOTHAN ALUS | -$14.02 | $1,302.04 |
| 10/03/2020 | Point Of Sale Withdrawal / WAL-MART #2534 3300 S OATES ST DOTHAN ALUS | -$29.60 | $1,316.06 |
| 10/02/2020 | Point Of Sale Withdrawal LOWE'S / #606 2671 ROSS CLARK CI DOTHAN ALUS | -$30.75 | $1,345.66 |
| 10/02/2020 | Point Of Sale Withdrawal PIGGLY / WIGGLY #338 767 WEST SELMA DOTHAN ALUS | -$18.51 | $1,376.41 |
| 10/01/2020 | Point Of Sale Withdrawal / MARATHON PETRO15 DOTHAN ALUS | -$18.42 | $1,394.92 |
| 10/01/2020 | Point Of Sale Withdrawal / DOLLAR GE 5676 COU REHOBETH ALUS | -$18.63 | $1,413.34 |


Chat
Membe
Service

**DOCUMENT 3**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/12/2020 | ATM Withdrawal Wind Creek / Montgomery I... EDDIE L TULLI MONTGOMERY AL | -$104.00 | $803.01 |
| 11/12/2020 | Point of Sale Withdrawal DOLLAR / GENERAL 1 7700 WARES FERRY R MONTGOMERY ALUS | -$4.95 | $907.01 |
| 11/12/2020 | Point of Sale Withdrawal LOWE'S / #606 2671 ROSS CLARK CI DOTHAN ALUS | -$16.85 | $911.96 |
| 11/12/2020 | Point of Sale Withdrawal / Wal-Mart Super C 2534 WAL-SAMS DOTHAN (SOUTHALUS | -$386.11 | $928.81 |
| 11/12/2020 | Point Of Sale Withdrawal / MARATHON PETRO15 DOTHAN ALUS | -$11.09 | $1,314.92 |
| 11/12/2020 | Point of Sale Withdrawal Prime / Video*280PA9 888-802-3080 WAUS | -$4.31 | $1,326.01 |
| 11/10/2020 | Point of Sale Withdrawal SQ / *FOLLOWERS OF C Dothan ALUS | -$15.00 | $1,330.32 |
| 11/10/2020 | Point of Sale Withdrawal SQ / *FOLLOWERS OF C Dothan ALUS | -$8.00 | $1,345.32 |
| 11/10/2020 | Check #987/ Check | -$120.00 | $1,353.32 |
| 11/09/2020 | Point of Sale Withdrawal / DOLLAR GE 5676 COU REHOBETH ALUS | -$40.07 | $1,473.32 |
| 11/09/2020 | Point of Sale Withdrawal LOWE'S / #606 2671 ROSS CLARK CI DOTHAN ALLS | -$41.44 | $1,513.39 |
| 11/09/2020 | External Withdrawal CURTIS C. / REDING ALL IN CREDIT UN - BILL PAYMT | -$79.00 | $1,554.83 |
| 11/09/2020 | External Withdrawal WOW ALL IN / CREDIT UN - BILL PAYMT | -$40.00 | $1,633.83 |
| 11/08/2020 | Point of Sale Withdrawal Prime / Video*284WX7 888-802-3080 WAUS | -$10.79 | $1,673.83 |
| 11/07/2020 | Point of Sale Withdrawal / DOLLAR-GE 767 W SE DOTHAN ALUS | -$19.07 | $1,684.62 |
| 11/07/2020 | Point of Sale Withdrawal / HARDEES 1501439 HEADLAND ALUS | -$14.37 | $1,703.69 |
| 11/06/2020 | Point of Sale Withdrawal CASH / APP*TALIA SMI 4153753176 CAUS | -$40.00 | $1,718.06 |
| 11/06/2020 | Withdrawal Drive-Thru | -$100.00 | $1,758.06 |
| 11/06/2020 | Point of Sale Withdrawal DOTHAN / RURAL KIN 2185 REEVES ST DOTHAN ALUS | -$43.10 | $1,858.06 |
| 11/05/2020 | External Withdrawal PAYPAL / INSTANT TRANSFER - INST XFER | -$4.99 | $1,901.16 |
| 11/04/2020 | Point of Sale Withdrawal CASH / APP*MARIA JON 4153753176 CAUS | -$98.80 | $1,906.15 |
| 11/04/2020 | Point of Sale Withdrawal / WALGREENS #18103 DOTHAN ALUS | -$28.73 | $2,004.95 |
| 11/04/2020 | External Withdrawal LUMICO LIFE / INS - LUMICO LIF | -$86.41 | $2,033.68 |
| 11/04/2020 | External Deposit WILMINGTON / SAVIN - BILL PAYMT | $189.96 | $2,120.09 |
| 11/04/2020 | External Deposit WILMINGTON / SAVIN - BILL PAYMT | $517.96 | $1,930.13 |
| 11/04/2020 | Point of Sale Withdrawal / PP*GOOGLE AD HOC L 4029357733 CAUS | -$5.24 | $1,412.17 |
| 11/03/2020 | Point of Sale Withdrawal / DOLLAR-GE 767 W SE DOTHAN ALUS | -$20.49 | $1,417.41 |
| 11/03/2020 | Point of Sale Withdrawal / WALGREENS STORE 1060 SOUTH OATES S DOTHAN ALUS | -$20.05 | $1,437.90 |
| 11/03/2020 | Point of Sale Withdrawal / WALGREENS STORE 1060 SOUTH OATES S DOTHAN ALUS | -$34.53 | $1,457.95 |
| 11/03/2020 | External Withdrawal MUTUAL OF / OMAHA - NOV INSPRM | -$6.45 | $1,492.48 |
| 11/02/2020 | Point of Sale Withdrawal / AMAZON.COM SEATTLE WAUS | -$14.98 | $1,498.93 |



Chat
Membe
Service